IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CALISIA KELLEY**; and **JOHNNIE MAE KELLEY**, Co-Administrators of the ESTATE OF BRUCE KELLEY JR., deceased, | ) ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) ) | No. 2:17-cv-01599 -NBF |
| v. | ) ) ) | |
| **BRIAN O'MALLEY**, both in his Official and Individual Capacities as Sergeant for the Allegheny County Port Authority; and **DOMINIC RIVOTTI**, in both his Official and Individual Capacities as Officer for the Allegheny County Port Authority, | ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants, | ) | |

## JOINT DISCOVERY STATUS REPORT

The parties have conferred and submit herewith their Joint Discovery Status Report as required by the Case Management Order dated November 13, 2019. Plaintiffs' counsel served Plaintiffs' Answers to Interrogatories and Responses to Request for Production of Documents on July 2, 2020. Defense counsel has reviewed said discovery responses and is considering supplemental written discovery requests. Defense counsel intends to depose both Plaintiffs and will confer with Plaintiffs' counsel to agree upon dates. Defense counsel has requested, but Plaintiffs' counsel has been unable to locate to date, any employment records or earnings information for Plaintiffs' Decedent.

Plaintiffs' counsel is serving written discovery requests to defense counsel today. Plaintiffs' counsel and defense counsel had previously discussed setting aside dates for the

depositions of Defendants and other involved police officers which will be scheduled within the discovery period.

                                      Respectfully submitted,

*/s/ Gregory A. Evashavik*
Gregory A. Evashavik, Esq.
*(Counsel for Defendants)*

*/s/ Nicholas J. Evashavik*
Nicholas J. Evashavik, Esq.
*(Counsel for Defendants)*

*/s/ Noah Geary*
Noah Geary, Esquire
*(Counsel for Plaintiffs)*

*/s/ Adam M. Bishop*
Adam M. Bishop, Esquire
*(Counsel for Plaintiffs)*