IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALISIA KELLEY and JOHNNIE MAE KELLEY, Co-Administrators of the ESTATE OF BRUCE KELLEY JR., deceased,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>BRIAN O'MALLEY, both in his Official and Individual Capacities as Sergeant for the Allegheny County Port Authority and DOMINIC RIVOTTI, in both his Official and Individual Capacities as Officer for the Allegheny County Port Authority,<br><br>　　　Defendants. | 2:17-cv-01599-NBF<br><br>District Judge Nora Barry Fischer |

## ORDER

AND NOW, this 3rd day of February, 2021, upon consideration of non-party Allegheny County District Attorney's Office's Motion for Protective Order and Brief in Support, (Docket Nos. 89; 90), Defendants' Response to same, (Docket No. 92), and Plaintiffs' Response to Defendants' Objection to DA's Motion for a Protective Order, (Docket No. 96), and in light of the broad discretion afforded to the Court to manage cases on its docket and to control discovery pursuant to Rules 1 and 16 of the Federal Rules of Civil Procedure, *Trask v. Olin Corp.*, 298 F.R.D. 244, 258 (W.D. Pa. 2014) (citing *Stich v. United States*, 730 F.2d 115, 117–18 (3d Cir. 1984)),

IT IS HEREBY ORDERED that Allegheny County District Attorney's Office's Motion for Protective Order (Docket No. 89) is GRANTED. The proposed Protective Order attached to the Motion for Protective Order as Exhibit D shall be entered by this Court as a separate Order.

IT IS FURTHER ORDERED that, in consideration of the production of additional

1

documents and Plaintiff's counsel's health, the deadlines to file motions for summary judgment shall be extended, as follows: all motions for summary judgment shall be filed no later than **February 26, 2021**; all responses thereto shall be filed no later than **March 29, 2021**; all replies shall be filed no later than **April 12, 2021**; all surreplies shall be filed no later than **April 26, 2021**; and a telephonic hearing on said motion(s) shall be heard on **May 4, 2021**, at 2:00 p.m. before the Honorable Nora Barry Fischer. The Court's law clerk will circulate dial-in conference information in advance of the telephone argument. Counsel shall provide the Court with a courtesy copy of any exhibits or appendices that are in excess of twenty (20) pages as required by section (II)(C) of this Chamber's Practices and Procedures. Any courtesy copies shall be mailed or delivered by FedEx or UPS to the Clerk of Court.

*/s Nora Barry Fischer*
Nora Barry Fischer
Senior United States District Judge

cc/ecf: All counsel of record