# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CALISIA KELLEY and JOHNNIE MAE KELLEY**, Co-Administrators of the **ESTATE OF BRUCE KELLEY JR.**, deceased,<br><br>**Plaintiffs,**<br>Vs.<br><br>**BRIAN O'MALLEY,** both in his Official and Individual Capacities as Sergeant for the Allegheny County Port Authority; **DOMINIC RIVOTTI**, in both his Official and Individual Capacities as Officer for the Allegheny County Port Authority**,**<br><br>**Defendants, Jointly and Severally.** | Civil Action No. 2:17-cv-1599 NBF<br><br>**TYPE OF PLEADING**:<br><br>Motion for Extension of One Day to file Appendix.<br><br>**FILED ON BEHALF OF**:<br>Calisia Kelley and Johnnie Mae Kelley, Co-Administrators of the Estate of Bruce Kelley, Jr., deceased. |

## ORDER OF COURT:

**AND NOW**, this 19th day of February, 2021, upon consideration of the Plaintiffs' Motion for an Extension, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiffs' Appendix is now due by Friday, February 19, 2021.

                                        **BY THE COURT:**

                                        *s/Nora Barry Fischer*
                                        Senior United States District Judge