```
IN RE:                        )
                              )
INTERVIEW OF                  )
                              )
SERGEANT BRIAN O'MALLEY       )
```

TRANSCRIBED FROM A VIDEO RECORDING

INTERVIEW DATE:  FEBRUARY 2, 2016

PERSONS PRESENT IN THE INTERVIEW ROOM:


Detective Patrick Miller
Allegheny County Police Department


Detective James Grill
Allegheny County Police Department


Sergeant Brian O'Malley
Port Authority Police Department


Kevin Abramowicz, Esquire

3

1          (Whereupon, the audio portion of the video recording

2     commenced.)

3          DETECTIVE PATRICK MILLER:  Just like the other day,

4     the room is on --

5          SERGEANT BRIAN O'MALLEY:  All right.

6          DETECTIVE PATRICK MILLER:  -- video equipment.

7          SERGEANT BRIAN O'MALLEY:  Yeah, yeah.  I'm good.

8          DETECTIVE PATRICK MILLER:  Okay.

9          MR. ABRAMOWICZ:  Thank you.  Appreciate it.

10          DETECTIVE JAMES GRILL:  Do you want another chair?

11          SERGEANT BRIAN O'MALLEY:  No, no.  That's all right.

12     I'll put it against the fucking wall.

13          (Whereupon, there were brief indiscernible

14     comments.)

15          DETECTIVE PATRICK MILLER:  All right, Brian.  Just a

16     standard --

17          SERGEANT BRIAN O'MALLEY:  Yeah, I got you.  I got

18     you.  I'm good.

19          DETECTIVE PATRICK MILLER:  All right.  You have the

20     right to remain silent.  Anything you say can and will be used

21     against you in a court of law.  You have the right to speak to

22     an attorney and have him present before and during questioning.

23     If you cannot afford an attorney, one will be appointed free of

24     charge before and during any questioning, if you so desire.

25          Do you understand each of the rights I've explained

4

1   to you?

2            SERGEANT BRIAN O'MALLEY:  Yes.

3            DETECTIVE PATRICK MILLER:  Okay.  If you could just

4   write yes on that line and your initials.

5            And No. 6, having these rights in mind, do you wish

6   to speak to us now?

7            SERGEANT BRIAN O'MALLEY:  Yes.

8            DETECTIVE PATRICK MILLER:  Again, yes, and then your

9   initials.  And then if you could print and then sign.

10            SERGEANT BRIAN O'MALLEY:  Yeah.

11            What's the date?

12            DETECTIVE PATRICK MILLER:  Today is the 2nd.

13            SERGEANT BRIAN O'MALLEY:  2/2?

14            DETECTIVE PATRICK MILLER:  Yes.

15            So this interview is being -- taking place at the

16   homicide office.  Sergeant Brian O'Malley, Port Authority

17   police.  Kevin Abramowicz, attorney for the Port Authority

18   policemen.  Detective James Grill and Detective Patrick Miller

19   are present for the interview.

20            Kevin, are you ready?

21            MR. ABRAMOWICZ:  Yes, sir.

22            DETECTIVE PATRICK MILLER:  Sarg, if you could, just,

23   you know, go through us [verbatim] the events that transpired--

24            SERGEANT BRIAN O'MALLEY:  Yeah.

25            DETECTIVE PATRICK MILLER:  -- the other day and --

5

1          SERGEANT BRIAN O'MALLEY:  So I was working as the

2    sergeant of the PM shift, which goes from 1400 to 2200.

3          About 3:30 on the same date, Officer Adams and

4    Officer Hampy called out with two suspects right on the Linear

5    Trail in -- in Wilkinsburg, in between Wilkinsburg Station and

6    Hamnett Station.  They were on a foot patrol.

7          Myself and Sergeant DiPippa started out to back them

8    up per their request.  I believe it was Officer Adams asked for

9    other units to start out to -- to their location.  So we --

10          DETECTIVE JAMES GRILL:  Were you -- were you in the

11    same vehicle?

12          SERGEANT BRIAN O'MALLEY:  No.  I'm sorry.  We -- we

13    were in separate vehicles.

14          DETECTIVE JAMES GRILL:  Okay.

15          SERGEANT BRIAN O'MALLEY:  So we started out.  Rob

16    was in front of me.  I was behind him.  We were about halfway

17    there, and Tommy Ad- -- Tom calls Code 2, which is a more rapid

18    response.  And he stated that they were starting to fight with

19    one of the -- one of the suspects.  Again, we continue out.

20    Now we're going lights and sirens.

21          And somewhere before us getting out, Tommy says that

22    the suspect has a knife and that there was a fight going on.

23          So we now go -- we're getting close.  And Tommy

24    says -- Officer Adams says the suspect now is running from the

25    scene on the Linear Trail into Wilkinsburg.  So --

6

1          DETECTIVE JAMES GRILL:  On the radio, is that Hampy?

2   Which one puts out that --

3          SERGEANT BRIAN O'MALLEY:  That's Tom.  Officer

4   Adams.

5          DETECTIVE JAMES GRILL:  Adams?

6          SERGEANT BRIAN O'MALLEY:  Adams, yeah.  Adams says

7   he's running from the scene.  The suspect is running from the

8   scene.  And he said he's going toward -- on the Linear Trail

9   into Wilkinsburg.  We just clarified because he's in

10  Wilkinsburg.  So we just need to know, like, eastbound or

11  westbound, inbound or outbound.  He says he's going outbound,

12  which would mean on the trail now towards Hamnett Station.

13          So that's where I went, and that's where Sergeant

14  DiPippa went.  We -- we pull into Wilkinsburg Station.  I get

15  out of the car.  I jump over the wall and start running now

16  inbound on the same Linear Trail.  And I get about -- kind of

17  halfway up the trail, and I could see the suspect from a

18  distance.  This was -- it was far.

19          DETECTIVE JAMES GRILL:  Who were you with at that

20  point?

21          SERGEANT BRIAN O'MALLEY:  Well, I was running.  And

22  Rob was kind of -- we were right by each other.  And there

23  was -- I think a sheriff deputy might have joined us.  But we

24  were just all kind of like running in a line.

25          And then that's when I stopped, and I could -- I

7

1  looked up the trail, and I could see him.  I could see the
2  officers kind of trailing behind him.  And I could hear him
3  yelling and -- just yelling, just loud, just -- I don't even
4  know what.  He was just yelling stuff.
5          And that's when I stopped, and I ran back to my car.
6  And I passed Rob, and I said, "I'm going to go get my K-9.
7  This is going to be a K-9 call."
8          And, literally, right when I get back to my car,
9  they -- I was getting my dog out.  They said over the -- over
10  the radio -- I could hear it over my earpiece -- that the
11  suspect went into the woods.
12          So what I -- I knew that to mean was then he went
13  down into the woods towards the houses in between -- I guess
14  the closest street would have been, like, Center Avenue and
15  Whitney Avenue.
16          And so I got my dog out.  I went down the bus
17  station steps into the Hamnett Park and Ride now because that's
18  the direction -- I would have almost been, like, paralleling
19  how this guy would have been going through the woods.  So now
20  I'm running through the parking lot towards Center Avenue.
21          Now I hear over the earpiece, "Hey, the guy is now
22  going in the direction of where we first got him."  That's now
23  back inbound.
24          So I'm like, "Fuck."  So I -- now I run back to my
25  car, up steps, put dog in car.  And now I -- I get in my car,

8

1  and I drive inbound on the busway about halfway in between

2  Hamnett Station and where they initially got him, the steps --

3  the gazebo steps, they call it.  I parked my car.

4           DETECTIVE JAMES GRILL:  You parked on?

5           SERGEANT BRIAN O'MALLEY:  I was on the busway, yeah.

6  If you go --

7           DETECTIVE JAMES GRILL:  You were up above, on --

8           SERGEANT BRIAN O'MALLEY:  Yeah.  So I'm on the

9  busway, and I -- I parked right where -- on the busway, that

10 Linear Trail, there's a wall that starts, like a sound-barrier

11 wall.  As soon as it starts to rise, that's exactly where we

12 usually jump over the wall when we get people hanging out on

13 the trail back there, just because there's no wall there.

14          So I let my partner out, off leash.  We're jump- --

15 I jump over the wall, and we're -- literally, now we're running

16 back outbound on the trail because they said over the radio he

17 now reversed his travel again and he's heading towards the park

18 and ride again, meaning Hamnett Park and Ride.

19          DETECTIVE PATRICK MILLER:  Where you just came from?

20          SERGEANT BRIAN O'MALLEY:  Where I just came from.

21 So now I'm running back outbound in that same direction.

22          Well, as we're running, somebody put on the radio

23 he's running toward Whitney Avenue.  Well, the way I'm running

24 is -- I'm running, literally, right towards Whitney Avenue.

25          And there's a tunnel that goes under the busway.

9

It's called the Whitney Avenue Tunnel.  Whitney Avenue goes
right under the busway.  And then there's a ramp that leads
down from the Linear Trail to Whitney Avenue.  I'm literally
running in that direction.  So that's sort of like -- I knew
that I was above him and parallel with this guy.

            DETECTIVE JAMES GRILL:  So you're still on the
busway?

            SERGEANT BRIAN O'MALLEY:  I'm still on the Linear
Trail.

            DETECTIVE JAMES GRILL:  Oh, you're on the Linear
Trail.

            SERGEANT BRIAN O'MALLEY:  I'm on the Linear Trail
running outbound.  The busway would have been to my right-hand
side.  And now that big sound wall -- now the sound wall and
the busway right below it.

            DETECTIVE JAMES GRILL:  Okay.

            SERGEANT BRIAN O'MALLEY:  The woods are now on my
left, the same woods that he cut through.  Okay?

            So now I'm running.  And then I get to the Whitney
Avenue -- the ramp that leads down to Whitney.

            DETECTIVE JAMES GRILL:  Is that the one that goes
like --

            SERGEANT BRIAN O'MALLEY:  Exactly.  The diagonal
one.

            And now I can hear screaming again, so I knew I'm

10

1   kind of like -- I'm above him now.  I can kind of see maybe

2   what was going on.  I hear a little bit of screaming.  So I

3   hear the screaming, but I don't see anybody yet.  I'm trying to

4   look.  And there's a railing.  I go kind of up to the railing.

5   And I remember seeing -- there's a house -- there's houses on

6   both sides of Whitney.  But there was a house right on the

7   corner.

8           DETECTIVE JAMES GRILL:  Which side?

9           SERGEANT BRIAN O'MALLEY:  It would have been -- if

10  I'm looking down Whitney Avenue from the Linear Trail, it was

11  right on the corner.

12          DETECTIVE JAMES GRILL:  The left?

13          SERGEANT BRIAN O'MALLEY:  The left.

14          Okay.  And there was a black couple there.  Male --

15  I think it was a male and female.  And they were looking -- if

16  I'm up here looking down Whitney, they were looking up Whitney

17  like to where the yelling was coming from.

18          DETECTIVE JAMES GRILL:  Was it the first, second,

19  third house?

20          SERGEANT BRIAN O'MALLEY:  I think it was the first

21  one on --

22          DETECTIVE JAMES GRILL:  The first house on Whitney?

23          SERGEANT BRIAN O'MALLEY:  Yeah.  And I could hear --

24  I could see them looking up to where the screaming was coming

25  from, and then I see them kind of look at me.  And they're

11

1   like, "Go, go, go.  He's coming.  He's coming."  They pushed

2   themselves through the door.

3           And then that's then I was like, "He's -- he's got

4   to be close," so I just started down the ramp.

5           And I remember I leashed -- I hooked my dog up on

6   a -- on a collar -- on a -- on his leash and just walked -- ran

7   down the ramp.

8           And then, boom, I could see -- I could see him now,

9   and I could see the officers following.  And he's now walking

10  in my direction, but he's probably maybe 30 yards away, 40

11  yards away.  So he's walking towards me now.

12          DETECTIVE JAMES GRILL:  Is he in the street?

13  Sidewalk?

14          SERGEANT BRIAN O'MALLEY:  He -- he was, like, in

15  the -- he was in the street.

16          DETECTIVE JAMES GRILL:  In the middle of the street?

17          SERGEANT BRIAN O'MALLEY:  Yeah, he was in the middle

18  of the street.  Not walking down -- he was coming -- like

19  diagonalling off towards what would have been my left now.

20  And --

21          DETECTIVE JAMES GRILL:  Coming from the left to the

22  right or from the right --

23          SERGEANT BRIAN O'MALLEY:  Yeah.

24          DETECTIVE JAMES GRILL:  -- to the left?

25          SERGEANT BRIAN O'MALLEY:  So if I'm -- if I get to

12

1   the bottom of the ramp --

2              DETECTIVE JAMES GRILL:  Okay.

3              SERGEANT BRIAN O'MALLEY:  -- that trail that I was

4   on is now behind me.

5              DETECTIVE JAMES GRILL:  Correct.

6              SERGEANT BRIAN O'MALLEY:  So I'm looking up Whitney

7   Avenue.  He's walking towards me, and he's kind of like

8   diagonalling towards the sidewalk on Whitney Avenue.  It would

9   have been the west side of the --

10             DETECTIVE JAMES GRILL:  Okay.

11             SERGEANT BRIAN O'MALLEY:  -- the street.

12             And now he changes directions again, and he starts

13  to go between some houses.  So --

14             DETECTIVE JAMES GRILL:  On what side of the street?

15             SERGEANT BRIAN O'MALLEY:  On the left side of the

16  street where I saw that couple.

17             DETECTIVE JAMES GRILL:  So he cuts in?

18             SERGEANT BRIAN O'MALLEY:  Yeah, he cuts in the cut.

19  Yeah.  There's like -- there's a lot of space between those

20  houses.  So he cut between the -- into one of those yards.  But

21  he's still a considerable -- you know, that's still that 30

22  yards, maybe, away.

23             But I was like, "Cool," because I'm going to now --

24  there was an opening where I could go through on the other side

25  of the house to maybe, like, cut him off.  So I start to cut

13

1   through one of the yards.

2            And then they said again -- he's changed back

3   directions again.  Now he's coming back towards Whitney Avenue.

4            DETECTIVE JAMES GRILL:  Now, when you say you went

5   into the yard, which side -- you followed on the same side?

6            SERGEANT BRIAN O'MALLEY:  The same side as he

7   started to cut through, but I was, like, one house over.

8            DETECTIVE JAMES GRILL:  Before him?

9            SERGEANT BRIAN O'MALLEY:  Yeah.  Like towards the

10  trail, one house over.  So if he's here -- he cut through,

11  like, a big yard.  Then there's a house.  I was over here.

12           DETECTIVE JAMES GRILL:  Okay.

13           SERGEANT BRIAN O'MALLEY:  So I was just going to,

14  like, parallel and meet over here somewhere.

15           DETECTIVE JAMES GRILL:  Okay.  Was that a vacant lot

16  that you cut through?  Was it a bigger lot?

17           SERGEANT BRIAN O'MALLEY:  Yeah.  They're like --

18  those houses are -- have a little bit of space, so...  They're

19  yards.  It's like -- where he started to cut through, I think

20  was a little bit bigger than where I was going to cut through.

21           DETECTIVE JAMES GRILL:  Okay.

22           SERGEANT BRIAN O'MALLEY:  And so they said he

23  reversed again.  So then in the course of doing that, I -- they

24  said he reversed again, so I, like, ran back around.  And now

25  what I did is I -- I kind of closed in a little bit our

14

1   distance where -- closer to that lot that he cut through.

2          And I knew -- when I came back around the front of

3   the house on Whitney, I could see that there was, like, some

4   bushes or hedges that would -- kind of gave me some

5   concealment, so I ran up close to those.  And I knew that he

6   would be emerging -- with those bushes right here, he was going

7   to be emerging out now back onto Whitney Avenue.  Okay?

8          DETECTIVE JAMES GRILL:  And your -- your back is to

9   the Linear Trail?

10          SERGEANT BRIAN O'MALLEY:  Yeah.  So now, like, my

11   back is to it.  So the Linear Trail is here; those bushes are

12   here.  I kind of hunkered down.  And now this dude -- the

13   suspect was going to walk back towards Whitney, which is right

14   here.  The busway -- or the Linear Trail --

15          DETECTIVE JAMES GRILL:  Okay.

16          SERGEANT BRIAN O'MALLEY:  -- being back here.

17          All right.  So I could hear him yelling.  And I

18   remember him saying, "Go ahead and fucking shoot me.  Go ahead

19   and fucking shoot me."  Now I could start hearing shit.  You

20   know, he just kept telling the guys, "Fucking shoot me.

21   Fucking shoot me."

22          So now I -- in kind of looking through the bushes, I

23   see him now.  He's now going to be on, like, my left side.  And

24   as he starts back onto Whitney Avenue, I kind of take, like,

25   half a step out.  And I -- I kind of have my leash in my right

15

1   hand, and I grabbed Aren's collar, grabbed him from behind.

2              And I -- we cal it "target acquisition" with the

3   K-9.  You want him to be on whatever you're sending him to.  So

4   I made sure that he saw the guy, saw the suspect.  And he had

5   target acquisition because -- I know it because his ears -- now

6   his ears kind of perked up and his -- he was looking at him.

7   The guy was probably -- maybe like 10 yards away.  And I just

8   said -- I kind of said, "Watch him," and he started to whine.

9   Like I knew he knew that he was looking at the right guy.  He

10  was looking at his target.

11             DETECTIVE JAMES GRILL:  What's the term that you're

12  using that -- target acquisition?

13             SERGEANT BRIAN O'MALLEY:  Yeah.  It's -- it's just

14  trying to get, like, target acquisition.  So you're not just

15  taking the collar off and giving his bite command.

16             DETECTIVE PATRICK MILLER:  You don't want to send

17  him in blind.

18             SERGEANT BRIAN O'MALLEY:  Yeah.  You're not sending

19  him in blind.  It's just, like, you want him to kind of be

20  looking at what you're sending him to, so in the right

21  direction.

22             So once he gave me that characteristic that I knew

23  he was locked onto this guy, that's when I said, "Police K-9.

24  Stop."

25             And the dude just kept walking.  And that's when I

16

1    un- -- unleashed Aren.  I unhooked his collar, and I kind of --

2    from the back, I just kind of pushed him off.  And he went --

3    he went downrange pretty fast.

4              DETECTIVE JAMES GRILL:  Okay.  Was he saying

5    anything?  From the time he emerged to the time you released,

6    did you hear him yelling anything or saying anything to you

7    guys?

8              SERGEANT BRIAN O'MALLEY:  I heard him shout -- he --

9    he said, "I'll fucking kill that fucking dog."  But he was

10   still walking.  He goes, "I'll kill that fucking dog."

11             Which I was kind of glad because I knew he didn't --

12   he was walking and saying it, but he didn't, like, see which

13   direction my partner was coming from.  That's where I kind of

14   felt I sort of had the advantage to do a -- a nice takedown

15   because he was going to be surprised when the apprehension came

16   in.  So he didn't have any reaction time coming.

17             And I remember him saying it, but I was -- I'm like,

18   "I'm still good because he's kind of still walking."  So then

19   Aren goes --

20             DETECTIVE JAMES GRILL:  Was your dog barking?  Was

21   it --

22             SERGEANT BRIAN O'MALLEY:  He barked -- like, he kind

23   of whimpered one time when I sent him, and then I just sent

24   him.  And when they're running downrange, it's no bark.

25             DETECTIVE JAMES GRILL:  Okay.

17

1              SERGEANT BRIAN O'MALLEY:  They're just -- they're
2      just silent, but they're going in for the apprehension.
3              So kind of -- just as the guy sort of gets across
4      the street, that's when Aren engaged him on his -- I think his
5      right -- or I'm sorry -- his left tricep area.  And the guy
6      sort of, like, took, like, two steps forward.  And then I could
7      see -- I could see a knife in his right hand.  And then that's
8      when he spun.  And he spun, like, backwards -- no, he spun
9      around.  And as he's spinning, I'm seeing him.  He's kind of
10     like doing, like, a thrusting.  I could see that he's -- you
11     know where the knife is going into Aren.
12             So then I saw Aren kind of -- he was up on two legs.
13     He was up on his hind legs on the apprehension.  Then I could
14     see him kind of go down to all four legs and he disengaged.
15     And -- but I could now see now the guy.  Now he's --
16             DETECTIVE JAMES GRILL:  How many -- how many strikes
17     did you see him --
18             SERGEANT BRIAN O'MALLEY:  It was like -- I think I
19     saw it twice into him while he was on the apprehension, like
20     thrust back towards him.  And then when Aren went from two legs
21     to four legs -- he's now off the bite -- I could see him now
22     spinning.  Now he's -- now he's now progressing back towards
23     us, and he's just, like, thrusting at him, at my dog and --
24             DETECTIVE JAMES GRILL:  Do you know how many
25     times -- after the dog broke free, how many times you saw him

18

1  hit the dog?

2           SERGEANT BRIAN O'MALLEY:  It was like maybe one or

3  two more times.  It was coming from, like, Aren's -- it would

4  be like -- like this side of his face.

5           And that's when I -- I saw him.  I mean, his arm was

6  out, and he -- now he spun towards us.  And from where I was

7  now, that's when I just -- I took my pistol out, and I just --

8  I just fired.  And I remember firing and just watching him

9  just -- I followed him down to the ground and stayed on him

10 when he was on the ground, and then I just reholstered.  And

11 then I looked for my dog, and I couldn't find him anywhere.

12          So I hear -- I heard -- like when we went down, I

13 hear, like, just a shot and then one -- the shot.  And then I

14 reholstered.

15          And then I'm looking for my dog, and I don't see

16 him.  I hear a couple of the officers that were off to my left

17 start to say, "Whoa, whoa, whoa."  And I kind of like looked

18 backwards, and I see Aren kind of just spinning around in a

19 circle.  And my fear was -- I didn't want him to go into a

20 panic mode and -- and bite one of the officers that might be

21 there because he was -- I didn't know if he was injured or

22 what.  So I heard, you know, "Whoa, whoa, whoa," and I quickly,

23 like, looked over.  And I said, "Aren, platz," which is his

24 "down."  It's -- it's German for "place."  I said, "Platz.

25 Platz."  And he started to go down.  I could just see, like, a

19

1  stream of blood coming from his mouth.  And so I knew,

2  obviously, he was injured.

3          So at that time, I just walked over.  I kind of

4  scooped him up.  And Sergeant DiPippa got on scene, and we just

5  scooped him in the car.  And then that's when he rode me to

6  the -- we -- we were on our way to PVSEC, the vet hos- -- the

7  trauma hospital.

8          DETECTIVE JAMES GRILL:  Who took you?

9          SERGEANT BRIAN O'MALLEY:  Sergeant DiPippa.  Rob.

10 The guy who I was following up out on the busway.

11         DETECTIVE PATRICK MILLER:  How many times did you

12 fire, if you -- if you remember?

13         SERGEANT BRIAN O'MALLEY:  I -- I think it was six

14 times.

15         DETECTIVE PATRICK MILLER:  Okay.

16         SERGEANT BRIAN O'MALLEY:  That's -- that's when I

17 left.  I was gone from the scene.

18         DETECTIVE PATRICK MILLER:  Right.

19         SERGEANT BRIAN O'MALLEY:  We -- we drove to the

20 hospital.  And he -- he just died.  I mean, he was bleeding too

21 much from his mouth.

22         I just -- I mean, I just remember hearing things on

23 the radio.  I remember Tommy saying at one time -- and I

24 don't -- I don't remember when it was, if it was when I was --

25 I think it was when I was running down the trail.  I was

1    starting to get pretty gassed from running through the lot.  So

2    I was running back down the trail towards Whitney.  I remember

3    hearing OC was used and Taser was used, and that's -- that's

4    all I remember hearing.  But I don't know when they did it, or

5    what, or who did it.  I just remember hearing at some point

6    that the OC and Taser was used.  And that's when I ended up at

7    the top of the trail -- or the top of the -- the ramp, the

8    Whitney ramp.

9            DETECTIVE PATRICK MILLER:  So you kind of knew going

10   with the dog that he -- they're -- they're -- they're using

11   alternate means to subdue him, and it's just not working.

12           SERGEANT BRIAN O'MALLEY:  Yeah.  That's when I -- I

13   mean, it was like -- I was just thinking in my head.  I'm

14   like -- I was like, "What the hell is going on that this guy --

15   something is going on.  I mean they're using Taser -- Taser and

16   then OC, but then he's still moving around."  You know, I'm

17   like -- so that's why -- I mean, I'm just glad I had Aren.  I

18   was like, "Okay.  Then this is going to be a K-9 -- a K-9

19   apprehension," so...

20           DETECTIVE JAMES GRILL:  Did you hear that on the

21   radio, or did you hear the guys yelling?

22           SERGEANT BRIAN O'MALLEY:  No.  I heard that on the

23   radio.  I -- I have an earpiece, so I heard it in my earpiece.

24   I just -- I don't remember if it was when we were driving up

25   from Hamnett to where we jumped out over the wall or when we

21

```
 1    were kind of running down -- back down the trail.  It was
 2    somewhere in that time I remember hearing that Taser and OC was
 3    used -- "to no avail" I think was the actual words.  But I
 4    remember -- I know Tommy said it.  Tommy -- Officer Adams.
 5              DETECTIVE PATRICK MILLER:  DiPippa.  D-i-P-i- --
 6              SERGEANT BRIAN O'MALLEY:  Yeah.  D-i-P-i-p-p-a.
 7              DETECTIVE PATRICK MILLER:  I got it right.
 8              DETECTIVE JAMES GRILL:  I did too.  I usually don't
 9    get it right.
10              All right.  How you doing?
11              SERGEANT BRIAN O'MALLEY:  I'm just hurting, man.
12              DETECTIVE JAMES GRILL:  Yeah.
13              SERGEANT BRIAN O'MALLEY:  I mean, it was a rough
14    night last night.  I went into where he sleeps and shit and, I
15    mean, I'm smelling his blanket and stuff, so...
16              I mean, I just beat myself up because -- I mean,
17    I -- I've been through all the -- the K-9 stuff with combat
18    casualty care with dogs and with -- with the humans and shit.
19    And I just couldn't get his bleeding stopped.
20              DETECTIVE JAMES GRILL:  Yeah.
21              SERGEANT BRIAN O'MALLEY:  And it was in his mouth,
22    and I just was -- literally, I'm trying to put my hands in a
23    hole.  Because I knew he was stabbed somewhere.  I didn't know.
24    I was trying to put my hand in a hole, my fingers in a hole to
25    plug something.  I mean, I got my combat gauze on me and shit.
```

22

1              And I remember yelling to Rob -- I'm like, "I can't

2    get" -- literally, his blood was just pouring out.  So I tried

3    to cup his snout and just calm him.  And then he just started

4    throwing up, and it was that deep red blood.

5              DETECTIVE PATRICK MILLER:  Yeah.

6              SERGEANT BRIAN O'MALLEY:  I mean, my -- I was just

7    covered in it.  It was frustrating because I just -- I mean, he

8    died.  I knew he sunk down because he just -- I lost him.  And

9    I just couldn't get the freaking bleeding stopped.  I reached

10   my hand in his mouth, you know.  I mean, I couldn't -- I knew

11   something wasn't right because there was a lot of blood and --

12   but, yeah, it's just fucked.

13             DETECTIVE JAMES GRILL:  I'm sorry.

14             SERGEANT BRIAN O'MALLEY:  I mean, it is what it is,

15   man.  It fucking sucks.

16             DETECTIVE PATRICK MILLER:  Can you think of anything

17   else?

18             DETECTIVE JAMES GRILL:  No, I don't think so.

19             DETECTIVE PATRICK MILLER:  Kevin, do you have any

20   questions for us?

21             MR. ABRAMOWICZ:  No.

22             SERGEANT BRIAN O'MALLEY:  I don't.  Man, I mean, it

23   was -- it's all good.  Fuck it.

24             DETECTIVE PATRICK MILLER:  All right.  Well, this

25   completes Sergeant O'Malley's interview.  The time is now

23

1   3:35 p.m.

2           DETECTIVE JAMES GRILL:  (Indiscernible) my card.  It

3   has my number on it.

4           SERGEANT BRIAN O'MALLEY:  Thanks, man.  I appreciate

5   it.

6           DETECTIVE JAMES GRILL:  Condolences here.

7           SERGEANT BRIAN O'MALLEY:  Thank you.

8           (Whereupon, the audio portion of the video recording

9   ended.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

24

C E R T I F I C A T E

I, Rita A. Ross, Registered Professional Reporter, do hereby certify that the foregoing pages containing the videotaped interview of SERGEANT BRIAN O'MALLEY were transcribed by me from a video recording.

I hereby certify that the foregoing pages are a true and accurate transcript of said interview to the best of my hearing ability.

I do further certify that I am not a relative of any party hereto, nor am I otherwise interested in the event of this action.

The foregoing certification does not apply to any reproduction of this transcript in any respect unless under the direct control and/or supervision of the certifying reporter.

_____
RITA A. ROSS, RPR

February 15, 2021

In Re:
**Interview of Sergeant Brian O'Malley**                                February 2, 2016

---

**[**

**[verbatim] (1)**
4:23

**A**

**above (3)**
8:7;9:5;10:1
**ABRAMOWICZ (4)**
3:9;4:17,21;22:21
**acquisition (4)**
15:2,5,12,14
**across (1)**
17:3
**actual (1)**
21:3
**Ad- (1)**
5:17
**Adams (8)**
5:3,8,24;6:4,5,6,6;
21:4
**advantage (1)**
16:14
**afford (1)**
3:23
**Again (10)**
4:8;5:19;8:17,18;
9:25;12:12;13:2,3,23,
24
**against (2)**
3:12,21
**ahead (2)**
14:18,18
**almost (1)**
7:18
**alternate (1)**
20:11
**appointed (1)**
3:23
**Appreciate (2)**
3:9;23:4
**apprehension (5)**
16:15;17:2,13,19;
20:19
**area (1)**
17:5
**Aren (9)**
16:1,19;17:4,11,12,
20;18:18,23;20:17
**Aren's (2)**
15:1;18:3
**arm (1)**
18:5
**around (5)**
13:24;14:2;17:9;
18:18;20:16
**attorney (3)**
3:22,23;4:17
**audio (2)**
3:1;23:8
**Authority (2)**

4:16,17
**avail (1)**
21:3
**Avenue (15)**
7:14,15,20;8:23,
24;9:1,1,3,20;10:10;
12:7,8;13:3;14:7,24
**away (4)**
11:10,11;12:22;
15:7

**B**

**back (23)**
5:7;7:5,8,23,24;
8:13,16,21;13:2,3,24;
14:2,7,8,11,13,16,24;
16:2;17:20,22;20:2;
21:1
**backwards (2)**
17:8;18:18
**bark (1)**
16:24
**barked (1)**
16:22
**barking (1)**
16:20
**beat (1)**
21:16
**behind (4)**
5:16;7:2;12:4;15:1
**below (1)**
9:15
**big (2)**
9:14;13:11
**bigger (2)**
13:16,20
**bit (4)**
10:2;13:18,20,25
**bite (3)**
15:15;17:21;18:20
**black (1)**
10:14
**blanket (1)**
21:15
**bleeding (3)**
19:20;21:19;22:9
**blind (2)**
15:17,19
**blood (4)**
19:1;22:2,4,11
**boom (1)**
11:8
**both (1)**
10:6
**bottom (1)**
12:1
**BRIAN (66)**
3:5,7,11,15,17;4:2,
7,10,13,16,24;5:1,12,
15;6:3,6,21;8:5,8,20;
9:8,12,17,23;10:9,13,
20,23;11:14,17,23,

25;12:3,6,11,15,18;
13:6,9,13,17,22;
14:10,16;15:13,18;
16:8,22;17:1,18;
18:2;19:9,13,16,19;
20:12,22;21:6,11,13,
21;22:6,14,22;23:4,7
**brief (4)**
3:13
**broke (1)**
17:25
**bus (1)**
7:16
**bushes (4)**
14:4,6,11,22
**busway (11)**
8:1,5,9,9,25;9:2,7,
13,15;14:14;19:10

**C**

**cal (1)**
15:2
**call (2)**
7:7;8:3
**called (2)**
5:4;9:1
**calls (1)**
5:17
**calm (1)**
22:3
**came (4)**
8:19,20;14:2;16:15
**can (4)**
3:20;9:25;10:1;
22:16
**car (8)**
6:15;7:5,8,25,25,
25;8:3;19:5
**card (1)**
23:2
**care (1)**
21:18
**casualty (1)**
21:18
**Center (2)**
7:14,20
**chair (1)**
3:10
**changed (1)**
13:2
**changes (1)**
12:12
**characteristic (1)**
15:22
**charge (1)**
3:24
**circle (1)**
18:19
**clarified (1)**
6:9
**close (3)**
5:23;11:4;14:5

**closed (1)**
13:25
**closer (1)**
14:1
**closest (1)**
7:14
**Code (1)**
5:17
**collar (4)**
11:6;15:1,15;16:1
**combat (2)**
21:17,25
**coming (11)**
10:17,24;11:1,1,18,
21;13:3;16:13,16;
18:3;19:1
**command (1)**
15:15
**commenced (1)**
3:2
**comments (1)**
3:14
**completes (1)**
22:25
**concealment (1)**
14:5
**Condolences (1)**
23:6
**considerable (1)**
12:21
**continue (1)**
5:19
**Cool (1)**
12:23
**corner (2)**
10:7,11
**couple (3)**
10:14;12:16;18:16
**course (1)**
13:23
**court (1)**
3:21
**covered (1)**
22:7
**cup (1)**
22:3
**cut (11)**
9:18;12:18,20,25,
25;13:7,10,16,19,20;
14:1
**cuts (2)**
12:17,18

**D**

**date (2)**
4:11;5:3
**day (2)**
3:3;4:25
**deep (1)**
22:4
**deputy (1)**
6:23

**desire (1)**
3:24
**DETECTIVE (72)**
3:3,6,8,10,15,19;
4:3,8,12,14,18,18,22,
25;5:10,14;6:1,5,19;
8:4,7,19;9:6,10,16,
21;10:8,12,18,22;
11:12,16,21,24;12:2,
5,10,14,17;13:4,8,12,
15,21;14:8,15,15;11,
16;16:4,20,25;17:16,
24;19:8,11,15,18;
20:9,20;21:5,7,8,12,
20;22:5,13,16,18,19,
24;23:2,6
**diagonal (1)**
9:23
**diagonalling (2)**
11:19;12:8
**died (2)**
19:20;22:8
**D-i-P-i- (1)**
21:5
**DiPippa (5)**
5:7;6:14;19:4,9;
21:5
**D-i-P-i-p-p-a (1)**
21:6
**direction (7)**
7:18,22;8:21;9:4;
11:10;15:21;16:13
**directions (2)**
12:12;13:3
**disengaged (1)**
17:14
**distance (2)**
6:18;14:1
**dog (13)**
7:9,16,25;11:5;
16:9,10,20;17:23,25;
18:1,11,15;20:10
**dogs (1)**
21:18
**door (1)**
11:2
**down (20)**
7:13,16;9:3,20;
10:10,16;11:4,7,18;
14:12;17:14;18:9,12,
24,25;19:25;20:2;
21:1,1;22:8
**downrange (2)**
16:3,24
**drive (1)**
8:1
**driving (1)**
20:24
**drove (1)**
19:19
**dude (2)**
14:12;15:25
**during (2)**

---

3:22,24

**E**

**earpiece (4)**
7:10,21;20:23,23
**ears (2)**
15:5,6
**eastbound (1)**
6:10
**else (1)**
22:17
**emerged (1)**
16:5
**emerging (2)**
14:6,7
**ended (2)**
20:6;23:9
**engaged (1)**
17:4
**equipment (1)**
3:6
**even (1)**
7:3
**events (1)**
4:23
**exactly (2)**
8:11;9:23
**explained (1)**
3:25

**F**

**face (1)**
18:4
**far (1)**
6:18
**fast (1)**
16:3
**fear (1)**
18:19
**felt (1)**
16:14
**female (1)**
10:15
**fight (2)**
5:18,22
**find (1)**
18:11
**fingers (1)**
21:24
**fire (1)**
19:12
**fired (1)**
18:8
**firing (1)**
18:8
**first (4)**
7:22;10:18,20,22
**followed (2)**
13:5;18:9
**following (2)**
11:9;19:10

**foot (1)**
5:6
**forward (1)**
17:6
**four (2)**
17:14,21
**freaking (1)**
22:9
**free (2)**
3:23;17:25
**front (2)**
5:16;14:2
**frustrating (1)**
22:7
**Fuck (2)**
7:24;22:23
**fucked (1)**
22:12
**fucking (9)**
3:12;14:18,19,20,
21;16:9,9,10;22:15

**G**

**gassed (1)**
20:1
**gauze (1)**
21:25
**gave (2)**
14:4;15:22
**gazebo (1)**
8:3
**German (1)**
18:24
**gets (1)**
17:3
**giving (1)**
15:15
**glad (2)**
16:11;20:17
**goes (6)**
5:2;8:25;9:1,21;
16:10,19
**good (4)**
3:7,18;16:18;22:23
**grabbed (2)**
15:1,1
**GRILL (48)**
3:10;4:18;5:10,14;
6:1,5,19;8:4,7;9:6,10,
16,21;10:8,12,18,22;
11:12,16,21,24;12:2,
5,10,14,17;13:4,8,12,
15,21;14:8,15;15:11;
16:4,20,25;17:16,24;
19:8;20:20;21:8,12,
20;22:13,18;23:2,6
**ground (2)**
18:9,10
**guess (1)**
7:13
**guy (12)**
7:19,21;9:5;15:4,7,

9,23;17:3,5,15;19:10;
20:14
**guys (3)**
14:20;16:7;20:21

**H**

**half (1)**
14:25
**halfway (3)**
5:16;6:17;8:1
**Hamnett (6)**
5:6;6:12;7:17;8:2,
18;20:25
**Hampy (2)**
5:4;6:1
**hand (4)**
15:1;17:7;21:24;
22:10
**hands (1)**
21:22
**hanging (1)**
8:12
**head (1)**
20:13
**heading (1)**
8:17
**hear (14)**
7:2,10,21;9:25;
10:2,3,23;14:17;
16:6;18:12,13,16;
20:20,21
**heard (5)**
16:8;18:12,22;
20:22,23
**hearing (6)**
14:19;19:22;20:3,
4,5;21:2
**hedges (1)**
14:4
**hell (1)**
20:14
**Hey (1)**
7:21
**hind (1)**
17:13
**hit (1)**
18:1
**hole (3)**
21:23,24,24
**homicide (1)**
4:16
**hooked (1)**
11:5
**hos- (1)**
19:6
**hospital (2)**
19:7,20
**house (9)**
10:5,6,19,22;
12:25;13:7,10,11;
14:3
**houses (5)**

9,23;17:3,5,15;19:10;
20:14
**humans (1)**
21:18
**hunkered (1)**
14:12
**hurting (1)**
21:11

**I**

**inbound (4)**
6:11,16;7:23;8:1
**indiscernible (2)**
3:13;23:2
**initially (1)**
8:2
**initials (2)**
4:4,9
**injured (2)**
18:21;19:2
**interview (3)**
4:15,19;22:25
**into (12)**
5:25;6:9,14;7:11,
13,17;12:20;13:5;
17:11,19;18:19;
21:14

**J**

**JAMES (48)**
3:10;4:18;5:10,14;
6:1,5,19;8:4,7;9:6,10,
16,21;10:8,12,18,22;
11:12,16,21,24;12:2,
5,10,14,17;13:4,8,12,
15,21;14:8,15;15:11;
16:4,20,25;17:16,24;
19:8;20:20;21:8,12,
20;22:13,18;23:2,6
**joined (1)**
6:23
**jump (3)**
6:15;8:12,15
**jump- (1)**
8:14
**jumped (1)**
20:25

**K**

**K-9 (7)**
7:6,7;15:3,23;
20:18,18;21:17
**kept (2)**
14:20;15:25
**Kevin (3)**
4:17,20;22:19
**kill (2)**
16:9,10
**kind (33)**
6:16,22,24;7:2;

7:13;10:5;12:13,
20;13:18
**humans (1)**
21:18

**L**

**last (1)**
21:14
**law (1)**
3:21
**leads (2)**
9:2,20
**leash (3)**
8:14;11:6;14:25
**leashed (1)**
11:5
**left (11)**
9:18;10:12,13;
11:19,21,24;12:15;
14:23;17:5;18:16;
19:17
**legs (5)**
17:12,13,14,20,21
**lights (1)**
5:20
**line (2)**
4:4;6:24
**Linear (13)**
5:4,25;6:8,16;8:10;
9:3,8,10,12;10:10;
14:9,11,14
**literally (6)**
7:8;8:15,24;9:3;
21:22;22:2
**little (4)**
10:2;13:18,20,25
**location (1)**
5:9
**locked (1)**
15:23
**look (2)**
10:4,25
**looked (4)**
7:1;18:11,17,23
**looking (12)**
10:10,15,16,24;
12:6;14:22;15:6,9,10,
20;18:15
**lost (1)**
22:8
**lot (7)**
7:20;12:19;13:15,
16;14:1;20:1;22:11

10:1,1,4,25;12:7;
13:25;14:4,12,22,24,
25;15:6,8,19;16:1,2,
11,13,18,22;17:3,9,
12,14;18:17,18;19:3;
20:9;21:1
**knew (14)**
7:12;9:4,25;14:2,5;
15:9,9,22;16:11;
19:1;20:9;21:23;
22:8,10
**knife (3)**
5:22;17:7,11

**loud (1)**
7:3

## M

**Male (2)**
10:14,15
**man (4)**
21:11;22:15,22;
23:4
**many (5)**
17:16,16,24,25;
19:11
**maybe (6)**
10:1;11:10;12:22,
25;15:7;18:2
**mean (18)**
6:12;7:12;18:5;
19:20,22;20:13,15,
17;21:13,15,16,16,
25;22:6,7,10,14,22
**meaning (1)**
8:18
**means (1)**
20:11
**meet (1)**
13:14
**middle (2)**
11:16,17
**might (2)**
6:23;18:20
**MILLER (24)**
3:3,6,8,15,19;4:3,8,
12,14,18,22,25;8:19;
15:16;19:11,15,18;
20:9;21:5,7;22:5,16,
19,24
**mind (1)**
4:5
**mode (1)**
18:20
**more (2)**
5:17;18:3
**mouth (4)**
19:1,21;21:21;
22:10
**moving (1)**
20:16
**much (1)**
19:21
**Myself (2)**
5:7;21:16

## N

**need (1)**
6:10
**nice (1)**
16:14
**night (2)**
21:14,14
**number (1)**
23:3

## O

**obviously (1)**
19:2
**OC (4)**
20:3,6,16;21:2
**off (7)**
8:14;11:19;12:25;
15:15;16:2;17:21;
18:16
**office (1)**
4:16
**Officer (6)**
5:3,4,8,24;6:3;21:4
**officers (1)**
7:2;11:9;18:16,20
**O'MALLEY (65)**
3:5,7,11,17;4:2,7,
10,13,16,24;5:1,12,
15;6:3,6,21;8:5,8,20;
9:8,12,17,23;10:9,13,
20,23;11:14,17,23,
25;12:3,6,11,15,18;
13:6,9,13,17,22;
14:10,16;15:13,18;
16:8,22;17:1,18;
18:2;19:9,13,16,19;
20:12,22;21:6,11,13,
21;22:6,14,22;23:4,7
**O'Malley's (1)**
22:25
**once (1)**
15:22
**one (16)**
3:23;5:19,19;6:2;
9:21,24;10:21;12:20;
13:1,7,10;16:23;18:2,
13,20;19:23
**onto (3)**
14:7,24;15:23
**opening (1)**
12:24
**out (19)**
5:4,7,9,15,19,21;
6:2,15;7:9,16;8:12,
14;14:7,25;18:6,7;
19:10;20:25;22:2
**outbound (5)**
6:11,11;8:16,21;
9:13
**over (15)**
6:15;7:9,9,10,21;
8:12,15,16;13:7,10,
11,14;18:23;19:3;
20:25

## P

**panic (1)**
18:20
**parallel (2)**
9:5;13:14

**paralleling (1)**
7:18
**Park (3)**
7:17;8:17,18
**parked (3)**
8:3,4,9
**parking (1)**
7:20
**partner (2)**
8:14;16:13
**passed (1)**
7:6
**PATRICK (24)**
3:3,6,8,15,19;4:3,8,
12,14,18,22,25;8:19;
15:16;19:11,15,18;
20:9;21:5,7;22:5,16,
19,24
**patrol (1)**
5:6
**people (1)**
8:12
**per (1)**
5:8
**perked (1)**
15:6
**pistol (1)**
18:7
**place (2)**
4:15;18:24
**platz (3)**
18:23,24,25
**plug (1)**
21:25
**PM (2)**
5:2;23:1
**point (2)**
6:20;20:5
**police (2)**
4:17;15:23
**policemen (1)**
4:18
**Port (2)**
4:16,17
**portion (2)**
3:1;23:8
**pouring (1)**
22:2
**present (2)**
3:22;4:19
**pretty (2)**
16:3;20:1
**print (1)**
4:9
**probably (2)**
11:10;15:7
**progressing (1)**
17:22
**pull (1)**
6:14
**pushed (2)**
11:1;16:2
**put (5)**

3:12;7:25;8:22;
21:22,24
**puts (1)**
6:2
**PVSEC (1)**
19:6

## Q

**quickly (1)**
18:22

## R

**radio (7)**
6:1;7:10;8:16,22;
19:23;20:21,23
**railing (2)**
10:4,4
**ramp (7)**
9:2,20;11:4,7;12:1;
20:7,8
**ran (4)**
7:5;11:6;13:24;
14:5
**rapid (1)**
5:17
**reached (1)**
22:9
**reaction (1)**
16:16
**ready (1)**
4:20
**recording (2)**
3:1;23:8
**red (1)**
22:4
**reholstered (2)**
18:10,14
**released (1)**
16:5
**remain (1)**
3:20
**remember (16)**
10:5;11:5;14:18;
16:17;18:8;19:12,22,
23,24;20:2,4,5,24;
21:2,4;22:1
**request (1)**
5:8
**response (1)**
5:18
**reversed (3)**
8:17;13:23,24
**Ride (3)**
7:17;8:18,18
**right (31)**
3:5,11,15,19,20,21;
5:4;6:22;7:8;8:9,24;
9:2,15;10:6,11;11:22,
22;14:6,13,17,25;
15:9,20;17:5,7;
19:18;21:7,9,10;

22:11,24
**right-hand (1)**
9:13
**rights (2)**
3:25;4:5
**rise (1)**
8:11
**Rob (5)**
5:15;6:22;7:6;
19:9;22:1
**rode (1)**
19:5
**room (1)**
3:4
**rough (1)**
21:13
**run (1)**
7:24
**running (21)**
5:24;6:7,7,15,21,
24;7:20;8:15,21,22,
23,23,24;9:4,13,19;
16:24;19:25;20:1,2;
21:1

## S

**same (7)**
5:3,11;6:16;8:21;
9:18;13:5,6
**Sarg (1)**
4:22
**saw (7)**
12:16;15:4,4;
17:12,19,25;18:5
**saying (5)**
14:18;16:4,6,12,
17;19:23
**scene (5)**
5:25;6:7,8;19:4,17
**scooped (1)**
19:4,5
**screaming (4)**
9:25;10:2,3,24
**second (1)**
10:18
**seeing (2)**
10:5;17:9
**send (1)**
15:16
**sending (3)**
15:3,18,20
**sent (2)**
16:23,23
**separate (1)**
5:13
**SERGEANT (71)**
3:5,7,11,17;4:2,7,
10,13,16,24;5:1,2,7,
12,15;6:3,6,13,21;
8:5,8,20;9:8,12,17,
23;10:9,13,20,23;
11:14,17,23,25;12:3,

6,11,15,18;13:6,9,13,
17,22;14:10,16;
15:13,18;16:8,22;
17:1,18;18:2;19:4,9,
9,13,16,19;20:12,22;
21:6,11,13,21;22:6,
14,22,25;23:4,7
**sheriff (1)**
6:23
**shift (1)**
5:2
**shit (4)**
14:19;21:14,18,25
**shoot (4)**
14:18,19,20,21
**shot (2)**
18:13,13
**shout (1)**
16:8
**side (11)**
9:14;10:8;12:9,14,
15,24;13:5,5,6;14:23;
18:4
**sides (1)**
10:6
**Sidewalk (2)**
11:13;12:8
**sign (1)**
4:9
**silent (2)**
3:20;17:2
**sirens (1)**
5:20
**six (1)**
19:13
**sleeps (1)**
21:14
**smelling (1)**
21:15
**snout (1)**
22:3
**somebody (1)**
8:22
**somewhere (4)**
5:21;13:14;21:2,23
**soon (1)**
8:11
**sorry (3)**
5:12;17:5;22:13
**sort (4)**
9:4;16:14;17:3,6
**sound (2)**
9:14,14
**sound-barrier (1)**
8:10
**space (2)**
12:19;13:18
**speak (2)**
3:21;4:6
**spinning (3)**
17:9,22;18:18
**spun (4)**
17:8,8,8;18:6

**stabbed (1)**
21:23
**standard (1)**
3:16
**start (5)**
5:9;6:15;12:25;
14:19;18:17
**started (8)**
5:7,15;11:4;13:7,
19;15:8;18:25;22:3
**starting (2)**
5:18;20:1
**starts (4)**
8:10,11;12:12;
14:24
**stated (1)**
5:18
**Station (6)**
5:5,6;6:12,14;7:17;
8:2
**stayed (1)**
18:9
**step (1)**
14:25
**steps (5)**
7:17,25;8:2,3;17:6
**still (8)**
9:6,8;12:21,21;
16:10,18,18;20:16
**Stop (1)**
15:24
**stopped (4)**
6:25;7:5;21:19;
22:9
**stream (1)**
19:1
**street (9)**
7:14;11:12,15,16,
18;12:11,14,16;17:4
**strikes (1)**
17:16
**stuff (3)**
7:4;21:15,17
**subdue (1)**
20:11
**sucks (1)**
22:15
**sunk (1)**
22:8
**sure (1)**
15:4
**surprised (1)**
16:15
**suspect (7)**
5:22,24;6:7,17;
7:11;14:13;15:4
**suspects (2)**
5:4,19

**T**

**takedown (1)**
16:14

**target (5)**
15:2,5,10,12,14
**Taser (5)**
20:3,6,15,15;21:2
**telling (1)**
14:20
**term (1)**
15:11
**Thanks (1)**
23:4
**thinking (1)**
20:13
**third (1)**
10:19
**throwing (1)**
22:4
**thrust (1)**
17:20
**thrusting (2)**
17:10,23
**times (3)**
17:25,25;18:3;
19:11,14
**Today (1)**
4:12
**Tom (2)**
5:17;6:3
**Tommy (6)**
5:17,21,23;19:23;
21:4,4
**took (3)**
17:6;18:7;19:8
**top (2)**
20:7,7
**toward (2)**
6:8;8:23
**towards (16)**
6:12;7:13,20;8:17,
24;11:11,19;12:7,8;
13:3,9;14:13;17:20,
22;18:6;20:2
**Trail (24)**
5:5,25;6:8,12,16,
17;7:1;8:10,13,16;
9:3,9,11,12;10:10;
12:3;13:10;14:9,11,
14;19:25;20:2,7;21:1
**trailing (1)**
7:2
**transpired- (1)**
4:23
**trauma (1)**
19:7
**travel (1)**
8:17
**tricep (1)**
17:5
**tried (1)**
22:2
**trying (4)**
10:3;15:14;21:22,
24
**tunnel (2)**

8:25;9:1
**twice (1)**
17:19
**two (5)**
5:4;17:6,12,20;
18:3

**U**

**un- (1)**
16:1
**under (2)**
8:25;9:2
**unhooked (1)**
16:1
**units (1)**
5:9
**unleashed (1)**
16:1
**up (21)**
5:8;6:17;7:1,25;
8:7;10:4,16,16,24;
11:5;12:6;14:5;15:6;
17:12,13;19:4,10;
20:6,24;21:16;22:4
**used (3)**
3:20;20:3,3,6;21:3
**using (3)**
15:12;20:10,15
**usually (2)**
8:12;21:8

**V**

**vacant (1)**
13:15
**vehicle (1)**
5:11
**vehicles (1)**
5:13
**vet (1)**
19:6
**video (3)**
3:1,6;23:8

**W**

**walk (1)**
14:13
**walked (2)**
11:6;19:3
**walking (8)**
11:9,11,18;12:7;
15:25;16:10,12,18
**wall (10)**
3:12;6:15;8:10,11,
12,13,15;9:14,14;
20:25
**Watch (1)**
15:8
**watching (1)**
18:8
**way (2)**

8:23;19:6
**west (1)**
12:9
**westbound (1)**
6:11
**What's (2)**
4:11;15:11
**Whereupon (3)**
3:1,13;23:8
**whimpered (1)**
16:23
**whine (1)**
15:8
**Whitney (22)**
7:15;8:23,24;9:1,1,
3,19,20;10:6,10,16,
16,22;12:6,8;13:3;
14:3,7,13,24;20:2,8
**Whoa (6)**
18:17,17,17,22,22,
22
**Wilkinsburg (6)**
5:5,5,25;6:9,10,14
**wish (1)**
4:5
**woods (5)**
7:11,13,19;9:17,18
**words (1)**
21:3
**working (2)**
5:1;20:11
**write (1)**
4:4

**Y**

**yard (2)**
13:5,11
**yards (7)**
11:10,11;12:20,22;
13:1,19;15:7
**yelling (8)**
7:3,3,4;10:17;
14:17;16:6;20:21;
22:1

**1**

**10 (1)**
15:7
**1400 (1)**
5:2

**2**

**2 (1)**
5:17
**2/2 (1)**
4:13
**2200 (1)**
5:2
**2nd (1)**
4:12

| 3 |
|---|

**3:30 (1)**
  5:3
**3:35 (1)**
  23:1
**30 (2)**
  11:10;12:21

| 4 |
|---|

**40 (1)**
  11:10

| 6 |
|---|

**6 (1)**
  4:5