# ALLEGHENY COUNTY POLICE DEPARTMENT

ALLEGHENY COUNTY POLICE DEPARTMENT
## INTERVIEW

| | | | |
|---|---|---|---|
| **Case No.:** | CR-000317-16 | **Case Date:** | 1/31/2016 |
| **Event No.:** | EVENT-001802-16 | | |
| **Officer Name:** | MILLER, PATRICK | **Activity Date/Time:** | 2/2/2016 3:13:23 PM |
| **Shield No.:** | | **Serial No.:** | 024207 |
| **Activity Type:** | INTERVIEW | **Hours:** 0 | **Cash** $0.00 |

**Activity Description:** Interview of Sgt. Brian O'Malley-Port Authority Police Dept.

Victim: Kelley, Bruce B/M/37

Case: Homicide (GSW)

On the above date and time, Det. Grill and I (Miller) interviewed Sgt. Brian O'Malley of the Port Authority Police Department. Also present for the interview was Kevin Abramovitz who represents the Port Authority Police officers. Prior to the interview O'Malley was informed that the interview room was audio and video equipped, which Sgt. O'Malley acknowledged. The complete interview will be available upon completion of ACPD Audio Visual Processing.



Also prior to the interview, I read O'Malley his Miranda warnings. Utilizing ACP Form R12 I read the warnings and O'Malley read along and ultimately acknowledged he understood his rights and that he agreed to answer questions. I had him initial the proper locations on the form and Det. Grill and I also signed the form, which accompanies this report for inclusion in the case file. The following is the highlighted portion of O'Malley's statement.

- Working the 2pm to 10 pm shift

- He stated that he overheard Officers Adams and Hampy call out with 2 suspects on the Linear Trail

- Officer Adams follows that transmission up with another stating the suspect is running from the scene

- Another transmission that they are fighting with the suspect and he has a knife

- O'Malley gets out of his patrol vehicle on the busway

- Suspect kept doubling back and O'Malley was doing the same trying to keep up with the suspect and the officers

- Ultimately encounters the male who crosses over Whitney St. and cuts through some back yards

- Hears the male yelling "Go ahead, fucking shoot me, go ahead shoot me."

- He stated that he retrieved his K-9 partner, Aren

- He stated that he un-leashed Aren and held him by the collar

- He held the dog and told him to "watch him", which he uses as target acquisition

- Stated he uses the acquisition so the dog does not go in "blind"

Printed On: 2/3/2016 9:41:50 AM    CR-000317-16        Page 1 of 2

0032

-O'Malley exclaimed, "Police K-9, stop and drop the knife"

-Suspect yelled "Ill kill that fuckin dog"

-O'Malley gave the bite command and released his dog

-Aren made contact with the suspect's left arm

-As the dog is latched onto the suspect he begins to slash at the dog with the knife, which is in his right hand

-Stated that prior to releasing the K-9 he heard Adams on the radio that both Taser and OC spray were deployed to no avail

-Aren was originally on his hind legs when he acquired the male but fell to all fours once he was stabbed

-After he reached the ground the male lunged toward Aren again and slashed him at least 2 more times

-O'Malley drew his weapon and fired at least 6 times at the suspect

-The suspect fell to the ground and O'Malley kept cover on him until the threat was over

-Yelled "PLATZ" to Aren, which meant place in German. He wanted him to stay were he was so he didn't bite any of the responding officers, as he knew he was badly hurt and disoriented

-Went over to attend to Aren and observed bright red bloom coming from his mouth

-Attempted any life saving measures he could think of but the blood wouldn't stop

-Put Aren in a marked unit and transported him the the hospital

| Status: | Signature of Reporting Officer: | Signature of Approving Officer: |
|---|---|---|
| AWAITING COURT ACTION | [signature] #494 | [signature] |