| | | | |
|---|---|---|---|
| **Officer Name:** | DETECTIVE GRILL, JAMES SR | **Activity Date/Time:** | 2/2/2016 3:39:42 PM |
| **Shield No.:** | 451 | **Serial No.:** | 019136 |

**Activity Type:** INTERVIEW

**Activity Description:** Interview of Allegheny County Port Authority Police Officer Dominic Ravotti

**Victim:** KELLEY, Bruce B/M/37

**Case:** Homicide (GSW)

On 2/2/2016 at 3:30PM I, Detective James Grill along with Detective Patrick Miller and Attorney Abramovitz met At Allegheny County Police Headquarters Homicide office interview room 1 for the purpose of an interview of Allegheny County Port Authority Police Officer Dominic Ravotti. Attorney Abramovitz is representing Dominic Ravotti. Detective Miller advised Ravotti and Abramovitz that this interview was being audio and video recorded. Detective Miller read Ravotti his Miranda Rights in the presence of his attorney at 3:39PM. Ravotti agreed to make a statement regarding the police encounter with Bruce Kelley Jr. and signed ACP Form R12 rights warning/waiver.

- Ravotti states he was working 1/31/2016 2:00PM to 10:00PM on a 2 man car with Officer Sanders

- Ravotti states he and Sanders were on patrol in downtown Pittsburgh when he responded to a call in Wilkinsburg to Back up Officers Adams and Hampy

- Ravotti states he heard on the radio the officers calling out Code 3 and a male armed with a knife was resisting

- Ravotti states he pulls into Hamnet Station parking lot where Officer Sanders exits the vehicle and proceeded by foot to the area of the fleeing suspect

- Ravotti stated that he then went onto Jeanette St. by way of Rebecca Ave.

- Ravotti exited his patrol car and observed the suspect with the knife in his hand. He ordered the suspect to drop the knife

- Ravotti stated that Sgt. Dipippa deployed his taser at least two times with negative results

- Ravotti observed Off. Sanders attempt to use his ASP to knock the knife out of the suspect's hand but the suspect abruptly turned and slashed at Sanders causing him to retreat

- Ravotti observed another Taser deployment and the suspect shout "This doesn't hurt mother fuckers"

- Ravotti observed the suspect jump over the fence to a home in the rear of the 700 Block of Whitney St.

- Ravotti now observed Sgt. O'Malley with K-9 Aren on scene

- Ravotti heard Sgt. O'Malley tell Aren, "Watch him", which meant for Aren to acquire his target

- Once Sgt. O'Malley released Aren he observed Aren engage the suspects left arm

- O'Malley was then on Ravotti's right side and the suspect begins to thrust the knife toward Aren

- Ravotti stated Aren disengaged the suspect but tried to re-engage the suspect and Kelley lunged at Aren and thrusted the knife into him again and began to make furtive movements toward O'Malley

- O'Malley drew his weapon and fired his weapon toward the suspect while Ravotti also drew his weapon and fired 2 times



- The suspect fell backwards onto his back and his right arm crossed his chest and he still was in possession of the knife, which is in his right hand
- Ravotti kept cover on the suspect, went towards him and kicked the knife away from the suspect and assisted other officers in handcuffing the suspect
- Once the suspect was under control Det. Atkins began to administer first aid
- Ravotti was removed from the scene and ultimately transported to the PAPD station by Officer Walters

### 33. Activity - INTERVIEW

| | | | |
|---|---|---|---|
| **Officer Name:** | DETECTIVE FOLEY, THOMAS | **Activity Date/Time:** | 2/2/2016 4:28:43 PM |
| **Shield No.:** | 512 | **Serial No.:** | 014519 |

**Activity Type:**   INTERVIEW

**Activity Description:**   2/2/16   Telephone Interview of Jermaine Wofford   TF

Victim: Bruce Kelley JR
Case: Officer Involved Shooting (Fatal)
Interview: After the fact 911 caller Jermain Wofford B/M/42 PA OLN 27123065

On this date and time I was detailed to contact Jermaine Wofford as he had called 911 and stated that he was a witness to the shooting incident where Actor Bruce Kelley Jr. was shot by Port Authority Police. I contacted Mr. Wofford by phone with the intention setting up an in person interview.

Wofford was difficult to understand, his speach was slurred and there was screaming in the background which he would respond to. He told me Wilkinsburg PD was well aware of him. He said that Actor Bruce and Father Bruce were staying at a house that he had control of at 512 South Ave Wilkinsburg indicating that they were not homeless. I asked if there were utilities to the house, and he said that there were not, that the house was in poor condition and that they were supposed to be doing work there. I asked if there was progress being made and he said that there was not.

As I spoke to Wofford it became apparent that he was possibly intoxicated. I asked if he witnessed the event, he said that if he did he would not talk to us about it. He referenced that he was on Channel 11 news regarding the incident. Wofford essentially said he wanted us to put him in touch with Kelley's family so that they could get Kelley's belongings out of the house.

To make sure I understood I asked if he saw anything to do with the incident Wofford again slurred that he would not tell us if he did at which point the call was concluded

END OF THIS REPORT
tgf

### 34. Activity - INTERVIEW

| | | | |
|---|---|---|---|
| **Officer Name:** | DETECTIVE FEENEY, MICHAEL | **Activity Date/Time:** | 2/19/2016 4:40:29 PM |
| **Shield No.:** | 481 | **Serial No.:** | 031806 |

**Activity Type:**   INTERVIEW

**Activity Description:**   Phone interview with Officer O'Malley's Attorney Kevin Abramovitz

**Victim: KELLEY, Bruce (B/M/37)**