```
IN RE:                          )
                                )
INTERVIEW OF                    )
                                )
OFFICER DOMINIC RAVOTTI         )
```

TRANSCRIBED FROM A VIDEO RECORDING

INTERVIEW DATE:  FEBRUARY 2, 2016

PERSONS PRESENT IN THE INTERVIEW ROOM:


Detective Patrick Miller
Allegheny County Police Department


Detective James Grill
Allegheny County Police Department


Officer Dominic Ravotti
Port Authority Police Department


Kevin Abramowicz, Esquire

3

1             (Whereupon, the audio portion of the video recording
2    commenced.)
3             DETECTIVE PATRICK MILLER:  Dom, just like the other
4    night -- I don't know if you recall -- the room is audio and
5    video equipped.  I just have to advise you of that.
6             OFFICER DOMINIC RAVOTTI:  Okay.
7             MR. ABRAMOWICZ:  (Indiscernible.)
8             DETECTIVE PATRICK MILLER:  Okay.  Got you.
9             Okay.  Dom, I need to read you your Miranda
10   warnings.  Okay?  Standard procedure.  I don't want you to
11   think anything of it.
12            Okay.  You have the right to remain silent.
13   Anything you say can and will be used against you in a court of
14   law.  You have the right to speak to an attorney and have him
15   present before and during questioning.  If you cannot afford an
16   attorney, one will be appointed free of charge before and
17   during questioning, if you so desire.
18            Do you understand each of the rights I've explained
19   to you?
20            OFFICER DOMINIC RAVOTTI:  Yes.
21            DETECTIVE PATRICK MILLER:  Okay.  Can you write yes
22   and then initial.
23            And then having these rights in mind, do you wish to
24   speak to us?
25            OFFICER DOMINIC RAVOTTI:  Yes.

4

1          DETECTIVE PATRICK MILLER:  Okay.  Initial, print,

2     and then sign, please.

3          OFFICER DOMINIC RAVOTTI:  I almost signed on the

4     wrong spot the other day.

5          DETECTIVE PATRICK MILLER:  Today is the 2nd.

6          For the record, the time is 3:39 p.m.  And this

7     statement is being taken in connection to the officer-involved

8     shooting in Wilkinsburg from December 31st.

9          Present is Dominic Ravotti.

10          MR. ABRAMOWICZ:  January.

11          DETECTIVE JAMES GRILL:  January.

12          DETECTIVE PATRICK MILLER:  Excuse me.  January 31st.

13          I'm Detective Patrick Miller.  Detective James

14     Grill.  And Kevin Abramowicz, who represents the union -- union

15     (indiscernible).

16          Okay.  Dom, if you could, just go through with us

17     what all happened, where you -- what shift you were working.

18          OFFICER DOMINIC RAVOTTI:  Okay.  I was 2 to 10

19     shift.  I was assigned to the central district, along with

20     Officer Kyhnroe Sanders.  We were in a car -- in a patrol unit

21     together.

22          DETECTIVE PATRICK MILLER:  Okay.

23          OFFICER DOMINIC RAVOTTI:  We were downtown, Sixth

24     and -- Sixth Street and Liberty.  I heard Officer Adams and

25     Officer Hampy call out that they were getting out with a group

5

1   at the Wood Street gazebo in Wilkinsburg.  We were the next

2   closest backup car also.  Being that they were a two-man unit,

3   we just started that way just -- just in case.  We have a lot

4   of issues out at that gazebo.

5               DETECTIVE PATRICK MILLER:  Okay.

6               OFFICER DOMINIC RAVOTTI:  A lot of drug complaints,

7   a lot of drinking in public, a lot of -- Wilkins- -- we have

8   been having a large amount of armed robberies along the Linear

9   Trail also.

10              We started out.  As we were starting out -- we

11  weren't even off of Liberty Avenue -- Officer Adams got on the

12  air and advised, "Keep units coming.  One is resisting," so we

13  stepped it up a little bit.

14              Just as we were getting off the busway -- onto the

15  busway at Grant, Officer Adams yelled, "Code 2.  We're fighting

16  with one."

17              So at that point, we really started to step it up.

18  Just as we were coming up to the station, Sergeant -- K-9

19  Sergeant DiPippa and K-9 Sergeant O'Malley were right in front

20  of us.  Right as we got to right around Herron Station, Officer

21  Adams yelled, "Code 3.  He's armed with a knife."  So at that

22  point, I mean, we were already getting there.  We were on our

23  way out there.

24              As we were approaching Wilkinsburg -- or the

25  Homewood Station, Officer Adams advised that he had -- he

6

1    had -- he was walking on the -- the suspect that he was in the

2    physical fight with was on the Linear Trail, which runs a

3    little -- runs parallel with the busway there from --

4    basically, I believe it's South Avenue the whole way to Hamnett

5    Park and Ride.  He had -- there's steps that go up from the

6    gazebo -- gazebo to the -- to the Linear Trail.  He advised he

7    was on there, still walking, still armed with a knife.

8              And then he had also advised that he had been pepper

9    sprayed -- or he had been OC'd and that a Taser was deployed

10   and it didn't have any effects on him.

11             At that point, Sergeant -- K-9 Sergeant DiPippa

12   said -- requested a unit go down to Pennwood Avenue, which is

13   on the other side of the busway, which, again, parallels it, in

14   case he was to flee that way.

15             Myself and Officer -- I was driving.  Officer --

16   myself and Officer Sanders exited the busway on the Wallace

17   Ramp, went down to Pennwood, made a left onto Pennwood, started

18   out Pennwood Avenue.

19             As we were on our way out Pennwood Avenue, they said

20   that they were getting closer to the Hamnett Park and Ride lot

21   on the trail.  So at that point, instead of staying on that

22   side, cut up Rebecca, made the right onto Center, and actually

23   went into the park -- into the Hamnett Park and Ride lot.

24             Whenever we got into the park and ride lot, I pulled

25   basically, like, straight in to where there's -- there's a

7

1  little shelter at the bottom of the steps in the park and ride
2  lot right by the busway.
3          Officer Sanders jumped out, started running up the
4  steps.  I put the car in park, secured it.  As I was coming out
5  of the car, I heard officers yelling that he was going down in
6  the woods, down in towards, like, Jeanette -- Jeanette Street.
7          So at that point, Officer Sanders was already up
8  there.  I just jumped back in the car, looped out to try and
9  cut him off.  I went back down Center, left onto Rebecca, and
10 then I turned onto Jeanette Street.  As I turned onto Jeanette
11 Street, it's kind of like a -- it's a pretty tight street out
12 there.
13          As I was coming down, I could see multiple officers
14 walking towards me, and then I was able to see the suspect
15 walking in front of them.  And he was just walking, waving the
16 knife.
17          And it was a very nice day so we had the windows
18 down, and I could hear -- vividly hear them screaming, "Drop
19 the knife.  Drop the knife.  Just put it down."
20          DETECTIVE JAMES GRILL:  Okay.  How -- how far down
21 did you go down --
22          OFFICER DOMINIC RAVOTTI:  How far down Jeanette did
23 I go in the car?  I went -- I would say it was probably --
24 maybe a hundred yards.  I went down to right when he started
25 cutting through the -- the yards again.  And then I backed back

8

1  up Jeanette because he started up towards, like, Center Street.

2  So I -- I never actually got out of the car on -- on Jeanette.

3          DETECTIVE JAMES GRILL:  Okay.  You stopped -- was

4  that Lytle?  Heading towards Center from Lytle or Jeanette?

5  Because I don't think --

6          OFFICER DOMINIC RAVOTTI:  Jeanette, like, does -- it

7  does, like, a "U."

8          DETECTIVE JAMES GRILL:  Oh.

9          OFFICER DOMINIC RAVOTTI:  It's -- it's Jeanette.

10 And then Wagner Way is behind it.

11         DETECTIVE JAMES GRILL:  Okay.  Because at Jeanette

12 and Lytle -- and the rear of the houses is where he cut through

13 the woods.  I'm just trying to figure out where your car was or

14 where you pulled in.

15         OFFICER DOMINIC RAVOTTI:  I turned -- I come up

16 Rebecca and made the right onto Jeanette.

17         DETECTIVE JAMES GRILL:  Up Rebecca and right onto

18 Jeanette.

19         OFFICER DOMINIC RAVOTTI:  Well, I come back -- when

20 I came back, I came up Center, made the left onto Rebecca, left

21 onto Jeanette.

22         DETECTIVE JAMES GRILL:  Okay.

23         OFFICER DOMINIC RAVOTTI:  And then I saw him cutting

24 through the yards.  And that's when they -- they started

25 pointing that he's going back through again.  I backed back out

9

1    Jeanette onto Rebecca, made the right onto Center again, and

2    started down Center towards the park and ride lot again.

3            I was -- in -- in there is when he was behind

4    houses.  I didn't really see him at that point.

5            I was just stopping because there was people

6    outside.  I'm yelling like, "Get back in your house" because

7    there was kids running around.  I mean, it was a really nice

8    day.  People were -- I was telling people like, "Get back in

9    your house.  Get back in your house."  I could hear officers

10   screaming at him, "Drop the knife.  Drop the knife."

11           DETECTIVE JAMES GRILL:  Where were you at?

12           OFFICER DOMINIC RAVOTTI:  I was still in the car.  I

13   never got out of the car at that point then.

14           I come up to where Jeanette comes back out.  Like,

15   it loops -- it does that weird loop and comes back out and

16   meets Center.

17           Right there, Officer -- K-9 Officer DiPippa was

18   standing there, and he pointed.  He said, "He's going through

19   the yards off of Wagner.  He's going to come out on Whitney

20   Street."

21           That's when I -- I went down -- because that's the

22   next street down -- and made the right onto Whitney.  Right as

23   I turned onto Whitney, I looked to my right side, and I saw him

24   coming between the houses.  So I threw the car -- crossed

25   Whitney, threw it in park, jumped out.  And that's when I --

1          DETECTIVE JAMES GRILL:  In the beginning?  How far
2  down?
3          OFFICER DOMINIC RAVOTTI:  Right -- right on Whitney.
4          DETECTIVE JAMES GRILL:  Right on Whitney.
5          OFFICER DOMINIC RAVOTTI:  Right at the -- almost at
6  the corner of Whitney and Center.
7          DETECTIVE JAMES GRILL:  Okay.  So that's where you
8  get out of the car?
9          OFFICER DOMINIC RAVOTTI:  That's when I exited the
10  car.  At that point, I exited.  I loop around the back of my
11  car.  I draw -- I drew my firearm.  At that point, I had lethal
12  cover on him.  I'm giving him -- at that point, I'm screaming,
13  "Drop the knife.  Drop the knife."
14          And he was completely ignoring it, just -- he was
15  just walking.  And every time he would even see -- he would get
16  the remote -- it seemed like anytime he got the remote feeling
17  someone was behind him, he would just spin around and, like,
18  spin the knife.
19          DETECTIVE JAMES GRILL:  The suspect, he kept
20  spinning and swinging the knife?
21          OFFICER DOMINIC RAVOTTI:  Yeah.
22          I mean, right at the corner, basically -- I believe
23  that's Woodward Avenue that comes down the opposite side from,
24  like, Jeanette and Whitney that meets right at the -- where the
25  park and ride lot starts, right there.  We were coming down

11

1   Center.  Right there, Officer -- K-9 Officer DiPippa -- right

2   before we entered the park and ride lot, he deployed his Taser

3   once.  Again, no -- no effect.

4            DETECTIVE JAMES GRILL:  That was just as you got

5   into the lot?

6            OFFICER DOMINIC RAVOTTI:  Yeah.  We weren't -- we

7   were right at the -- we weren't -- I don't even think we were

8   in the actual lot yet.  Like, it was the sidewalk at Center

9   Avenue.

10            DETECTIVE JAMES GRILL:  On Center?

11            OFFICER DOMINIC RAVOTTI:  On Center there.

12            DETECTIVE JAMES GRILL:  Now -- now, when you stop

13   your car, how -- what officers do you remember at that point

14   going from Whitney onto Center following him towards Hamnett?

15            OFFICER DOMINIC RAVOTTI:  At that very time, I saw

16   Officer -- or K-9 Sergeant DiPippa, Officer Sanders, and

17   Officer Kaupinis.  There were other officers.  I couldn't -- I

18   don't -- I didn't identify them until we -- we got more into

19   the park and ride lot and more people --

20            DETECTIVE JAMES GRILL:  So it was DiPippa, Sanders,

21   and --

22            OFFICER DOMINIC RAVOTTI:  Kaupinis.

23            DETECTIVE JAMES GRILL:  Kaupinis.

24            OFFICER DOMINIC RAVOTTI:  They're all Port

25   Authority.

12

1          DETECTIVE JAMES GRILL:  And they were following

2     right along with you?

3          OFFICER DOMINIC RAVOTTI:  Yeah.

4          DETECTIVE JAMES GRILL:  Okay.  And which one did you

5     say you saw deploy the Taser?

6          OFFICER DOMINIC RAVOTTI:  K-9 Sergeant DiPippa.  He

7     deployed it twice.

8          DETECTIVE JAMES GRILL:  Did -- when he deployed the

9     Taser, did you hear or see anything go on with the suspect?

10    Did he react at all?

11         OFFICER DOMINIC RAVOTTI:  He just -- he just kept

12    yelling, "You ain't -- you ain't hurting me.  Nothing -- you --

13    you think you can hurt me.  This shit -- this shit don't hurt."

14         DETECTIVE JAMES GRILL:  And he still had the knife

15    in his hand?

16         OFFICER DOMINIC RAVOTTI:  Yeah.  He never -- from

17    the incident -- from, literally, start to finish, every time I

18    had eyes on him, he had the knife on him.  He had the knife in

19    his right hand and never put it away.

20         After Sergeant -- K-9 Sergeant DiPippa deployed the

21    Taser twice with no effects, Officer Kaupinis tried spraying

22    him again.

23         DETECTIVE JAMES GRILL:  How do you spell his last

24    name?

25         OFFICER DOMINIC RAVOTTI:  K-a-u-p-i-n-i-s.

13

1          DETECTIVE JAMES GRILL:  And that didn't have any

2    effect?

3          OFFICER DOMINIC RAVOTTI:  Correct.

4          DETECTIVE JAMES GRILL:  And you saw him get pepper

5    sprayed?

6          OFFICER DOMINIC RAVOTTI:  Yes.

7          DETECTIVE JAMES GRILL:  Okay.

8          OFFICER DOMINIC RAVOTTI:  At this time, he was

9    walking.  We were in the park and ride lot.  He was walking

10   towards the back of the lot, but we were still real close to

11   the front of the lot.

12          Officer Sanders had his collapsible baton out and

13   was trying to sneak up behind him and went and tried to hit his

14   right arm to knock the knife out of his arm.  As he did that,

15   the suspect felt -- like, must have felt his presence, and he

16   actually turned around whenever Officer Sanders was coming up

17   like this.  And he turned around and lunged at him with the

18   knife.  Officer Sanders had to jump back.

19          And at that point while it was going on, I was -- I

20   saw people walking down the steps in the back.  So I felt that

21   it wasn't a good time to -- to use lethal force because he was

22   coming at the officer.  Because there was a bunch of innocent

23   bystanders that had just got off the bus -- I'm guessing just

24   got off the bus up at the -- up at the Hamnett stop, and they

25   were walking down the steps, walking around.  So I didn't -- I

14

 1  didn't want to fire and --

 2              DETECTIVE JAMES GRILL:  Okay.  What did -- show me

 3  how he did it, like with his arm, like with the knife.

 4              OFFICER DOMINIC RAVOTTI:  With the knife?

 5              DETECTIVE JAMES GRILL:  Yeah.

 6              OFFICER DOMINIC RAVOTTI:  He come around -- like, he

 7  was walking away from us like this.  And he -- he felt Moe

 8  coming, and he went like that.

 9              DETECTIVE JAMES GRILL:  So he just slashed --

10              OFFICER DOMINIC RAVOTTI:  Yeah.

11              DETECTIVE JAMES GRILL:  -- at him, across?

12              OFFICER DOMINIC RAVOTTI:  Yeah.  He come back

13  around, and he slashed at him.  And like -- like as he was

14  doing it, he, like, lunged.

15              DETECTIVE JAMES GRILL:  Did he -- was he saying

16  anything at that time to you guys?  Was he yelling anything?

17              OFFICER DOMINIC RAVOTTI:  He -- I mean, the whole

18  time he just kept yelling, like, just, like, crazy stuff like

19  "None of this is hurting me.  You -- you pussies."  I mean, he

20  just -- was just yelling just the whole time.

21              We kept yelling like, "Drop the knife."

22              "Fuck you."

23              It's just -- I mean, there was absolutely no

24  compliance whatsoever.

25              Keep going?

15

1            DETECTIVE PATRICK MILLER:  Uh-huh.

2            OFFICER DOMINIC RAVOTTI:  Okay.  And then we started

3   to walk -- from the park and ride lot, we started walking back

4   towards Whitney Avenue, towards the rear of the houses that are

5   on Whitney out of the park and ride lot.  There's a little

6   fence, like a rundown fence that kind of runs along there.  He

7   started to climb the fence there.  And another officer -- and

8   I'm pretty sure it was Officer Granger from Wilkinsburg --

9   deployed a Taser on him as he was climbing over the fence.  And

10  I can remember he got over the fence, turned around, and looked

11  at us and said, "You think this shit hurts?  It -- it doesn't

12  even tickle me, motherfuckers."

13           After he got over the fence, he started walking

14  towards the front of the -- like trying to walk towards the

15  front of the house.  And it was, like, one of those backyards

16  that has, like, another fence that you have to go -- he -- he

17  walked up to that fence.

18           And that's when we're trying to get over the fence.

19  And he saw the fence and he went to turn around and he looked

20  back at us again.

21           And I got over the fence and I drew my firearm on

22  him again and I said, "Listen, drop the knife or we're going to

23  have to shoot you."

24           And he said, "Fuck you, pussy.  Shoot me if you

25  want.  You're not going to hurt me."

16

1          After that, he saw that we were still approaching,

2    so he just jumped over the fence and started out towards

3    Whitney.  As he was still walking out towards Whitney, we were

4    still screaming at him, "Just drop the knife.  Just get down."

5          And I can remember hearing a female yelling.  And

6    there wasn't a female officer on scene at that point, so I know

7    it was a citizen.  She kept yelling -- I could hear her.  She

8    kept yelling, "Just drop the knife and get on the ground.  They

9    don't want to shoot you.  Just lay down."

10          DETECTIVE JAMES GRILL:  Okay.  When he went through

11    the fence and went between the houses --

12          OFFICER DOMINIC RAVOTTI:  Yeah.

13          DETECTIVE JAMES GRILL:  -- did you guys lose sight

14    of him?

15          OFFICER DOMINIC RAVOTTI:  No.  Never.

16          DETECTIVE JAMES GRILL:  You stayed with him?

17          OFFICER DOMINIC RAVOTTI:  Yes.

18          DETECTIVE JAMES GRILL:  So when he came out -- back

19    onto Whitney from behind the houses, where did he go?

20          OFFICER DOMINIC RAVOTTI:  As soon as -- as soon as

21    he comes out onto Whitney, he started to walk towards the left

22    a little bit.

23          And then that's whenever we were at the -- when we

24    got to where the abandoned house was.  And that's when I saw

25    K-9 Sergeant O'Malley coming at -- coming at us.  So I knew

17

17

1  that he was --

2          And then I heard -- that's when I heard K-9 Sergeant

3  O'Malley yell, "Watch him."  And when I -- I decoy for them.

4  So I know when he's yelling "Watch him," that's his initial

5  command to get, like, a good, like, target acquisition, saying,

6  hey, I'm getting ready to release the dog.  That's his -- this

7  is who you want to get.  And he said, "Watch him.  Watch him,"

8  and then he gave the bite command.  And that's when he

9  released -- he released Aren on him.

10          DETECTIVE PATRICK MILLER:  So he did give him the

11  bite command and let him go?

12          OFFICER DOMINIC RAVOTTI:  Uh-huh.

13          DETECTIVE PATRICK MILLER:  Excuse me.

14          OFFICER DOMINIC RAVOTTI:  That's okay.

15          Once he -- once he gave the command, I was -- I

16  still kept lethal cover on him, but I was watching.  I saw K-9

17  Aren come in.  And he did engage the suspect on his right -- or

18  I'm sorry -- his left upper arm between his shoulder and his

19  elbow.

20          At this time -- so the suspect was standing -- he

21  was basically facing us, but he was stepped back.  He was

22  almost on the stoop of that house.  And he bit him.  K-9

23  Sergeant O'Malley was right to my right.  We were basically

24  standing on that sidewalk almost.

25          When he bit, Aren -- when Aren bit him, he started

18

1  to spin, like, around in a circle, like, away from us.  And as

2  he was spinning, I saw him come around with the knife and stab

3  at Aren.  Once he stabbed at him and he spun around -- as he

4  was spinning, Aren actually disengaged his bite.

5          And then at this point, he was standing facing --

6  like, if I'm facing the wall -- if I'm the suspect, he's facing

7  the wall.  K-9 Sergeant O'Malley would be where that side of

8  the -- the window frame is, and I am on -- where this side of

9  the frame is.

10          So at that point, Aren hit the ground.  Aren come

11  back up at him.  It appeared that he was going to re-engage.

12  As he was re-engaging, the suspect was, like, slashing at him,

13  trying to -- to stab him again.

14          And that's when he actually started taking steps

15  towards -- more towards Sergeant O'Malley than myself.  But he

16  took about -- almost two full steps at Sergeant O'Malley.  And

17  on the third one is whenever he -- he slammed the knife into

18  K-9 Aren.  And that's when I saw -- the knife actually went

19  into -- like, went down into his throat, and he had stabbed

20  him.

21          At that time, he was still progressing towards K-9

22  Sergeant O'Malley.  That's when K-9 Sergeant O'Malley, I

23  believe, began to fire.  Right at that point is when Aren

24  actually fell down, like, fell off.

25          And I didn't fire at that point because Aren was in

19

1  my sight.  I didn't want to --

2          So Aren took like a -- he started to run behind us.

3          And at that point, I felt that we had exhausted

4  every nonlethal force option that we had and that in the

5  interest of all parties involved -- the suspect, I mean,

6  ourselves, K-9 Aren, all the innocent bystanders that were

7  outside -- that I had no other choice but to use lethal force.

8          At that point, I did fire two rounds, aiming for

9  center mass on the suspect.  At that point, the suspect did

10 fall.  He fell on his back.  And when he fell, he fell with his

11 right arm across his chest, and he was still holding the knife

12 as he was laying on the ground.  And, like, the knife -- he was

13 basically laying like this with the knife right in his hand --

14 in his right hand still, laying next to the right side of his

15 head.

16         Once I noticed that he was motionless, I started to

17 yell, "Contact," saying that I was going to go up and attempt

18 to seize him and place him into custody.  Once another officer

19 told me that they were going to cover me, I went up.  I kicked

20 the knife from his -- his hand.  I kicked it to the right with

21 my right boot, just away from -- out of his hands.

22         And then at that point, I rolled him over and I

23 tried to cuff him.  But his sleeves -- the clothing was

24 actually down over his sleeves, so I couldn't get it up.  So I

25 rolled -- when I rolled him, I held him.  And then Officer -- I

20

1  know Officer Adams came in and placed handcuffs on him.

2              DETECTIVE JAMES GRILL:  So you and Adams were the

3  ones that cuffed him?

4              OFFICER DOMINIC RAVOTTI:  Adams cuffed him.  And

5  there was another officer, and I'm not -- I can't speak to who

6  it was, but it was -- it was -- there was another officer that

7  helped him, because they were pulling sleeves up.

8              And I kind of -- at that point, then, I became,

9  like, the cover officer again --

10             DETECTIVE JAMES GRILL:  Okay.

11             OFFICER DOMINIC RAVOTTI:  -- because I just couldn't

12  get the -- the way his cuff -- his clothing was.

13             And then once he was cuffed -- Detective Atkins was

14  on scene.  He began starting to trying to administer first aid

15  to him, to the suspect.

16             DETECTIVE JAMES GRILL:  Who was that?

17             OFFICER DOMINIC RAVOTTI:  Detective Atkins --

18             DETECTIVE JAMES GRILL:  Atkins.

19             OFFICER DOMINIC RAVOTTI:  -- from Port Authority.

20             They removed me from the scene.  And that's when I

21  found out how serious K-9 Aren was injured.  And they -- they

22  were already trying to get him to the hospital.

23             Whenever -- as soon as I fired the shot, I

24  immediately yelled on the radio, "Shots fired.  Shots fired."

25  And I heard another officer yelling to County on their channel,

21

1  "Suspect down.  Start medics," right away.  So being that they

2  had already done it, it actually cuts out a step from us

3  because our dispatcher would then have to call County and

4  then -- so being that they had done it, I knew that it was --

5  it was actually a little bit quicker for them to have it

6  handled than for us.

7           And then once that happened, they put me into our

8  unmarked patrol unit, 292, and waited until -- I stayed in

9  there until Officer Walters came on scene.  And then he took me

10  back to the station.

11          DETECTIVE PATRICK MILLER:  He took you back to your

12  station?  Not Wilkinsburg?

13          OFFICER DOMINIC RAVOTTI:  Who?

14          DETECTIVE PATRICK MILLER:  Officer Walters.

15          OFFICER DOMINIC RAVOTTI:  He took me back to my

16  station.

17          DETECTIVE PATRICK MILLER:  To your station?

18          OFFICER DOMINIC RAVOTTI:  Yes.

19          DETECTIVE PATRICK MILLER:  Okay.  Any other

20  questions?

21          Kevin, anything?

22          MR. ABRAMOWICZ:  No, sir.

23          DETECTIVE PATRICK MILLER:  Okay.  Officer, anything?

24          OFFICER DOMINIC RAVOTTI:  No.

25          DETECTIVE PATRICK MILLER:  Questions for us?

1           OFFICER DOMINIC RAVOTTI:  No.

2           DETECTIVE PATRICK MILLER:  Okay.  That concludes

3    Officer Ravotti's interview.  The time is now 4:05 p.m.

4           (Whereupon, the audio portion of the video recording

5    ended.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

23

C E R T I F I C A T E

        I, Rita A. Ross, Registered Professional Reporter, do
hereby certify that the foregoing pages containing the
videotaped interview of OFFICER DOMINIC RAVOTTI were
transcribed by me from a video recording.

        I hereby certify that the foregoing pages are a true and
accurate transcript of said interview to the best of my hearing
ability.

        I do further certify that I am not a relative of any party
hereto, nor am I otherwise interested in the event of this
action.

        The foregoing certification does not apply to any
reproduction of this transcript in any respect unless under the
direct control and/or supervision of the certifying reporter.


_____                    February 15, 2021
RITA A. ROSS, RPR

**A**

abandoned (1)
16:24
able (1)
7:14
ABRAMOWICZ (4)
3:7;4:10,14;21:22
absolutely (1)
14:23
acquisition (1)
17:5
across (2)
14:11;19:11
actual (1)
11:8
actually (10)
6:22;8:2;13:16;
18:4,14,18,24;19:24;
21:2,5
Adams (8)
4:24;5:11,15,21,
25;20:1,2,4
administer (1)
20:14
advise (1)
3:5
advised (4)
5:12,25;6:6,8
afford (1)
3:15
again (11)
6:13;7:25;8:25;9:1,
2;11:3;12:22;15:20,
22;18:13;20:9
against (1)
3:13
aid (1)
20:14
aiming (1)
19:8
ain't (2)
12:12,12
air (1)
5:12
almost (5)
4:3;10:5;17:22,24;
18:16
along (4)
4:19;5:8;12:2;15:6
amount (1)
5:8
appeared (1)
18:11
appointed (1)
3:16
approaching (2)
5:24;16:1
Aren (14)
17:9,17,25,25;18:3,
4,10,10,18,23,25;
19:2,6;20:21

arm (5)
13:14,14;14:3;
17:18;19:11
armed (3)
5:8,21;6:7
around (14)
5:20;9:7;10:10,17;
13:16,17,25;14:6,13;
15:10,19;18:1,2,3
assigned (1)
4:19
Atkins (3)
20:13,17,18
attempt (1)
19:17
attorney (2)
3:14,16
audio (3)
3:1,4;22:4
Authority (2)
11:25;20:19
Avenue (8)
5:11;6:4,12,18,19;
10:23;11:9;15:4
away (5)
12:19;14:7;18:1;
19:21;21:1

**B**

back (26)
7:8,9,25;8:19,20,
25,25;9:6,8,9,14,15;
10:10;13:10,18,20;
14:12;15:3,20;16:18;
17:21;18:11;19:10;
21:10,11,15
backed (2)
7:25;8:25
backup (1)
5:2
backyards (1)
15:15
basically (6)
6:4,25;10:22;
17:21,23;19:13
baton (1)
13:12
became (1)
20:8
began (2)
18:23;20:14
beginning (1)
10:1
behind (6)
8:10;9:3;10:17;
13:13;16:19;19:2
bit (6)
5:13;16:22;17:22,
25,25;21:5
bite (3)
17:8,11;18:4
boot (1)

19:21
bottom (1)
7:1
bunch (1)
13:22
bus (2)
13:23,24
busway (6)
5:14,15;6:3,13,16;
7:2
bystanders (1)
13:23;19:6

**C**

call (2)
4:25;21:3
came (5)
8:20,20;16:18;
20:1;21:9
can (5)
3:13,21;12:13;
15:10;16:5
car (15)
4:20;5:2;7:4,5,8,
23;8:2,13;9:12,13,24;
10:8,10,11;11:13
case (2)
5:3;6:14
Center (15)
6:22;7:9;8:1,4,20;
9:1,2,16;10:6;11:1,8,
10,11,14;19:9
central (1)
4:19
channel (1)
20:25
charge (1)
3:16
chest (1)
19:11
choice (1)
19:7
circle (1)
18:1
citizen (1)
16:7
climb (1)
15:7
climbing (1)
15:9
close (1)
13:10
closer (1)
6:20
closest (1)
5:2
clothing (2)
19:23;20:12
Code (2)
5:15,21
collapsible (1)
13:12

coming (11)
5:12,18;7:4,13;
9:24;10:25;13:16,22;
14:8;16:25,25
command (4)
17:5,8,11,15
commenced (1)
3:2
complaints (1)
5:6
completely (1)
10:14
compliance (1)
14:24
concludes (1)
22:2
connection (1)
4:7
Contact (1)
19:17
corner (2)
10:6,22
County (2)
20:25;21:3
court (1)
3:13
cover (4)
10:12;17:16;19:19;
20:9
crazy (1)
14:18
crossed (1)
9:24
cuff (2)
19:23;20:12
cuffed (3)
20:3,4,13
custody (1)
19:18
cut (3)
6:22;7:9;8:12
cuts (1)
21:2
cutting (2)
7:25;8:23

**D**

day (3)
4:4;7:17;9:8
December (1)
4:8
decoy (1)
17:3
deploy (1)
12:5
deployed (6)
6:9;11:2;12:7,8,20;
15:9
desire (1)
3:17
DETECTIVE (60)
3:3,8,21;4:1,5,11,

12,13,13,22;5:5;7:20;
8:3,8,11,17,22;9:11;
10:1,4,7,19;11:4,10,
12,20,23;12:1,4,8,14,
23;13:1,4,7;14:2,5,9,
11,15;15:1;16:10,13,
16,18;17:10,13;20:2,
10,13,16,17,18;
21:11,14,17,19,23,
25;22:2
DiPippa (8)
5:19;6:11;9:17;
11:1,16,20;12:6,20
disengaged (1)
18:4
dispatcher (1)
21:3
district (1)
4:19
dog (1)
17:6
Dom (3)
3:3,9;4:16
DOMINIC (53)
3:6,20,25;4:3,9,18,
23;5:6;7:22;8:6,9,15,
19,23;9:12;10:3,5,9,
21;11:6,11,15,22,24;
12:3,6,11,16,25;13:3,
6,8;14:4,6,10,12,17;
15:2;16:12,15,17,20;
17:12,14;20:4,11,17,
19;21:13,15,18,24;
22:1
done (2)
21:2,4
down (26)
6:12,17;7:5,6,9,13,
18,19,20,21,22,24;
9:2,21,22;10:2,23,25;
13:20,25;16:4,9;
18:19,24;19:24;21:1
downtown (1)
4:23
draw (1)
10:11
drew (2)
10:11;15:21
drinking (1)
5:7
driving (1)
6:15
Drop (10)
7:18,19;9:10,10;
10:13,13;14:21;
15:22;16:4,8
drug (1)
5:6
during (2)
3:15,17

**E**

In Re:
Interview of Officer Dominic Ravotti                                                    February 2, 2016

effect (2)
  11:3;13:2
effects (2)
  6:10;12:21
elbow (1)
  17:19
ended (1)
  22:5
engage (1)
  17:17
entered (1)
  11:2
equipped (1)
  3:5
even (4)
  5:11;10:15;11:7;
  15:12
Excuse (2)
  4:12;17:13
exhausted (1)
  19:3
exited (3)
  6:16;10:9,10
explained (1)
  3:18
eyes (1)
  12:18

**F**

facing (4)
  17:21;18:5,6,6
fall (1)
  19:10
far (3)
  7:20,22;10:1
feeling (1)
  10:16
fell (5)
  18:24,24;19:10,10,
  10
felt (5)
  13:15,15,20;14:7;
  19:3
female (2)
  16:5,6
fence (13)
  15:6,6,7,9,10,13,
  16,17,18,19,21;16:2,
  11
fight (1)
  6:2
fighting (1)
  5:15
figure (1)
  8:13
finish (1)
  12:17
fire (4)
  14:1;18:23,25;19:8
firearm (2)
  10:11;15:21
fired (3)

  20:23,24,24
first (1)
  20:14
flee (1)
  6:14
following (2)
  11:14;12:1
force (2)
  13:21;19:4,7
found (1)
  20:21
frame (2)
  18:8,9
free (1)
  3:16
front (5)
  5:19;7:15;13:11;
  15:14,15
Fuck (2)
  14:22;15:24
full (1)
  18:16

**G**

gave (2)
  17:8,15
gazebo (4)
  5:1,4;6:6,6
giving (1)
  10:12
good (2)
  13:21;17:5
Granger (1)
  15:8
Grant (1)
  5:15
GRILL (39)
  4:11,14;7:20;8:3,8,
  11,17,22;9:11;10:1,4,
  7,19;11:4,10,12,20,
  23;12:1,4,8,14,23;
  13:1,4,7;14:2,5,9,11,
  15;16:10,13,16,18;
  20:2,10,16,18
ground (3)
  16:8;18:10;19:12
group (1)
  4:25
guessing (1)
  13:23
guys (2)
  14:16;16:13

**H**

Hamnett (5)
  6:4,20,23;11:14;
  13:24
Hampy (1)
  4:25
hand (5)
  12:15,19;19:13,14,

  20
handcuffs (1)
  20:1
handled (1)
  21:6
hands (1)
  19:21
happened (2)
  4:17;21:7
head (1)
  19:15
Heading (1)
  8:4
hear (5)
  7:18,18;9:9;12:9;
  16:7
heard (5)
  4:24;7:5;17:2,2;
  20:25
hearing (1)
  16:5
held (1)
  19:25
helped (1)
  20:7
Herron (1)
  5:20
hey (1)
  17:6
hit (2)
  13:13;18:10
holding (1)
  19:11
Homewood (1)
  5:25
hospital (1)
  20:22
house (6)
  9:6,9,9;15:15;
  16:24;17:22
houses (6)
  8:12;9:4,24;15:4;
  16:11,19
hundred (1)
  7:24
hurt (3)
  12:13,13;15:25
hurting (2)
  12:12;14:19
hurts (1)
  15:11

**I**

identify (1)
  11:18
ignoring (1)
  10:14
immediately (1)
  20:24
incident (1)
  12:17
Indiscernible (2)

  3:7;4:15
initial (3)
  3:22;4:1;17:4
injured (1)
  20:21
innocent (2)
  13:22;19:6
instead (1)
  6:21
interest (1)
  19:5
interview (1)
  22:3
into (10)
  6:23,23,24;11:5,
  18;18:17,19,19;
  19:18;21:7
involved (1)
  19:5
issues (1)
  5:4

**J**

JAMES (39)
  4:11,13;7:20;8:3,8,
  11,17,22;9:11;10:1,4,
  7,19;11:4,10,12,20,
  23;12:1,4,8,14,23;
  13:1,4,7;14:2,5,9,11,
  15;16:10,13,16,18;
  20:2,10,16,18
January (3)
  4:10,11,12
Jeanette (17)
  7:6,6,10,10,22;8:1,
  2,4,6,9,11,16,18,21;
  9:1,14;10:24
jump (1)
  13:18
jumped (2)
  7:3,8;9:25;16:2

**K**

K-9 (18)
  5:18,19;6:11;9:17;
  11:1,16;12:6,20;
  16:25;17:2,16,22;
  18:7,18,21,22;19:6;
  20:21
Kaupinis (4)
  11:17,22,23;12:21
K-a-u-p-i-n-i-s (1)
  12:25
Keep (2)
  5:12;14:25
kept (7)
  10:19;12:11;14:18,
  21;16:7,8;17:16
Kevin (2)
  4:14;21:21
kicked (2)

  19:19,20
kids (1)
  9:7
kind (3)
  7:11;15:6;20:8
knew (2)
  16:25;21:4
knife (29)
  5:21;6:7;7:16,19,
  19;9:10,10;10:13,13,
  18,20;12:14,18,18;
  13:14,18;14:3,4,21;
  15:22;16:4,8;18:2,17,
  18;19:11,12,13,20
knock (1)
  13:14
Kyhnroe (1)
  4:20

**L**

large (1)
  5:8
last (1)
  12:23
law (1)
  3:14
lay (1)
  16:9
laying (3)
  19:12,13,14
left (6)
  6:17;7:9;8:20,20;
  16:21;17:18
lethal (4)
  10:11;13:21;17:16;
  19:7
Liberty (2)
  4:24;5:11
Linear (3)
  5:8;6:2,6
Listen (1)
  15:22
literally (1)
  12:17
little (6)
  5:13;6:3;7:1;15:5;
  16:22;21:5
looked (3)
  9:23;15:10,19
loop (2)
  9:15;10:10
looped (1)
  7:8
loops (1)
  9:15
lose (1)
  16:13
lot (19)
  5:3,6,7,7;6:20,23,
  24;7:2;9:2;10:25;
  11:2,5,8,19;13:9,10,
  11;15:3,5

In Re:
Interview of Officer Dominic Ravotti                                                                February 2, 2016

**lunged (2)**
13:17;14:14
**Lytle (3)**
8:4,4,12

**M**

**mass (1)**
19:9
**maybe (1)**
7:24
**mean (7)**
5:22;9:7;10:22;
14:17,19,23;19:5
**medics (1)**
21:1
**meets (2)**
9:16;10:24
**MILLER (19)**
3:3,8,21;4:1,5,12,
13,22;5:5;15:1;
17:10,13;21:11,14,
17,19,23,25;22:2
**mind (1)**
3:23
**Miranda (1)**
3:9
**Moe (1)**
14:7
**more (3)**
11:18,19;18:15
**motherfuckers (1)**
15:12
**motionless (1)**
19:16
**multiple (1)**
7:13
**must (1)**
13:15
**Myself (3)**
6:15,16;18:15

**N**

**name (1)**
12:24
**need (1)**
3:9
**next (3)**
5:1;9:22;19:14
**nice (2)**
7:17;9:7
**night (1)**
3:4
**None (1)**
14:19
**nonlethal (1)**
19:4
**noticed (1)**
19:16

**O**

**OC'd (1)**
6:9
**off (7)**
5:11,14;7:9;9:19;
13:23,24;18:24
**OFFICER (90)**
3:6,20,25;4:3,18,
20,23,24,25;5:6;11,
15,20,25;6:15,15,16;
7:3,7,22;8:6,9,15,19,
23;9:12,17,17;10:3,5,
9,21;11:1,1,6,11,15,
16,16,17,22,24;12:3,
6,11,16,21,25;13:3,6,
8,12,16,18,22;14:4,6,
10,12,17;15:2,7,8;
16:6,12,15,17,20;
17:12,14;19:18,25;
20:1,4,5,6,9,11,17,19,
25;21:9,13,14,15,18,
23,24;22:1,3
**officer-involved (1)**
4:7
**officers (5)**
7:5,13;9:9;11:13,
17
**O'Malley (9)**
5:19;16:25;17:3,
23;18:7,15,16,22,22
**once (8)**
11:3;17:15,15;
18:3;19:16,18;20:13;
21:7
**one (6)**
3:16;5:12,16;12:4;
15:15;18:17
**ones (1)**
20:3
**onto (17)**
5:14;6:17,22;7:9,
10,10;8:16,17,20,21;
9:1,1,22,23;11:14;
16:19,21
**opposite (1)**
10:23
**option (1)**
19:4
**ourselves (1)**
19:6
**out (31)**
4:25,25;5:4,10,10,
23;6:18,19;7:3,4,8,
11;8:2,13,25;9:13,14,
15,19,25;10:8;13:12,
14;15:5;16:2,3,18,21;
19:21;20:21;21:2
**outside (2)**
9:6;19:7
**over (8)**
15:9,10,13,18,21;
16:2;19:22,24

**P**

**parallel (1)**
6:3
**parallels (1)**
6:13
**Park (15)**
6:5,20,23,23,24;
7:1,4;9:2,25;10:25;
11:2,19;13:9;15:3,5
**parties (1)**
19:5
**PATRICK (19)**
3:3,8,21;4:1,5,12,
13,22;5:5;15:1;
17:10,13;21:11,14,
17,19,23,25;22:2
**patrol (2)**
4:20;21:8
**Pennwood (5)**
6:12,17,17,18,19
**people (5)**
9:5,8,8;11:19;
13:20
**pepper (2)**
6:8;13:4
**physical (1)**
6:2
**place (1)**
19:18
**placed (1)**
20:1
**please (1)**
4:2
**pm (2)**
4:6;22:3
**point (22)**
5:17,22;6:11,21;
7:7;9:4,13;10:10,11,
12;11:13;13:19;16:6;
18:5,10,23,25;19:3,8,
9,22;20:8
**pointed (1)**
9:18
**pointing (1)**
8:25
**Port (2)**
11:24;20:19
**portion (2)**
3:1;22:4
**presence (1)**
13:15
**present (2)**
3:15;4:9
**pretty (2)**
7:11;15:8
**print (1)**
4:1
**probably (1)**
7:23
**procedure (1)**
3:10

**progressing (1)**
18:21
**public (1)**
5:7
**pulled (2)**
6:24;8:14
**pulling (1)**
20:7
**pussies (1)**
14:19
**pussy (1)**
15:24
**put (4)**
7:4,19;12:19;21:7

**Q**

**quicker (1)**
21:5

**R**

**radio (1)**
20:24
**Ramp (1)**
6:17
**RAVOTTI (53)**
3:6,20,25;4:3,9,18,
23;5:6;7:22;8:6,9,15,
19,23;9:12;10:3,5,9,
21;11:6,11,15,22,24;
12:3,6,11,16,25;13:3,
6,8;14:4,6,10,12,17;
15:2;16:12,15,17,20;
17:12,14;20:4,11,17,
19;21:13,15,18,24;
22:1
**Ravotti's (1)**
22:3
**react (1)**
12:10
**read (1)**
3:9
**ready (1)**
17:6
**real (1)**
13:10
**really (3)**
5:17;9:4,7
**rear (2)**
8:12;15:4
**Rebecca (6)**
6:22;7:9;8:16,17,
20;9:1
**recall (1)**
3:4
**record (1)**
4:6
**recording (2)**
3:1;22:4
**re-engage (1)**
18:11
**re-engaging (1)**

**18:12**
**release (1)**
17:6
**released (1)**
17:9,9
**remain (1)**
3:12
**remember (3)**
11:13;15:10;16:5
**remote (2)**
10:16,16
**removed (1)**
20:20
**represents (1)**
4:14
**requested (1)**
6:12
**resisting (1)**
5:12
**Ride (12)**
6:5,20,23,24;7:1;
9:2;10:25;11:2,19;
13:9;15:3,5
**right (39)**
3:12,14;5:19,20,
20;6:22;7:2,24;8:16,
17;9:1,17,22,22,23;
10:3,3,4,5,22,24,25;
11:1,1,7;12:2,19;
13:14;17:17,23,23;
18:23;19:11,13,14,
14,20,21;21:1
**rights (2)**
3:18,23
**robberies (1)**
5:8
**rolled (3)**
19:22,25,25
**room (1)**
3:4
**rounds (1)**
19:8
**run (1)**
19:2
**rundown (1)**
15:6
**running (2)**
7:3;9:7
**runs (3)**
6:2,3;15:6

**S**

**Sanders (9)**
4:20;6:16;7:3,7;
11:16,20;13:12,16,18
**saw (12)**
8:23;9:23;11:15;
12:5;13:4,20;15:19;
16:1,24;17:16;18:2,
18
**saying (3)**
14:15;17:5;19:17

In Re:
Interview of Officer Dominic Ravotti
February 2, 2016

**scene (4)**
16:6;20:14,20;21:9
**screaming (4)**
7:18;9:10;10:12;
16:4
**secured (1)**
7:4
**seemed (1)**
10:16
**seize (1)**
19:18
**Sergeant (17)**
5:18,19;9:6;11,
11;11:16;12:6,20,20;
16:25;17:2,23;18:7,
15,16,22,22
**serious (1)**
20:21
**shelter (1)**
7:1
**shift (2)**
4:17,19
**shit (3)**
12:13,13;15:11
**shoot (3)**
15:23,24;16:9
**shooting (1)**
4:8
**shot (1)**
20:23
**Shots (2)**
20:24,24
**shoulder (1)**
17:18
**show (1)**
14:2
**side (7)**
6:13,22;9:23;
10:23;18:7,8;19:14
**sidewalk (2)**
11:8;17:24
**sight (2)**
16:13;19:1
**sign (1)**
4:2
**signed (1)**
4:3
**silent (1)**
3:12
**Sixth (2)**
4:23,24
**slammed (1)**
18:17
**slashed (2)**
14:9,13
**slashing (1)**
18:12
**sleeves (3)**
19:23,24;20:7
**sneak (1)**
13:13
**someone (1)**
10:17

**soon (3)**
16:20,20;20:23
**sorry (1)**
17:18
**South (1)**
6:4
**speak (3)**
3:14,24;20:5
**spell (1)**
12:23
**spin (3)**
10:17,18;18:1
**spinning (3)**
10:20;18:2,4
**spot (1)**
4:4
**sprayed (2)**
6:9;13:5
**spraying (1)**
12:21
**spun (1)**
18:3
**stab (2)**
18:2,13
**stabbed (2)**
18:3,19
**Standard (1)**
3:10
**standing (4)**
9:18;17:20,24;18:5
**start (2)**
12:17;21:1
**started (19)**
5:3,10,17;6:17;7:3,
24;8:1,24;9:2;15:2,3,
7,13;16:2,21;17:25;
18:14;19:2,16
**starting (2)**
5:10;20:14
**starts (1)**
10:25
**statement (1)**
4:7
**station (7)**
5:18,20,25;21:10,
12,16,17
**stayed (2)**
16:16;21:8
**staying (1)**
6:21
**step (2)**
5:17;21:2
**stepped (2)**
5:13;17:21
**steps (7)**
6:5;7:1,4;13:20,25;
18:14,16
**still (12)**
6:7,7;9:12;12:14;
13:10;16:1,3,4;
17:16;18:21;19:11,
14
**stoop (1)**

17:22
**stop (2)**
11:12;13:24
**stopped (1)**
8:3
**stopping (1)**
9:5
**straight (1)**
6:25
**Street (9)**
4:24;5:1;7:6,10,11,
11;8:1;9:20,22
**stuff (1)**
14:18
**sure (1)**
15:8
**suspect (14)**
6:1;7:14;10:19;
12:9;13:15;17:17,20;
18:6,12;19:5,9,9;
20:15;21:1
**swinging (1)**
10:20

**T**

**target (1)**
17:5
**Taser (6)**
6:9;11:2;12:5,9,21;
15:9
**telling (1)**
9:8
**third (1)**
18:17
**threw (1)**
9:24,25
**throat (1)**
18:19
**tickle (1)**
15:12
**tight (1)**
7:11
**Today (1)**
4:5
**together (1)**
4:21
**told (1)**
19:19
**took (5)**
18:16;19:2;21:9,
11,15
**towards (17)**
7:6,14;8:1,4;9:2;
11:14;13:10;15:4,4,
14,14;16:2,3,21;
18:15,15,21
**Trail (4)**
5:9;6:2,6,21
**tried (3)**
12:21;13:13;19:23
**try (1)**
7:8

**trying (7)**
8:13;13:13;15:14,
18;18:13;20:14,22
**turn (1)**
15:19
**turned (7)**
7:10,10;8:15;9:23;
13:16,17;15:10
**twice (2)**
12:7,21
**two (2)**
18:16;19:8
**two-man (1)**
5:2

**U**

**union (2)**
4:14,14
**unit (4)**
4:20;5:2;6:12;21:8
**units (1)**
5:12
**unmarked (1)**
21:8
**up (23)**
5:13,17,18;6:5,22;
7:3,7;8:1,1,15,17,20;
9:14;13:13,16,24,24;
15:17;18:11;19:17,
19,24;20:7
**upper (1)**
17:18
**use (2)**
13:21;19:7
**used (1)**
3:13

**V**

**video (3)**
3:1,5;22:4
**vividly (1)**
7:18

**W**

**Wagner (2)**
8:10;9:19
**waited (1)**
21:8
**walk (3)**
15:3,14;16:21
**walked (1)**
15:17
**walking (15)**
6:1,7;7:14,15,15;
10:15;13:9,9,20,25,
25;14:7;15:3,13;16:3
**wall (2)**
18:6,7
**Wallace (1)**
6:16

**Walters (2)**
21:9,14
**warnings (1)**
3:10
**Watch (4)**
17:3,4,7,7
**watching (1)**
17:16
**waving (1)**
7:15
**way (7)**
5:3,23;6:4,14,19;
8:10;20:12
**weird (1)**
9:15
**weren't (3)**
5:11;11:6,7
**whatsoever (1)**
14:24
**Whenever (5)**
6:24;13:16;16:23;
18:17;20:23
**Whereupon (2)**
3:1;22:4
**Whitney (15)**
9:19,22,23,25;10:3,
4,6,24;11:14;15:4,5;
16:3,3,19,21
**whole (3)**
6:4;14:17,20
**Wilkins- (1)**
5:7
**Wilkinsburg (5)**
4:8;5:1,24;15:8;
21:12
**window (1)**
18:8
**windows (1)**
7:17
**wish (1)**
3:23
**Wood (1)**
5:1
**woods (2)**
7:6;8:13
**Woodward (1)**
10:23
**working (1)**
4:17
**write (1)**
3:21
**wrong (1)**
4:4

**Y**

**yards (4)**
7:24,25;8:24;9:19
**yell (1)**
17:3;19:17
**yelled (3)**
5:15,21;20:24
**yelling (12)**

7:5;9:6;12:12;
14:16,18,20,21;16:5,
7,8;17:4;20:25

**1**

**10 (1)**
  4:18

**2**

**2 (2)**
  4:18;5:15
**292 (1)**
  21:8
**2nd (1)**
  4:5

**3**

**3 (1)**
  5:21
**3:39 (1)**
  4:6
**31st (2)**
  4:8,12

**4**

**4:05 (1)**
  22:3