

| 155136 Hours | |
|---|---|
| Audio | • Officer reports on radio coming back out to Whitney Avenue. |
| | 000000107_PAAC_Police_2016-01-31_15_51_36_by_ui_startdate_asc.wav |
| 155153 Hours | |
| Audio | • Indiscernible transmission. |
| | 000000108_PAAC_Police_2016-01-31_15_51_53_by_ui_startdate_asc.wav |
| 155206 Hours | |
| Audio | • Officer Ravotti (5566) reports shots fired on Whitney Avenue and requests a medic.<br>• Dispatch acknowledges. |
| | 000000109_PAAC_Police_2016-01-31_15_52_06_by_ui_startdate_asc.wav |