# CURRICULUM VITAE

## GREGORY J. NICOSIA

### PERSONAL DATA

Date of Birth: May 20, 
Marital Status: Married

### LICENSURE & CERTIFICATIONS

Pennsylvania Licensed Psychologist #: PS003167-L
Board Certified Forensic Examiner #2602
Diplomate, American Board of Psychological Specialties: Neuropsychology #7220
Certified Substance Abuse Professional
Certified EMDR Therapist and Consultant
Diplomate and Consultant Comprehensive Energy Psychology
Certified in Neurofeedback #1820

| OFFICE | HOME |
|---|---|
| 3519 Bigelow Blvd. | |
| Pittsburgh, PA 15213 | |
| Phone: (412) 683-8378 | Phone: |

### EDUCATIONAL BACKGROUND

| | | |
|---|---|---|
| 1973-1976 | Ph.D. | Rutgers-The State University of New Jersey-Psychology |
| 1971-1973 | M.S. | Rutgers-The State University of New Jersey-Psychology |
| 1967-1971 | B.S. | Union College, Schnectady, New York, Mathematics and Psychology |

### ACADEMIC HONORS

| | |
|---|---|
| 1978-1979 | NSF-AAAS Chautauqua Program Participant Grant: Development of Reasoning |
| 1977-1978 | NSF-AAAS Chautauqua Program Participant Grant: Biofeedback Research |


EXHIBIT A

| | |
|---|---|
| 1972-1974 | New Jersey State Grant |
| 1967-1971 | Union College Scholarship |

## **PROFESSIONAL SOCIETIES**

Fellow, Pennsylvania Psychological Association
American Psychological Association
Fellow, American College of Forensic Examiners
Eastern Psychological Association (Liaison Officer 1977-1979)
Greater Pittsburgh Psychological Association
Eye Movement Desensitization & Reprocessing International Association
Association for Comprehensive Energy Psychology

## **PROFESSIONAL RECOGNITION**

1997 Pittsburgh Man of the Year in Science and Medicine, nominee
2010 Pittsburgh Transformational Leaders Tribute
2012 Visionary Leadership Award, Association for Comprehensive Energy
    Psychology

## **PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 11/1979-present | Private Practice of Psychology, Behavioral Medicine |
| 10/1984- present | President & Director of Clinical Services, Advanced Diagnostics, P.C. Pittsburgh, PA |
| 2009 & 2010 | President, Association for Comprehensive Energy Psychology (ACEP) |
| 2006-2014 | Trainer, ACEP Certification |
| 2005-2008 | Chairman, ACEP Certification Committee |
| 2001-2012 | Member, ACEP Board of Directors |
| 1995 | Thought Field Therapy Diagnostician Certification |

| | |
|---|---|
| 1994 | Eye-Movement Desensitization Reprocessing Facilitator and Conference Sponsor. Pittsburgh, PA |
| 1993-2008 | Member, Board of Directors of Three Rivers Adoption Council. Pittsburgh, PA |
| 1993-present | Eye-Movement Desensitization and Reprocessing Facilitator Certification |
| 1984-1991 | Faculty, Chautauqua Institute, Chautauqua, NY |
| 1984-1990 | Editorial Staff of Health and Learning Quarterly |
| 1980-1992 | Member of Board of Directors of the Carriage House Children's Center Pittsburgh, PA |
| 1985-1988 | Advisory Board of Alive Magazine |
| 1983-1988 | Consultant to C.I.S. of Pittsburgh |
| 1979-1984 | Assistant Professor of Psychology, Chatham College. Pittsburgh, PA |
| 1979 | Chair, Session on Organization of Memory, Eastern Psychological Association's 50th Annual Meeting Philadelphia, PA |
| 1976-1978 | Internship, Dr. Eugene Alexander, Director Wilson College. Chambersburg, PA |
| 1976-1979 | Assistant Professor of Psychology, Wilson College. Chambersburg, PA |
| 1976-1977 | Consultant to the American Institute of Research, Area Director of Study on the Quality of Life in the Aged |
| 1976 Summer | Assistant Professor of Psychology, Camden College of Arts and Sciences, Rutgers University. Camden, NJ |

| | |
|---|---|
| 1975-1976 | Project Director, Environmental Research Unit, Rutgers University. New Brunswick, NJ |
| 1975 | Internship, Dr. Edith Niemark, Director Rutgers University, New Brunswick, NJ |
| 1974  Summer | Instructor of Psychology, Georgian Court College.  Lakewood, NJ |
| 1972-1973 | Adjunct Professor of Psychology, Middlesex County College.  Middlesex,  NJ |
| 1971-1974 | Teaching Assistant, Douglass College, Rutgers University.  New Brunswick, NJ |
| 1970-1971 | Internship in School Psychology, Schaltamont Central School District. Schnectady, NY |

## WORKSHOPS and INVITED ADDRESSES

*Energy Psychology for Healthcare Practitioners and Clients.*  One-day workshop sponsored by Greenbriar Clinical Training Services. Pittsburgh, PA. September, 2018.

*Is there a Treatment for Chronic Psychogenic Pain?*  Invited workshop presented at the Annual International Energy Psychology Conference. Orlando, FL. May 2018.

*Trauma and the Management of Chronic Psychogenic Pain.* Invited presentation at the Summer Conference of the Allegheny County Overdose Prevention Coalition. Pittsburgh, PA.   July 2017

*Integrating Energy Psychology in Practice: Synergistic Methods,* One-day Pre-conference Clinical workshop presented at the 19th Annual International Energy Psychology Conference, San Antonio, TX. May 2017.

*Trauma and the Treatment of Chronic Pain.* Invited presentation to the Employee Assistance Professionals Association, Pittsburgh, PA. September 2016

Keynote Address. *Energy Psychology: A Review of Neurobiology and Bio-Energetic Patterns.* Lifestyle Medicine Conference. Pittsburgh, PA May 2015.

Invited Address. *To Engender Healing, Know the Power of Being Human.* presented at the 16th Annual International Energy Psychology Conference, Phoenix, AR  June 2014

*Client Care and Facilitation Skills.* ACEP required Certification Program Webinar conducted and recorded March 2013.

*Creative Approaches to Impasses and Deepening Access to Non-conscious Information.* ACEP required Certification Program Webinar conducted and recorded March 2013.

*Ideomotor Cuing: Portal to the Unconscious.* Clinical workshop presented at the Annual International Energy Psychology Conferences:
    Reston, VA June 2013
    San Diego, CA 2012
    Reston, VA 2011

*Energy Psychology: Practice Theory and Research.* Clinical workshop presented at the Annual International Energy Psychology Conferences:
    Reston, VA June 2013
    San Diego, CA 2012

*Look Ma It's Easy: Single Subject Research.* Clinical workshop presented at the Annual International Energy Psychology Conferences:
    Reston, VA June 2013
    San Diego, CA 2012
    Reston, VA June 2011

*Science or Superstition: The Latest Research on EP.* Panel Discussion at the 9th Annual International Energy Psychology Conference, Chantilly, VA. April 2007.

*Energy Psychology: Essential Practices for Therapy.* Clinical workshop presented at the 8th Annual International Energy Psychology Conference, Albuquerque, NM.  May 2008

*Promises and Challenges of EP Research.* Clinical workshop presented at the 8th Annual International Energy Psychology Conference, Albuquerque, NM.  May 2008.

*Essentials of Energy Psychology.* Clinical workshop presented at the 7th Annual International Energy Psychology Conference, Santa Clara, CA. May 2006.

*ACEP Certification Workshop.* Two-day introductory and advanced trainings sponsored by the Association for Comprehensive Energy Psychology:

| | |
|---|---|
| -Albuquerque NM Nov 2011 | -Albuquerque, NM Feb 2012 |
| -Atlanta          Feb 2012 | -Boston, MA      July 2012 |
| -New York, NY March 2012 | -New York, NY    July 2012 |
| -Tampa, FL       Feb 2013 | -Bethesda, MD  March 2013 |
| -Reston, VA      June 2013 | -Pittsburgh, PA   Sept 2013 |
| -Pasadena, CA  Feb 2014 | -Pittsburgh, PA   Nov 2013 |

*Energy Psychology for Everyone.* A one and one-half day workshop sponsored by the Association for Comprehensive Energy Psychology.
    -Pittsburgh, PA        March 2009      -Chapel Hill, NC Oct 2008
    -Philadelphia, PA      Nov 2008

*ACEP Certification Workshop.* Four-day workshops sponsored by the Association for Comprehensive Energy Psychology:
    -Santa Clara, CA.   May 2006
    -Pittsburgh, PA.   August 2007,   August 2009
    -Chantilly, VA.        April 2007

*Thoughtenergy and Intention: What We Know from Research and How to Use It in Practice.* ACEP Teleclass June, 2006.

*Energy Psychology and EMDR.* A one-day workshop sponsored by Value Behavioral Health, Pittsburgh, PA. July 2006.

*Essentials of Energy Psychology.* Clinical workshop presented at the 7th Annual International Energy Psychology Conference, Santa Clara, CA. May 2006

*Thought Field Therapies: from Soup to Nuts.* Clinical workshop presented at the 5th Annual International Energy Psychology Conference, Phoenix, AR. May 2004

*Basic Realities of Thought Energy Therapies.* A one-day workshop presented at the Third Annual International Energy Psychology Conference, San Diego, CA. May 2002.

*ThoughtWorks Creation: A New Technology of Growth.* Clinical Workshop presented at the Family Therapy Network Symposium. Washington, D.C. March, 2001.

*A Multi-modal Approach to the Treatment of Tourette's Syndrome and ADHD.* Workshop presented to the Greater Pittsburgh Tourette Syndrome Group. Pittsburgh, PA.  March, 2001.

Case 2:17-cv-01599-NBF Document 117-1 Filed 03/29/21 Page 7 of 13

7

*Thought Energy Psychotherapy: Healing Body, Mind & Spirit.*
Workshop presented at the National Institute for Psychotherapies 3rd
Annual Conference on Spirituality, Psychotherapy & Healing. New York,
NY. October 2000.

*Thought Energy Synchronization Therapies.* A series of two day
Introductory and Advanced training seminars cosponsored by Winchester
Medical Centers Behavioral Health Services. Winchester, VA. July 2000
And October 2000.

*TFT: A New Approach for Relieving Trauma.* Presentation for the Winchester
Medical Center's Behavioral Health Services Staff. Winchester, VA. July 2000.

A Multi-Modal Approach to the Treatment of ADHD. Staff training
conducted for the Allegheny Intermediate Unit. June, 2000.

*An Introduction to Thought Energy*, Clinical Workshop presented at the
Family Therapy Network Symposium, Washington, D.C., April, 2000.

*Unleashing Thought Energy.* Clinical Workshop presented at the Family
Therapy Network Symposium, Washington, D.C., April, 2000.

*Magnetic Polarity and Educational Kinesiology: Effects in Brain Injury
Rehabilitation.* Inservice training for Re-Med, Pittsburgh, PA., Feb. 2000.

*Foundations of Energy Psychology.* A one-day pre-conference
workshop sponsored by the Canadian Energy Psychology
Conference Toronto, Canada - October 1999

*Thought Energy Synchronization Therapies.* Two-day
Basic Diagnostic and Treatment training seminar for staff at Orlando
Regional Hospital, Orlando Florida – August 1999 and February 2000

*Thought Energy Synchronization Therapies.* A series of two-day
Introductory and Advanced training seminars for staff at Harrington
Memorial Hospital, Sturbridge, MA., February 1998, May 1998 &
October 1998.

*Thought Energy Synchronization Therapies.* A series of two-day
Introductory and Advanced training seminars for network providers of the
Group Health Cooperative, Bellingham, WA, February 1998, July &
October

*Thought Energy Synchronization Therapies. Advanced Diagnostic and
Treatment Procedures.* Two-day training seminars:

      Albuquerque, NM - September 1997    New York, NY - November 1997
      Washington, DC - December 1997     Chicago, IL February - 1998
      San Diego, CA - March 1998          Denver Co - March 1998
      Los Angeles, CA - April 1998        Sacramento, CA - May 1998
      New York, NY - June 1998            Washington, DC - June 1998
      Pittsburgh, PA - October 1998       San Diego, CA - March 1999
      Washington, DC - September 1999

*Thought Energy Synchronization Basic Diagnostic & Treatment Procedures.* Two-day training seminars
      Pittsburgh, PA - August 1998
      Washington, DC - February 1999
      Billings, Montana - July 1999

*Thought Energy Synchronization Therapies: Level I.* Two- day seminars:
      Chicago IL - August 1996
      Boston, MA - September 1996
      New York, NY - October 1996
      Baltimore, MD - November 1996
      Orlando, FL - December 1996
      Albuquerque, NM - January 1997
      Boston, MA -March 1997.
      Washington, DC - September 1997
      Boston, MA - October 1997
      Cincinnati, OH October 1997
      Chicago, IL - February 1998

*Thought Energy Synchronization Therapies: Level II.* Two- day seminars
      Chicago, IL - April 1997
      Baltimore, MD - April 1997
      Washington, DC - November 1997
      New York, NY - December 1997
      Washington DC - May 1998

*Energy Psychotherapy.* Invited lecture/demonstration at the 1998 Health and Fitness Exposition. Pittsburgh, PA. April 1998.

*An Introduction to the Healing of Thought Field Therapy and ThoughtWorks Creation.* Presented at Common Boundary's 17th Annual Conference, Washington DC. November 1997.

*Psychotherapy By Energy.* Invited lecture/demonstration at the 1997 Health and Fitness Exposition. Pittsburgh, PA. March 1997.

*Rapidly Resolving Love Pain and Other Traumatic Memories with Thought Field.* Lecture/Demonstration at the 1996 Health & Fitness

Exposition. Pittsburgh, PA. March 1996.

*Resolving PTSD with EDMR.* A workshop conducted for Cigna Insurance. Pittsburgh, PA. December 1995.

*Eliminating the Pain of Fibromyalgia.* A workshop conducted for the Fibromyalgia Support Group. Pittsburgh, PA. October 1995.

*Resolving Post-Traumatic Stress Disorders and Dissociation with EDMR.* Invited address to the Greater Pittsburgh Psychological Association. April 1995.

*The Neurophysiology of EMDR.* Invited address at the Advanced EMDR Training Seminar. Chicago, IL. October 1995.

*Stress Management for Educators and Students.* A full day workshop conducted for the Pittsburgh-Mount Oliver Intermediate Unit. October 1988.

*Creating Relaxation.* An invited address presented to the Westmoreland Girl Scout Council's fall conference. Greensburg, PA. November 1988.

*Stress Management.* A workshop conducted for the Apollo-Ridge School District. Spring Church, PA. May 1988.

*Remediating the Effects of Stress.* A workshop conducted for the Butcher Consulting Group. June 1988.

*Creating Eustress.* An invited address at the Chautauqua Institution. Jamestown, NY. August 1988.

*Utilizing Language Sounds (Neurolinguistic Programming).* A one week workshop at the Chautaqua Institution. Jamestown, NY. August 1988.

*Biofeedback and Nutrition: Tools for Self Regulation.* A one week workshop at the Chautaqua Institution. Jamestown, NY. August 1985 and 1986.

*Performance Stress.* A workshop conducted at Indiana University of Pennsylvania. March 1985.

*Winning Attitudes.* A workshop conducted for C.I.S. of Pittsburgh. March 1985.

*Managing Stress.* A one day workshop conducted for the Theatre Association of Pennsylvania. October 1985.

*Type A to B Minus: A Continuum of Change.* Conducted at the Annual Meeting

of the Pennsylvania Society of Behavioral Medicine and Biofeedback.  May 1984.

*Biofeedback and Behavioral Medicine.*  Conducted for the Vocational Rehabilitation Center of Pittsburgh.  February 1984.

*Managing Stress.*  A one day workshop conducted for the Theatre Association of Pennsylvania.  October 1983.

*Creative Stress Management.*  A Training and Development Program for Professionals.  January 1983.

*Biofeedback and Self-Regulation.*  A series of two-day workshops conducted for Chatham College, Spring and Fall, 1983.

*Drug Use and Interactions.*  A two day workshop conducted for Central Pennsylvania Regional Training on Aging Project.  Fall 1979.

*Aging and Health Maintenance.*  A series of two day workshops conducted for the Central Pennsylvania Regional Training Project for Area Agencies on Aging in the spring of 1979 at Harrisburg, Lewisburg, and Johnstown, PA.

*Human Development, Health, and Nutrition.*  Mount Aetna Home and School Association.  Mount Aetna, MD.   November 1977.

*Stress Management Techniques.*  Wilson College, Chambersburg, PA November 1976.


## PAPERS AND PUBLICATIONS

Aiello, J.R., Nicosia, G.J. & Thompson, L.E.  "Physiological, Social, and Behavioral Consequences of Crowding on Children and Adolescents."  Child Development, 1979, vol. 50, pp. 195-202.

Gruder, D., Hoover-Kramer, D., Nicosia, G. & Stoler, L. Energy Health Practitioner Certification Program.  Association for Comprehensive Energy Psychology, New York, NY. 2006

Hyman, D. & Nicosia, G.J.  Physiological, Behavioral and Subjective Responses to Crowding.  Paper presented at the Annual Convention of the California State Psychological Associations.  San Diego, CA.  March 1976.

Kleinman, J., Nicosia, G.J. & Niemark, E.  Natural Organization Does Facilitate Long-Term Retention of Verbal Materials.

Lambrou, P., Pratt, G., Chevalier, G., and Nicosia, G. Thought Energy Therapy: Quantum Level Control of Emotions and Evidence of Effectiveness of Energy Psychotherapy Methodology. Paper presented at the International Forum on New Science. Fort Collins, CO. October 1999.

Nicosia, G.J. The Effect of Labeling on the Recall and Organization of Multiple Visual Forms. Paper presented at the 45th Annual Convention of the Eastern Psychological Association. Philadelphia, PA. April 1974.

Nicosia, G.J. The Development of Priority in the Recall of Newly Learned Items. Paper presented at the 47th Annual Convention of the Eastern Psychological Association. New York. April 1976.

Nicosia, G.J. The Development of Sex-Differences in Reaction of Crowding. Psi Chi. Invited address. Franklin and Marshall College. Lancaster, PA . 1979.

Nicosia, G.J. Lifelong Well-Being: Pennsylvania Area Agency on Aging Training Manual. Bioneural Centers, Inc. Greenport, NY. 1979.

Nicosia, G.J. Warning: Food May be Hazardous to Your Health. Robert F. Kennedy Jones Foundation. Harrisburg, PA. 1979.

Nicosia, G.J., Hyman, D., Epstein, Y., Aiello, J. & Karlin, R. "Effects of Bodily Contact on Reactions of Crowding." Journal of Applied Social Psychology, 1979, 104, pp. 369-375.

Nicosia, G.J. & Santa, J.L. " Words and the Reproduction of Nonsense Things." Journal of Experimental Psychology: Human Learning and Memory, 1975,104, pp. 369-375.

Nicosia, G.J. "The Development of Priority in Recall: Implications for Models of Memory Development." Submitted for publication to Journal of Experimental Child Psychology. 1981.

Nicosia, G.J. & Bauer, A. "Auditory vs. Visual Modes Presentation in EMG Biofeedback Assisted Relaxation Therapy." Unpublished manuscript, 1981.

Nicosia, G.J. & Smith, L.A. "Are There Levels of Processing in Memory?" Unpublished manuscript, 1982

Nicosia, G.J. The Quantitative Analysis of EEG Representing a Localized Psychogenic Amnesia and It's Resolution by Eye-Movement Desensitization and Reprocessing Psychotherapy. Paper presented at the 4th Annual International EMDR Conference. Sunnyvale, CA. March 1994.

Nicosia, G.J. "EMDR is Not Hypnosis," Dissociation, 1995, Volume III, No. 1, p.65.

Nicosia, G.J.  Thought Energy Synchronization Therapy: Basic Diagnostic and Treatment Procedures. Advanced Diagnostics, Pittsburgh, PA 1996

Nicosia, G.J. "Diagnosis and Treatment of 'Minor' Head Injuries." Pittsburgh Legal Journal, 1996, Vol. 122, No. 188, pp.2-3.

Nicosia, G.J. "Integrating the Power Therapies: EMDR and Thought Field Therapy." Thought Energy Synchronization Therapy News, March 1997, pp.2-3.

Nicosia, G.J.  TFT: A Quantum Leap in Psychotherapy," Treatment Today, Winter 1997, pp. 24-25.

Nicosia, G.J.  Thought Energy Synchronization Therapy: Advanced Diagnostic and Treatment Procedures. Advanced Diagnostics, Pittsburgh, PA 1997

Nicosia, G.J. & Veenstra, A.  *Thought Field Therapy: A New Approach for the Treatment of Pain.*  Paper presented at the Annual Meeting of the American Academy of Pain Management, Los Vegas Nevada - September, 1999

Nicosia, G.J.  *Thoughts Are Real, Alive and Well, Outside Your Head.*  Paper presented at the Canadian Energy Psychology Conference, Toronto, Canada, - October 1999

Nicosia, G.J.  Comprehensive Introduction to Thought Field Therapy.  Web of Education, Dumont, NJ 1999.

Nicosia, G.J. "Shifting Consciousness Through Dimensions: Case Commentary." Family Therapy Networker, September, 2000 p. 75-77.

Nicosia, G.J., *The Physics of Energy Psychology.* Plenary Address to the Third Annual International Energy Psychology Conference. San Diego, CA., May 2001.

Nicosia, G. J., *Structures and Physics in Energy Psychology: Where Science Meets Fiction.*  Keynote Address. First European Energy Psychology Conference. Lake Lucerne, Switzerland. July 5, 2001.

Nicosia, G.J., *An Introduction to Thought Energy.* Chapter in 2001: an Energy Odyssey, the Furigen Papers. Edited by Lammers, W. and Beate, K. Institute for the application of the social sciences. Switzerland. June 2001.

Nicosia, G.J., Gruder, D., Hoover-Kramer, D., & Stoler, L. <u>Comprehensive Energy Psychology Certification Program</u>. Association for Comprehensive Energy Psychology, New York, NY. 2006.

Nicosia, G.J. & Cellinni, P. *Transforming Emotional and Cognitive Dysfunction: A Case Study.* Paper presented at the 8th Annual International Energy Psychology Conference, Baltimore, MD., 5/2006.

Nicosia, G.J. *World Trade Center Tower 2 Survivor: EP Treatment of Long-term PTSD: A Case Study.* Paper presented at the 10th Annual International Energy Psychology Conference, Albuquerque, NM , 5/2008.

Nicosia, G.J. *What's What in Energy Psychology: Making the Path by Walking IT.* A Keynote address in the <u>Proceedings of the 35th Annual Touch for Health Kinesiology Association Conference.,</u> Pittsburgh, PA, July 2010.

Nicosia, G.J., Minewiser, L. & Freger, A. "World Trade Center: A Longitudinal Case Study for Treating Post Traumatic Stress Disorder with Emotional Freedom Technique and Eye Movement Desensitization and Reprocessing." <u>Work,</u> 63, (2019), pp.199-204.