# EXHIBIT 14

IN RE:                          )
                                )
INTERVIEW OF                    )
                                )
OFFICER DOMINIC RAVOTTI         )


TRANSCRIBED FROM A VIDEO RECORDING

INTERVIEW DATE:  FEBRUARY 2, 2016

PERSONS PRESENT IN THE INTERVIEW ROOM:

Detective Patrick Miller
Allegheny County Police Department

Detective James Grill
Allegheny County Police Department

Officer Dominic Ravotti
Port Authority Police Department

Kevin Abramowicz, Esquire

1        (Whereupon, the audio portion of the video recording

2   commenced.)

3        DETECTIVE PATRICK MILLER:  Dom, just like the other

4   night -- I don't know if you recall -- the room is audio and

5   video equipped.  I just have to advise you of that.

6        OFFICER DOMINIC RAVOTTI:  Okay.

7        MR. ABRAMOWICZ:  (Indiscernible.)

8        DETECTIVE PATRICK MILLER:  Okay.  Got you.

9        Okay.  Dom, I need to read you your Miranda

10  warnings.  Okay?  Standard procedure.  I don't want you to

11  think anything of it.

12       Okay.  You have the right to remain silent.

13  Anything you say can and will be used against you in a court of

14  law.  You have the right to speak to an attorney and have him

15  present before and during questioning.  If you cannot afford an

16  attorney, one will be appointed free of charge before and

17  during questioning, if you so desire.

18       Do you understand each of the rights I've explained

19  to you?

20       OFFICER DOMINIC RAVOTTI:  Yes.

21       DETECTIVE PATRICK MILLER:  Okay.  Can you write yes

22  and then initial.

23       And then having these rights in mind, do you wish to

24  speak to us?

25       OFFICER DOMINIC RAVOTTI:  Yes.

1          DETECTIVE PATRICK MILLER:  Okay.  Initial, print,

2     and then sign, please.

3          OFFICER DOMINIC RAVOTTI:  I almost signed on the

4     wrong spot the other day.

5          DETECTIVE PATRICK MILLER:  Today is the 2nd.

6          For the record, the time is 3:39 p.m.  And this

7     statement is being taken in connection to the officer-involved

8     shooting in Wilkinsburg from December 31st.

9          Present is Dominic Ravotti.

10         MR. ABRAMOWICZ:  January.

11         DETECTIVE JAMES GRILL:  January.

12         DETECTIVE PATRICK MILLER:  Excuse me.  January 31st.

13         I'm Detective Patrick Miller.  Detective James

14    Grill.  And Kevin Abramowicz, who represents the union -- union

15    (indiscernible).

16         Okay.  Dom, if you could, just go through with us

17    what all happened, where you -- what shift you were working.

18         OFFICER DOMINIC RAVOTTI:  Okay.  I was 2 to 10

19    shift.  I was assigned to the central district, along with

20    Officer Kyhnroe Sanders.  We were in a car -- in a patrol unit

21    together.

22         DETECTIVE PATRICK MILLER:  Okay.

23         OFFICER DOMINIC RAVOTTI:  We were downtown, Sixth

24    and -- Sixth Street and Liberty.  I heard Officer Adams and

25    Officer Hampy call out that they were getting out with a group

1  at the Wood Street gazebo in Wilkinsburg.  We were the next
2  closest backup car also.  Being that they were a two-man unit,
3  we just started that way just -- just in case.  We have a lot
4  of issues out at that gazebo.
5        DETECTIVE PATRICK MILLER:  Okay.
6        OFFICER DOMINIC RAVOTTI:  A lot of drug complaints,
7  a lot of drinking in public, a lot of -- Wilkins- -- we have
8  been having a large amount of armed robberies along the Linear
9  Trail also.
10       We started out.  As we were starting out -- we
11  weren't even off of Liberty Avenue -- Officer Adams got on the
12  air and advised, "Keep units coming.  One is resisting," so we
13  stepped it up a little bit.
14       Just as we were getting off the busway -- onto the
15  busway at Grant, Officer Adams yelled, "Code 2.  We're fighting
16  with one."
17       So at that point, we really started to step it up.
18  Just as we were coming up to the station, Sergeant -- K-9
19  Sergeant DiPippa and K-9 Sergeant O'Malley were right in front
20  of us.  Right as we got to right around Herron Station, Officer
21  Adams yelled, "Code 3.  He's armed with a knife."  So at that
22  point, I mean, we were already getting there.  We were on our
23  way out there.
24       As we were approaching Wilkinsburg -- or the
25  Homewood Station, Officer Adams advised that he had -- he

1   had -- he was walking on the -- the suspect that he was in the

2   physical fight with was on the Linear Trail, which runs a

3   little -- runs parallel with the busway there from --

4   basically, I believe it's South Avenue the whole way to Hamnett

5   Park and Ride.  He had -- there's steps that go up from the

6   gazebo -- gazebo to the -- to the Linear Trail.  He advised he

7   was on there, still walking, still armed with a knife.

8           And then he had also advised that he had been pepper

9   sprayed -- or he had been OC'd and that a Taser was deployed

10  and it didn't have any effects on him.

11          At that point, Sergeant -- K-9 Sergeant DiPippa

12  said -- requested a unit go down to Pennwood Avenue, which is

13  on the other side of the busway, which, again, parallels it, in

14  case he was to flee that way.

15          Myself and Officer -- I was driving.  Officer --

16  myself and Officer Sanders exited the busway on the Wallace

17  Ramp, went down to Pennwood, made a left onto Pennwood, started

18  out Pennwood Avenue.

19          As we were on our way out Pennwood Avenue, they said

20  that they were getting closer to the Hamnett Park and Ride lot

21  on the trail.  So at that point, instead of staying on that

22  side, cut up Rebecca, made the right onto Center, and actually

23  went into the park -- into the Hamnett Park and Ride lot.

24          Whenever we got into the park and ride lot, I pulled

25  basically, like, straight in to where there's -- there's a

1   little shelter at the bottom of the steps in the park and ride

2   lot right by the busway.

3           Officer Sanders jumped out, started running up the

4   steps.  I put the car in park, secured it.  As I was coming out

5   of the car, I heard officers yelling that he was going down in

6   the woods, down in towards, like, Jeanette -- Jeanette Street.

7           So at that point, Officer Sanders was already up

8   there.  I just jumped back in the car, looped out to try and

9   cut him off.  I went back down Center, left onto Rebecca, and

10  then I turned onto Jeanette Street.  As I turned onto Jeanette

11  Street, it's kind of like a -- it's a pretty tight street out

12  there.

13          As I was coming down, I could see multiple officers

14  walking towards me, and then I was able to see the suspect

15  walking in front of them.  And he was just walking, waving the

16  knife.

17          And it was a very nice day so we had the windows

18  down, and I could hear -- vividly hear them screaming, "Drop

19  the knife.  Drop the knife.  Just put it down."

20          DETECTIVE JAMES GRILL:  Okay.  How -- how far down

21  did you go down --

22          OFFICER DOMINIC RAVOTTI:  How far down Jeanette did

23  I go in the car?  I went -- I would say it was probably --

24  maybe a hundred yards.  I went down to right when he started

25  cutting through the -- the yards again.  And then I backed back

1   up Jeanette because he started up towards, like, Center Street.
2   So I -- I never actually got out of the car on -- on Jeanette.
3              DETECTIVE JAMES GRILL:  Okay.  You stopped -- was
4   that Lytle?  Heading towards Center from Lytle or Jeanette?
5   Because I don't think --
6              OFFICER DOMINIC RAVOTTI:  Jeanette, like, does -- it
7   does, like, a "U."
8              DETECTIVE JAMES GRILL:  Oh.
9              OFFICER DOMINIC RAVOTTI:  It's -- it's Jeanette.
10  And then Wagner Way is behind it.
11             DETECTIVE JAMES GRILL:  Okay.  Because at Jeanette
12  and Lytle -- and the rear of the houses is where he cut through
13  the woods.  I'm just trying to figure out where your car was or
14  where you pulled in.
15             OFFICER DOMINIC RAVOTTI:  I turned -- I come up
16  Rebecca and made the right onto Jeanette.
17             DETECTIVE JAMES GRILL:  Up Rebecca and right onto
18  Jeanette.
19             OFFICER DOMINIC RAVOTTI:  Well, I come back -- when
20  I came back, I came up Center, made the left onto Rebecca, left
21  onto Jeanette.
22             DETECTIVE JAMES GRILL:  Okay.
23             OFFICER DOMINIC RAVOTTI:  And then I saw him cutting
24  through the yards.  And that's when they -- they started
25  pointing that he's going back through again.  I backed back out

1  Jeanette onto Rebecca, made the right onto Center again, and

2  started down Center towards the park and ride lot again.

3       I was -- in -- in there is when he was behind

4  houses.  I didn't really see him at that point.

5       I was just stopping because there was people

6  outside.  I'm yelling like, "Get back in your house" because

7  there was kids running around.  I mean, it was a really nice

8  day.  People were -- I was telling people like, "Get back in

9  your house.  Get back in your house."  I could hear officers

10 screaming at him, "Drop the knife.  Drop the knife."

11       DETECTIVE JAMES GRILL:  Where were you at?

12       OFFICER DOMINIC RAVOTTI:  I was still in the car.  I

13 never got out of the car at that point then.

14       I come up to where Jeanette comes back out.  Like,

15 it loops -- it does that weird loop and comes back out and

16 meets Center.

17       Right there, Officer -- K-9 Officer DiPippa was

18 standing there, and he pointed.  He said, "He's going through

19 the yards off of Wagner.  He's going to come out on Whitney

20 Street."

21       That's when I -- I went down -- because that's the

22 next street down -- and made the right onto Whitney.  Right as

23 I turned onto Whitney, I looked to my right side, and I saw him

24 coming between the houses.  So I threw the car -- crossed

25 Whitney, threw it in park, jumped out.  And that's when I --

1        DETECTIVE JAMES GRILL:  In the beginning?  How far

2   down?

3        OFFICER DOMINIC RAVOTTI:  Right -- right on Whitney.

4        DETECTIVE JAMES GRILL:  Right on Whitney.

5        OFFICER DOMINIC RAVOTTI:  Right at the -- almost at

6   the corner of Whitney and Center.

7        DETECTIVE JAMES GRILL:  Okay.  So that's where you

8   get out of the car?

9        OFFICER DOMINIC RAVOTTI:  That's when I exited the

10  car.  At that point, I exited.  I loop around the back of my

11  car.  I draw -- I drew my firearm.  At that point, I had lethal

12  cover on him.  I'm giving him -- at that point, I'm screaming,

13  "Drop the knife.  Drop the knife."

14        And he was completely ignoring it, just -- he was

15  just walking.  And every time he would even see -- he would get

16  the remote -- it seemed like anytime he got the remote feeling

17  someone was behind him, he would just spin around and, like,

18  spin the knife.

19        DETECTIVE JAMES GRILL:  The suspect, he kept

20  spinning and swinging the knife?

21        OFFICER DOMINIC RAVOTTI:  Yeah.

22        I mean, right at the corner, basically -- I believe

23  that's Woodward Avenue that comes down the opposite side from,

24  like, Jeanette and Whitney that meets right at the -- where the

25  park and ride lot starts, right there.  We were coming down

1  Center. Right there, Officer -- K-9 Officer DiPippa -- right

2  before we entered the park and ride lot, he deployed his Taser

3  once. Again, no -- no effect.

4        DETECTIVE JAMES GRILL: That was just as you got

5  into the lot?

6        OFFICER DOMINIC RAVOTTI: Yeah. We weren't -- we

7  were right at the -- we weren't -- I don't even think we were

8  in the actual lot yet. Like, it was the sidewalk at Center

9  Avenue.

10        DETECTIVE JAMES GRILL: On Center?

11        OFFICER DOMINIC RAVOTTI: On Center there.

12        DETECTIVE JAMES GRILL: Now -- now, when you stop

13  your car, how -- what officers do you remember at that point

14  going from Whitney onto Center following him towards Hamnett?

15        OFFICER DOMINIC RAVOTTI: At that very time, I saw

16  Officer -- or K-9 Sergeant DiPippa, Officer Sanders, and

17  Officer Kaupinis. There were other officers. I couldn't -- I

18  don't -- I didn't identify them until we -- we got more into

19  the park and ride lot and more people --

20        DETECTIVE JAMES GRILL: So it was DiPippa, Sanders,

21  and --

22        OFFICER DOMINIC RAVOTTI: Kaupinis.

23        DETECTIVE JAMES GRILL: Kaupinis.

24        OFFICER DOMINIC RAVOTTI: They're all Port

25  Authority.

1          DETECTIVE JAMES GRILL:  And they were following

2     right along with you?

3          OFFICER DOMINIC RAVOTTI:  Yeah.

4          DETECTIVE JAMES GRILL:  Okay.  And which one did you

5     say you saw deploy the Taser?

6          OFFICER DOMINIC RAVOTTI:  K-9 Sergeant DiPippa.  He

7     deployed it twice.

8          DETECTIVE JAMES GRILL:  Did -- when he deployed the

9     Taser, did you hear or see anything go on with the suspect?

10    Did he react at all?

11         OFFICER DOMINIC RAVOTTI:  He just -- he just kept

12    yelling, "You ain't -- you ain't hurting me.  Nothing -- you --

13    you think you can hurt me.  This shit -- this shit don't hurt."

14         DETECTIVE JAMES GRILL:  And he still had the knife

15    in his hand?

16         OFFICER DOMINIC RAVOTTI:  Yeah.  He never -- from

17    the incident -- from, literally, start to finish, every time I

18    had eyes on him, he had the knife on him.  He had the knife in

19    his right hand and never put it away.

20         After Sergeant -- K-9 Sergeant DiPippa deployed the

21    Taser twice with no effects, Officer Kaupinis tried spraying

22    him again.

23         DETECTIVE JAMES GRILL:  How do you spell his last

24    name?

25         OFFICER DOMINIC RAVOTTI:  K-a-u-p-i-n-i-s.

1          DETECTIVE JAMES GRILL:  And that didn't have any

2     effect?

3          OFFICER DOMINIC RAVOTTI:  Correct.

4          DETECTIVE JAMES GRILL:  And you saw him get pepper

5     sprayed?

6          OFFICER DOMINIC RAVOTTI:  Yes.

7          DETECTIVE JAMES GRILL:  Okay.

8          OFFICER DOMINIC RAVOTTI:  At this time, he was

9     walking.  We were in the park and ride lot.  He was walking

10    towards the back of the lot, but we were still real close to

11    the front of the lot.

12          Officer Sanders had his collapsible baton out and

13    was trying to sneak up behind him and went and tried to hit his

14    right arm to knock the knife out of his arm.  As he did that,

15    the suspect felt -- like, must have felt his presence, and he

16    actually turned around whenever Officer Sanders was coming up

17    like this.  And he turned around and lunged at him with the

18    knife.  Officer Sanders had to jump back.

19          And at that point while it was going on, I was -- I

20    saw people walking down the steps in the back.  So I felt that

21    it wasn't a good time to -- to use lethal force because he was

22    coming at the officer.  Because there was a bunch of innocent

23    bystanders that had just got off the bus -- I'm guessing just

24    got off the bus up at the -- up at the Hamnett stop, and they

25    were walking down the steps, walking around.  So I didn't -- I

1  didn't want to fire and --

2          DETECTIVE JAMES GRILL:  Okay.  What did -- show me

3  how he did it, like with his arm, like with the knife.

4          OFFICER DOMINIC RAVOTTI:  With the knife?

5          DETECTIVE JAMES GRILL:  Yeah.

6          OFFICER DOMINIC RAVOTTI:  He come around -- like, he

7  was walking away from us like this.  And he -- he felt Moe

8  coming, and he went like that.

9          DETECTIVE JAMES GRILL:  So he just slashed --

10         OFFICER DOMINIC RAVOTTI:  Yeah.

11         DETECTIVE JAMES GRILL:  -- at him, across?

12         OFFICER DOMINIC RAVOTTI:  Yeah.  He come back

13  around, and he slashed at him.  And like -- like as he was

14  doing it, he, like, lunged.

15         DETECTIVE JAMES GRILL:  Did he -- was he saying

16  anything at that time to you guys?  Was he yelling anything?

17         OFFICER DOMINIC RAVOTTI:  He -- I mean, the whole

18  time he just kept yelling, like, just, like, crazy stuff like

19  "None of this is hurting me.  You -- you pussies."  I mean, he

20  just -- was just yelling just the whole time.

21         We kept yelling like, "Drop the knife."

22         "Fuck you."

23         It's just -- I mean, there was absolutely no

24  compliance whatsoever.

25         Keep going?

1          DETECTIVE PATRICK MILLER:  Uh-huh.

2          OFFICER DOMINIC RAVOTTI:  Okay.  And then we started

3     to walk -- from the park and ride lot, we started walking back

4     towards Whitney Avenue, towards the rear of the houses that are

5     on Whitney out of the park and ride lot.  There's a little

6     fence, like a rundown fence that kind of runs along there.  He

7     started to climb the fence there.  And another officer -- and

8     I'm pretty sure it was Officer Granger from Wilkinsburg --

9     deployed a Taser on him as he was climbing over the fence.  And

10    I can remember he got over the fence, turned around, and looked

11    at us and said, "You think this shit hurts?  It -- it doesn't

12    even tickle me, motherfuckers."

13          After he got over the fence, he started walking

14    towards the front of the -- like trying to walk towards the

15    front of the house.  And it was, like, one of those backyards

16    that has, like, another fence that you have to go -- he -- he

17    walked up to that fence.

18          And that's when we're trying to get over the fence.

19    And he saw the fence and he went to turn around and he looked

20    back at us again.

21          And I got over the fence and I drew my firearm on

22    him again and I said, "Listen, drop the knife or we're going to

23    have to shoot you."

24          And he said, "Fuck you, pussy.  Shoot me if you

25    want.  You're not going to hurt me."

1    After that, he saw that we were still approaching,

2  so he just jumped over the fence and started out towards

3  Whitney.  As he was still walking out towards Whitney, we were

4  still screaming at him, "Just drop the knife.  Just get down."

5    And I can remember hearing a female yelling.  And

6  there wasn't a female officer on scene at that point, so I know

7  it was a citizen.  She kept yelling -- I could hear her.  She

8  kept yelling, "Just drop the knife and get on the ground.  They

9  don't want to shoot you.  Just lay down."

10    DETECTIVE JAMES GRILL:  Okay.  When he went through

11  the fence and went between the houses --

12    OFFICER DOMINIC RAVOTTI:  Yeah.

13    DETECTIVE JAMES GRILL:  -- did you guys lose sight

14  of him?

15    OFFICER DOMINIC RAVOTTI:  No.  Never.

16    DETECTIVE JAMES GRILL:  You stayed with him?

17    OFFICER DOMINIC RAVOTTI:  Yes.

18    DETECTIVE JAMES GRILL:  So when he came out -- back

19  onto Whitney from behind the houses, where did he go?

20    OFFICER DOMINIC RAVOTTI:  As soon as -- as soon as

21  he comes out onto Whitney, he started to walk towards the left

22  a little bit.

23    And then that's whenever we were at the -- when we

24  got to where the abandoned house was.  And that's when I saw

25  K-9 Sergeant O'Malley coming at -- coming at us.  So I knew

1    that he was --

2            And then I heard -- that's when I heard K-9 Sergeant

3    O'Malley yell, "Watch him." And when I -- I decoy for them.

4    So I know when he's yelling "Watch him," that's his initial

5    command to get, like, a good, like, target acquisition, saying,

6    hey, I'm getting ready to release the dog. That's his -- this

7    is who you want to get. And he said, "Watch him. Watch him,"

8    and then he gave the bite command. And that's when he

9    released -- he released Aren on him.

10           DETECTIVE PATRICK MILLER: So he did give him the

11   bite command and let him go?

12           OFFICER DOMINIC RAVOTTI: Uh-huh.

13           DETECTIVE PATRICK MILLER: Excuse me.

14           OFFICER DOMINIC RAVOTTI: That's okay.

15           Once he -- once he gave the command, I was -- I

16   still kept lethal cover on him, but I was watching. I saw K-9

17   Aren come in. And he did engage the suspect on his right -- or

18   I'm sorry -- his left upper arm between his shoulder and his

19   elbow.

20           At this time -- so the suspect was standing -- he

21   was basically facing us, but he was stepped back. He was

22   almost on the stoop of that house. And he bit him. K-9

23   Sergeant O'Malley was right to my right. We were basically

24   standing on that sidewalk almost.

25           When he bit, Aren -- when Aren bit him, he started

1  to spin, like, around in a circle, like, away from us.  And as

2  he was spinning, I saw him come around with the knife and stab

3  at Aren.  Once he stabbed at him and he spun around -- as he

4  was spinning, Aren actually disengaged his bite.

5          And then at this point, he was standing facing --

6  like, if I'm facing the wall -- if I'm the suspect, he's facing

7  the wall.  K-9 Sergeant O'Malley would be where that side of

8  the -- the window frame is, and I am on -- where this side of

9  the frame is.

10          So at that point, Aren hit the ground.  Aren come

11  back up at him.  It appeared that he was going to re-engage.

12  As he was re-engaging, the suspect was, like, slashing at him,

13  trying to -- to stab him again.

14          And that's when he actually started taking steps

15  towards -- more towards Sergeant O'Malley than myself.  But he

16  took about -- almost two full steps at Sergeant O'Malley.  And

17  on the third one is whenever he -- he slammed the knife into

18  K-9 Aren.  And that's when I saw -- the knife actually went

19  into -- like, went down into his throat, and he had stabbed

20  him.

21          At that time, he was still progressing towards K-9

22  Sergeant O'Malley.  That's when K-9 Sergeant O'Malley, I

23  believe, began to fire.  Right at that point is when Aren

24  actually fell down, like, fell off.

25          And I didn't fire at that point because Aren was in

1  my sight.  I didn't want to --

2           So Aren took like a -- he started to run behind us.

3           And at that point, I felt that we had exhausted

4  every nonlethal force option that we had and that in the

5  interest of all parties involved -- the suspect, I mean,

6  ourselves, K-9 Aren, all the innocent bystanders that were

7  outside -- that I had no other choice but to use lethal force.

8           At that point, I did fire two rounds, aiming for

9  center mass on the suspect.  At that point, the suspect did

10 fall.  He fell on his back.  And when he fell, he fell with his

11 right arm across his chest, and he was still holding the knife

12 as he was laying on the ground.  And, like, the knife -- he was

13 basically laying like this with the knife right in his hand --

14 in his right hand still, laying next to the right side of his

15 head.

16          Once I noticed that he was motionless, I started to

17 yell, "Contact," saying that I was going to go up and attempt

18 to seize him and place him into custody.  Once another officer

19 told me that they were going to cover me, I went up.  I kicked

20 the knife from his -- his hand.  I kicked it to the right with

21 my right boot, just away from -- out of his hands.

22          And then at that point, I rolled him over and I

23 tried to cuff him.  But his sleeves -- the clothing was

24 actually down over his sleeves, so I couldn't get it up.  So I

25 rolled -- when I rolled him, I held him.  And then Officer -- I

1  know Officer Adams came in and placed handcuffs on him.

2  DETECTIVE JAMES GRILL: So you and Adams were the

3  ones that cuffed him?

4  OFFICER DOMINIC RAVOTTI: Adams cuffed him. And

5  there was another officer, and I'm not -- I can't speak to who

6  it was, but it was -- it was -- there was another officer that

7  helped him, because they were pulling sleeves up.

8  And I kind of -- at that point, then, I became,

9  like, the cover officer again --

10  DETECTIVE JAMES GRILL: Okay.

11  OFFICER DOMINIC RAVOTTI: -- because I just couldn't

12  get the -- the way his cuff -- his clothing was.

13  And then once he was cuffed -- Detective Atkins was

14  on scene. He began starting to trying to administer first aid

15  to him, to the suspect.

16  DETECTIVE JAMES GRILL: Who was that?

17  OFFICER DOMINIC RAVOTTI: Detective Atkins --

18  DETECTIVE JAMES GRILL: Atkins.

19  OFFICER DOMINIC RAVOTTI: -- from Port Authority.

20  They removed me from the scene. And that's when I

21  found out how serious K-9 Aren was injured. And they -- they

22  were already trying to get him to the hospital.

23  Whenever -- as soon as I fired the shot, I

24  immediately yelled on the radio, "Shots fired. Shots fired."

25  And I heard another officer yelling to County on their channel,

1  "Suspect down.  Start medics," right away.  So being that they

2  had already done it, it actually cuts out a step from us

3  because our dispatcher would then have to call County and

4  then -- so being that they had done it, I knew that it was --

5  it was actually a little bit quicker for them to have it

6  handled than for us.

7          And then once that happened, they put me into our

8  unmarked patrol unit, 292, and waited until -- I stayed in

9  there until Officer Walters came on scene.  And then he took me

10 back to the station.

11          DETECTIVE PATRICK MILLER:  He took you back to your

12 station?  Not Wilkinsburg?

13          OFFICER DOMINIC RAVOTTI:  Who?

14          DETECTIVE PATRICK MILLER:  Officer Walters.

15          OFFICER DOMINIC RAVOTTI:  He took me back to my

16 station.

17          DETECTIVE PATRICK MILLER:  To your station?

18          OFFICER DOMINIC RAVOTTI:  Yes.

19          DETECTIVE PATRICK MILLER:  Okay.  Any other

20 questions?

21          Kevin, anything?

22          MR. ABRAMOWICZ:  No, sir.

23          DETECTIVE PATRICK MILLER:  Okay.  Officer, anything?

24          OFFICER DOMINIC RAVOTTI:  No.

25          DETECTIVE PATRICK MILLER:  Questions for us?

1          OFFICER DOMINIC RAVOTTI:   No.

2          DETECTIVE PATRICK MILLER:   Okay.   That concludes

3    Officer Ravotti's interview.   The time is now 4:05 p.m.

4               (Whereupon, the audio portion of the video recording

5    ended.)

# C E R T I F I C A T E

I, Rita A. Ross, Registered Professional Reporter, do hereby certify that the foregoing pages containing the videotaped interview of OFFICER DOMINIC RAVOTTI were transcribed by me from a video recording.

I hereby certify that the foregoing pages are a true and accurate transcript of said interview to the best of my hearing ability.

I do further certify that I am not a relative of any party hereto, nor am I otherwise interested in the event of this action.

The foregoing certification does not apply to any reproduction of this transcript in any respect unless under the direct control and/or supervision of the certifying reporter.

*Rita A. Ross*

February 15, 2021

_____
RITA A. ROSS, RPR

## A

abandoned (1)
  16:24
able (1)
  7:14
ABRAMOWICZ (4)
  3:7;4:10,14;21:22
absolutely (1)
  14:23
acquisition (1)
  17:5
across (2)
  14:11;19:11
actual (1)
  11:8
actually (10)
  6:22;8:2;13:16;
  18:4,14,18,24;19:24;
  21:2,5
Adams (8)
  4:24;5:11,15,21,
  25;20:1,2,4
administer (1)
  20:14
advise (1)
  3:5
advised (4)
  5:12,25;6:6,8
afford (1)
  3:15
again (11)
  6:13;7:25;8:25;9:1,
  2;11:3;12:22;15:20,
  22;18:13;20:9
against (1)
  3:13
aid (1)
  20:14
aiming (1)
  19:8
ain't (2)
  12:12,12
air (1)
  5:12
almost (5)
  4:3;10:5;17:22,24;
  18:16
along (4)
  4:19;5:8;12:2;15:6
amount (1)
  5:8
appeared (1)
  18:11
appointed (1)
  3:16
approaching (2)
  5:24;16:1
Aren (14)
  17:9,17,25,25;18:3,
  4,10,10,18,23,25;
  19:2,6;20:21

arm (5)
  13:14,14;14:3;
  17:18,19;19:11
armed (3)
  5:8,21;6:7
around (14)
  5:20;9:7;10:10,17;
  13:16,17,25;14:6,13;
  15:10,19;18:1,2,3
assigned (1)
  4:19
Atkins (3)
  20:13,17,18
attempt (1)
  19:17
attorney (2)
  3:14,16
audio (3)
  3:1,4;22:4
Authority (2)
  11:25;20:19
Avenue (8)
  5:11;6:4,12,18,19;
  10:23;11:9;15:4
away (5)
  12:19;14:7;18:1;
  19:21;21:1

## B

back (26)
  7:8,9,25;8:19,20,
  25,25;9:6,8,9,14,15;
  10:10;13:10,18,20;
  14:12;15:3,20;16:18;
  17:21;18:11;19:10;
  21:10,11,15
backed (2)
  7:25;8:25
backup (1)
  5:2
backyards (1)
  15:15
basically (6)
  6:4,25;10:22;
  17:21,23;19:13
baton (1)
  13:12
became (1)
  20:8
began (2)
  18:23;20:14
beginning (1)
  10:1
behind (6)
  8:10;9:3;10:17;
  13:13;16:19;19:2
bit (6)
  5:13;16:22;17:22,
  25,25;21:5
bite (3)
  17:8,11;18:4
boot (1)

  19:21
bottom (1)
  7:1
bunch (1)
  13:22
bus (2)
  13:23,24
busway (6)
  5:14,15;6:3,13,16;
  7:2
bystanders (2)
  13:23;19:6

## C

call (2)
  4:25;21:3
came (5)
  8:20,20;16:18;
  20:1;21:9
can (5)
  3:13,21;12:13;
  15:10;16:5
car (15)
  4:20;5:2;7:4,5,8,
  23;8:2,13;9:12,13,24;
  10:8,10,11;11:13
case (2)
  5:3;6:14
Center (15)
  6:22;7:9;8:1,4,20;
  9:1,2,16;10:6;11:1,8,
  10,11,14;19:9
central (1)
  4:19
channel (1)
  20:25
charge (1)
  3:16
chest (1)
  19:11
choice (1)
  19:7
circle (1)
  18:1
citizen (1)
  16:7
climb (1)
  15:7
climbing (1)
  15:9
close (1)
  13:10
closer (1)
  6:20
closest (1)
  5:2
clothing (2)
  19:23;20:12
Code (2)
  5:15,21
collapsible (1)
  13:12

coming (11)
  5:12,18;7:4,13;
  9:24;10:25;13:16,22;
  14:8;16:25,25
command (4)
  17:5,8,11,15
commenced (1)
  3:2
complaints (1)
  5:6
completely (1)
  10:14
compliance (1)
  14:24
concludes (1)
  22:2
connection (1)
  4:7
Contact (1)
  19:17
corner (2)
  10:6,22
County (2)
  20:25;21:3
court (1)
  3:13
cover (4)
  10:12;17:16;19:19;
  20:9
crazy (1)
  14:18
crossed (1)
  9:24
cuff (2)
  19:23;20:12
cuffed (3)
  20:3,4,13
custody (1)
  19:18
cut (3)
  6:22;7:9;8:12
cuts (1)
  21:2
cutting (2)
  7:25;8:23

## D

day (3)
  4:4;7:17;9:8
December (1)
  4:8
decoy (1)
  17:3
deploy (1)
  12:5
deployed (6)
  6:9;11:2;12:7,8,20;
  15:9
desire (1)
  3:17
DETECTIVE (60)
  3:3,8,21;4:1,5,11,

  12,13,13,22;5:5;7:20;
  8:3,8,11,17,22;9:11;
  10:1,4,7,19;11:4,10,
  12,20,23;12:1,4,8,14,
  23;13:1,4,7;14:2,5,9,
  11,15;15:1;16:10,13,
  16,18;17:10,13;20:2,
  10,13,16,17,18;
  21:11,14,17,19,23,
  25;22:2
DiPippa (8)
  5:19;6:11;9:17;
  11:1,16,20;12:6,20
disengaged (1)
  18:4
dispatcher (1)
  21:3
district (1)
  4:19
dog (1)
  17:6
Dom (3)
  3:3,9;4:16
DOMINIC (53)
  3:6,20,25;4:3,9,18,
  23;5:6;7:22;8:6,9,15,
  19,23;9:12;10:3,5,9,
  21;11:6,11,15,22,24;
  12:3,6,11,16,25;13:3,
  6,8;14:4,6,10,12,17;
  15:2;16:12,15,17,20;
  17:12,14;20:4,11,17,
  19;21:13,15,18,24;
  22:1
done (2)
  21:2,4
down (26)
  6:12,17;7:5,6,9,13,
  18,19,20,21,22,24;
  9:2,21,22;10:2,23,25;
  13:20,25;16:4,9;
  18:19,24;19:24;21:1
downtown (1)
  4:23
draw (1)
  10:11
drew (2)
  10:11;15:21
drinking (1)
  5:7
driving (1)
  6:15
Drop (10)
  7:18,19;9:10,10;
  10:13,13;14:21;
  15:22;16:4,8
drug (1)
  5:6
during (2)
  3:15,17

## E

**effect (2)**
11:3;13:2
**effects (2)**
6:10;12:21
**elbow (1)**
17:19
**ended (1)**
22:5
**engage (1)**
17:17
**entered (1)**
11:2
**equipped (1)**
3:5
**even (4)**
5:11;10:15;11:7;
15:12
**Excuse (2)**
4:12;17:13
**exhausted (1)**
19:3
**exited (3)**
6:16;10:9,10
**explained (1)**
3:18
**eyes (1)**
12:18

**F**

**facing (4)**
17:21;18:5,6,6
**fall (1)**
19:10
**far (3)**
7:20,22;10:1
**feeling (1)**
10:16
**fell (5)**
18:24,24;19:10,10,
10
**felt (5)**
13:15,15,20;14:7;
19:3
**female (2)**
16:5,6
**fence (13)**
15:6,6,7,9,10,13,
16,17,18,19,21;16:2,
11
**fight (1)**
6:2
**fighting (1)**
5:15
**figure (1)**
8:13
**finish (1)**
12:17
**fire (4)**
14:1;18:23,25;19:8
**firearm (2)**
10:11;15:21
**fired (3)**

20:23,24,24
**first (1)**
20:14
**flee (1)**
6:14
**following (2)**
11:14;12:1
**force (3)**
13:21;19:4,7
**found (1)**
20:21
**frame (2)**
18:8,9
**free (1)**
3:16
**front (5)**
5:19;7:15;13:11;
15:14,15
**Fuck (2)**
14:22;15:24
**full (1)**
18:16

**G**

**gave (2)**
17:8,15
**gazebo (4)**
5:1,4;6:6,6
**giving (1)**
10:12
**good (2)**
13:21;17:5
**Granger (1)**
15:8
**Grant (1)**
5:15
**GRILL (39)**
4:11,14;7:20;8:3,8,
11,17,22;9:11;10:1,4,
7,19;11:4,10,12,20,
23;12:1,4,8,14,23;
13:1,4,7;14:2,5,9,11,
15;16:10,13,16,18;
20:2,10,16,18
**ground (3)**
16:8;18:10;19:12
**group (1)**
4:25
**guessing (1)**
13:23
**guys (2)**
14:16;16:13

**H**

**Hamnett (5)**
6:4,20,23;11:14;
13:24
**Hampy (1)**
4:25
**hand (5)**
12:15,19;19:13,14,

20
**handcuffs (1)**
20:1
**handled (1)**
21:6
**hands (1)**
19:21
**happened (2)**
4:17;21:7
**head (1)**
19:15
**Heading (1)**
8:4
**hear (5)**
7:18,18;9:9;12:9;
16:7
**heard (5)**
4:24;7:5;17:2,2;
20:25
**hearing (1)**
16:5
**held (1)**
19:25
**helped (1)**
20:7
**Herron (1)**
5:20
**hey (1)**
17:6
**hit (2)**
13:13;18:10
**holding (1)**
19:11
**Homewood (1)**
5:25
**hospital (1)**
20:22
**house (6)**
9:6,9,9;15:15;
16:24;17:22
**houses (6)**
8:12;9:4,24;15:4;
16:11,19
**hundred (1)**
7:24
**hurt (3)**
12:13,13;15:25
**hurting (2)**
12:12;14:19
**hurts (1)**
15:11

**I**

**identify (1)**
11:18
**ignoring (1)**
10:14
**immediately (1)**
20:24
**incident (1)**
12:17
**Indiscernible (2)**

**initial (3)**
3:22;4.1,17.4
**injured (1)**
20:21
**innocent (1)**
13:22;19:6
**instead (1)**
6:21
**interest (1)**
19:5
**interview (1)**
22:3
**into (10)**
6:23,23,24;11:5,
18;18:17,19,19;
19:18;21:7
**involved (1)**
19:5
**issues (1)**
5:4

**J**

**JAMES (39)**
4:11,13;7:20;8:3,8,
11,17,22;9:11;10:1,4,
7,19;11:4,10,12,20,
23;12:1,4,8,14,23;
13:1,4,7;14:2,5,9,11,
15;16:10,13,16,18;
20:2,10,16,18
**January (3)**
4:10,11,12
**Jeanette (17)**
7:6,6,10,10,22;8:1,
2,4,6,9,11,16,18,21;
9:1,14;10:24
**jump (1)**
13:18
**jumped (4)**
7:3,8;9:25;16:2

**K**

**K-9 (18)**
5:18,19;6:11;9:17;
11:1,16;12:6,20;
16:25;17:2,16,22;
18:7,18,21,22;19:6;
20:21
**Kaupinis (4)**
11:17,22,23;12:21
**K-a-u-p-i-n-i-s (1)**
12:25
**Keep (7)**
5:12;14:25
**kept (7)**
10:19;12:11;14:18,
21;16:7,8;17:16
**Kevin (2)**
4:14;21:21
**kicked (2)**

3:7;4:15

19:19,20
**kids (1)**
9:7
**kind (3)**
7:11;15:6;20:8
**knew (2)**
16:25;21:4
**knife (29)**
5:21;6:7;7:16,19,
19;9:10,10;10:13,13,
18,20;12:14,18,18;
13:14,18;14:3,4,21;
15:22;16:4,8;18:2,17,
18;19:11,12,13,20
**knock (1)**
13:14
**Kyhnroe (1)**
4:20

**L**

**large (1)**
5:8
**last (1)**
12:23
**law (1)**
3:14
**lay (1)**
16:9
**laying (3)**
19:12,13,14
**left (6)**
6:17;7:9;8:20,20;
16:21;17:18
**lethal (4)**
10:11;13:21;17:16;
19:7
**Liberty (2)**
4:24;5:11
**Linear (3)**
5:8;6:2,6
**Listen (1)**
15:22
**literally (1)**
12:17
**little (6)**
5:13;6:3;7:1;15:5;
16:22;21:5
**looked (3)**
9:23;15:10,19
**loop (2)**
9:15;10:10
**looped (1)**
7:8
**loops (1)**
9:15
**lose (1)**
16:13
**lot (19)**
5:3,6,7,7;6:20,23,
24;7:2;9:2;10:25;
11:2,5,8,19;13:9,10,
11;15:3,5

lunged (2)
  13:17;14:14
Lytle (3)
  8:4,4,12

**M**

mass (1)
  19:9
maybe (1)
  7:24
mean (7)
  5:22;9:7;10:22;
  14:17,19,23;19:5
medics (1)
  21:1
meets (2)
  9:16;10:24
MILLER (19)
  3:3,8,21;4:1,5,12,
  13,22;5:5;15:1;
  17:10,13;21:11,14,
  17,19,23,25;22:2
mind (1)
  3:23
Miranda (1)
  3:9
Moe (1)
  14:7
more (3)
  11:18,19;18:15
motherfuckers (1)
  15:12
motionless (1)
  19:16
multiple (1)
  7:13
must (1)
  13:15
Myself (3)
  6:15,16;18:15

**N**

name (1)
  12:24
need (1)
  3:9
next (3)
  5:1;9:22;19:14
nice (2)
  7:17;9:7
night (1)
  3:4
None (1)
  14:19
nonlethal (1)
  19:4
noticed (1)
  19:16

**O**

OC'd (1)
  6:9
off (7)
  5:11,14;7:9;9:19;
  13:23,24;18:24
OFFICER (90)
  3:6,20,25;4:3,18,
  20,23,24,25;5:6,11,
  15,20,25;6:15,15,16;
  7:3,7,22;8:6,9,15,19,
  23;9:12,17,17;10:3,5,
  9,21;11:1,1,6,11,15,
  16,16,17,22,24;12:3,
  6,11,16,21,25;13:3,6,
  8,12,16,18,22;14:4,6,
  10,12,17;15:2,7,8;
  16:6,12,15,17,20;
  17:12,14;19:18,25;
  20:1,4,5,6,9,11,17,19,
  25;21:9,13,14,15,18,
  23,24;22:1,3
officer-involved (1)
  4:7
officers (5)
  7:5,13;9:9;11:13,
  17
O'Malley (9)
  5:19;16:25;17:3,
  23;18:7,15,16,22,22
once (8)
  11:3;17:15,15;
  18:3;19:16,18;20:13;
  21:7
one (6)
  3:16;5:12,16;12:4;
  15:15;18:17
ones (1)
  20:3
onto (17)
  5:14;6:17,22;7:9,
  10,10;8:16,17,20,21;
  9:1,1,22,23;11:14;
  16:19,21
opposite (1)
  10:23
option (1)
  19:4
ourselves (1)
  19:6
out (31)
  4:25,25;5:4,10,10,
  23;6:18,19;7:3,4,8,
  11;8:2,13,25;9:13,14,
  15,19,25;10:8;13:12,
  14;15:5;16:2,3,18,21;
  19:21;20:21;21:2
outside (2)
  9:6;19:7
over (8)
  15:9,10,13,18,21;
  16:2;19:22,24

OC'd (1)

parallel (1)
  6:3
parallels (1)
  6:13
Park (15)
  6:5,20,23,23,24;
  7:1,4;9:2,25;10:25;
  11:2,19;13:9;15:3,5
parties (1)
  19:5
PATRICK (19)
  3:3,8,21;4:1,5,12,
  13,22;5:5;15:1;
  17:10,13;21:11,14,
  17,19,23,25;22:2
patrol (2)
  4:20;21:8
Pennwood (5)
  6:12,17,17,18,19
people (5)
  9:5,8,8;11:19;
  13:20
pepper (2)
  6:8;13:4
physical (1)
  6:2
place (1)
  19:18
placed (1)
  20:1
please (1)
  4:2
pm (2)
  4:6;22:3
point (22)
  5:17,22;6:11,21;
  7:7;9:4,13;10:10,11,
  12;11:13;13:19;16:6;
  18:5,10,23,25;19:3,8,
  9,22;20:8
pointed (1)
  9:18
pointing (1)
  8:25
Port (2)
  11:24;20:19
portion (2)
  3:1;22:4
presence (1)
  13:15
present (2)
  3:15;4:9
pretty (2)
  7:11;15:8
print (1)
  4:1
probably (1)
  7:23
procedure (1)
  3:10

**P**

progressing (1)
  18:21
public (1)
  5:7
pulled (2)
  6:24;8:14
pulling (1)
  20:7
pussies (1)
  14:19
pussy (1)
  15:24
put (4)
  7:4,19;12:19;21:7

**Q**

quicker (1)
  21:5

**R**

radio (1)
  20:24
Ramp (1)
  6:17
RAVOTTI (53)
  3:6,20,25;4:3,9,18,
  23;5:6;7:22;8:6,9,15,
  19,23;9:12;10:3,5,9,
  21;11:6,11,15,22,24;
  12:3,6,11,16,25;13:3,
  6,8;14:4,6,10,12,17;
  15:2;16:12,15,17,20;
  17:12,14;20:4,11,17,
  19;21:13,15,18,24;
  22:1
Ravotti's (1)
  22:3
react (1)
  12:10
read (1)
  3:9
ready (1)
  17:6
real (1)
  13:10
really (3)
  5:17;9:4,7
rear (2)
  8:12;15:4
Rebecca (6)
  6:22;7:9;8:16,17,
  20;9:1
recall (1)
  3:4
record (1)
  4:6
recording (2)
  3:1;22:4
re-engage (1)
  18:11
re-engaging (1)

18:12
release (1)
  17:6
released (2)
  17:9,9
remain (1)
  3:12
remember (3)
  11:13;15:10;16:5
remote (2)
  10:16,16
removed (1)
  20:20
represents (1)
  4:14
requested (1)
  6:12
resisting (1)
  5:12
Ride (12)
  6:5,20,23,24;7:1;
  9:2;10:25;11:2,19;
  13:9;15:3,5
right (39)
  3:12,14;5:19,20,
  20;6:22;7:2,24;8:16,
  17;9:1,17,22,22,23;
  10:3,3,4,5,22,24,25;
  11:1,1,7;12:2,19;
  13:14;17:17,23,23;
  18:23;19:11,13,14,
  14,20,21;21:1
rights (2)
  3:18,23
robberies (1)
  5:8
rolled (3)
  19:22,25,25
room (2)
  3:4
rounds (1)
  19:8
run (1)
  19:2
rundown (1)
  15:6
running (2)
  7:3;9:7
runs (3)
  6:2,3;15:6

**S**

Sanders (9)
  4:20;6:16;7:3,7;
  11:16,20;13:12,16,18
saw (12)
  8:23;9:23;11:15;
  12:5;13:4,20;15:19;
  16:1,24;17:16;18:2,
  18
saying (3)
  14:15;17:5;19:17

scene (4)
16:6;20:14,20;21:9
screaming (4)
7:18;9:10;10:12;
16:4
secured (1)
7:4
seemed (1)
10:16
seize (1)
19:18
Sergeant (17)
5:18,19,19;6:11,
11;11:16;12:6,20,20;
16:25;17:2,23;18:7,
15,16,22,22
serious (1)
20:21
shelter (1)
7:1
shift (2)
4:17,19
shit (3)
12:13,13;15:11
shoot (3)
15:23,24;16:9
shooting (1)
4:8
shot (1)
20:23
Shots (2)
20:24,24
shoulder (1)
17:18
show (1)
14:2
side (7)
6:13,22;9:23;
10:23;18:7,8;19:14
sidewalk (2)
11:8;17:24
sight (2)
16:13;19:1
sign (1)
4:2
signed (1)
4:3
silent (1)
3:12
Sixth (2)
4:23,24
slammed (1)
18:17
slashed (2)
14:9,13
slashing (1)
18:12
sleeves (3)
19:23,24;20:7
sneak (1)
13:13
someone (1)
10:17

soon (3)
16:20,20;20:23
sorry (1)
17:18
South (1)
6:4
speak (3)
3:14,24;20:5
spell (1)
12:23
spin (3)
10:17,18;18:1
spinning (3)
10:20;18:2,4
spot (1)
4:4
sprayed (2)
6:9;13:5
spraying (1)
12:21
spun (1)
18:3
stab (2)
18:2,13
stabbed (2)
18:3,19
Standard (1)
3:10
standing (4)
9:18;17:20,24;18:5
start (2)
12:17;21:1
started (19)
5:3,10,17;6:17;7:3,
24;8:1,24;9:2;15:2,3,
7,13;16:2,21;17:25;
18:14;19:2,16
starting (2)
5:10;20:14
starts (1)
10:25
statement (1)
4:7
station (7)
5:18,20,25;21:10,
12,16,17
stayed (2)
16:16;21:8
staying (1)
6:21
step (2)
5:17;21:2
stepped (2)
5:13;17:21
steps (7)
6:5;7:1,4;13:20,25;
18:14,16
still (12)
6:7,7;9:12;12:14;
13:10;16:1,3,4;
17:16;18:21;19:11,
14
stoop (1)

17:22
stop (2)
11:12;13:24
stopped (1)
8:3
stopping (1)
9:5
straight (1)
6:25
Street (9)
4:24;5:1;7:6,10,11,
11;8:1;9:20,22
stuff (1)
14:18
sure (1)
15:8
suspect (14)
6:1;7:14;10:19;
12:9;13:15;17:17,20;
18:6,12;19:5,9,9;
20:15;21:1
swinging (1)
10:20

**T**

target (1)
17:5
Taser (6)
6:9;11:2;12:5,9,21;
15:9
telling (1)
9:8
third (1)
18:17
threw (2)
9:24,25
throat (1)
18:19
tickle (1)
15:12
tight (1)
7:11
Today (1)
4:5
together (1)
4:21
told (1)
19:19
took (5)
18:16;19:2;21:9,
11,15
towards (17)
7:6,14;8:1,4;9:2;
11:14;13:10;15:4,4,
14,14;16:2,3,21;
18:15,15,21
Trail (4)
5:9;6:2,6,21
tried (3)
12:21;13:13;19:23
try (1)
7:8

trying (7)
8:13;13:13;15:14,
18;18:13;20:14,22
turn (1)
15:19
turned (7)
7:10,10;8:15;9:23;
13:16,17;15:10
twice (2)
12:7,21
two (2)
18:16;19:8
two-man (1)
5:2

**U**

union (2)
4:14,14
unit (4)
4:20;5:2;6:12;21:8
units (1)
5:12
unmarked (1)
21:8
up (23)
5:13,17,18;6:5,22;
7:3,7;8:1,1,15,17,20;
9:14;13:13,16,24,24;
15:17;18:11;19:17,
19,24;20:7
upper (1)
17:18
use (2)
13:21;19:7
used (1)
3:13

**V**

video (3)
3:1,5;22:4
vividly (1)
7:18

**W**

Wagner (2)
8:10;9:19
waited (1)
21:8
walk (3)
15:3,14;16:21
walked (1)
15:17
walking (15)
6:1,7;7:14,15,15;
10:15;13:9,9,20,25,
25;14:7;15:3,13;16:3
wall (2)
18:6,7
Wallace (1)
6:16

Walters (2)
21:9,14
warnings (1)
3:10
Watch (4)
17:3,4,7,7
watching (1)
17:16
waving (1)
7:15
way (7)
5:3,23;6:4,14,19;
8:10;20:12
weird (1)
9:15
weren't (3)
5:11;11:6,7
whatsoever (1)
14:24
Whenever (5)
6:24;13:16;16:23;
18:17;20:23
Whereupon (2)
3:1;22:4
Whitney (15)
9:19,22,23,25;10:3,
4,6,24;11:14;15:4,5;
16:3,3,19,21
whole (3)
6:4;14:17,20
Wilkins- (1)
5:7
Wilkinsburg (5)
4:8;5:1,24;15:8;
21:12
window (1)
18:8
windows (1)
7:17
wish (1)
3:23
Wood (1)
5:1
woods (2)
7:6;8:13
Woodward (1)
10:23
working (1)
4:17
write (1)
3:21
wrong (1)
4:4

**Y**

yards (4)
7:24,25;8:24;9:19
yell (2)
17:3;19:17
yelled (3)
5:15,21;20:24
yelling (12)

7:5;9:6;12:12;
14:16,18,20,21;16:5,
7,8;17:4;20:25

**1**

**10 (1)**
   4:18

**2**

**2 (2)**
   4:18;5:15
**292 (1)**
   21:8
**2nd (1)**
   4:5

**3**

**3 (1)**
   5:21
**3:39 (1)**
   4:6
**31st (2)**
   4:8,12

**4**

**4:05 (1)**
   22:3

# EXHIBIT 15

# Incident 16-00683
## Assault Knife
## Wilkinsburg Borough

Primary sources of information are Radio and Phone Audio recordings retrieved from Port Authority Police and CCTV footage retrieved from Port Authority Police. Time stamps of audio and video are not synced and are all approximate.



| Audio | 15:32:49 Hours | Officer Adams (5564) calls out "Hold us out on foot checking the Linear Trail." Officer Adams (5564) and Officer Hampy (5573) are operating a two Officer patrol unit in the East Zone. |

Officer Adams/Hampy park vehicle

Linear Trail

Gazebo

| | Officer Adams [5564] calls dispatch reporting that they will be getting out with two or three at the Gazebo. |



Google Earth

0000000085_PAAC Police 2016-01-31_15_35_12_by_ui_startdate_26c.wav

MLK Jr. East Busway

Wood St

Franklin Ave

Medicine Way

Gazebo

Linear Trail

Stairwell leading to Gazebo

Pittsburgh Dry Cleaners

Wilkinsburg Community Ministry

Five Guys

| | |
|---|---|
| 1536:44 Hours | • Officer Kaupinis (5561) calls Officer Adams (5564) asking what his status is.<br>• Officer Adams (5564) responds asking for additional units because one is resisting.<br>• Officer Kaupinis (5561) calls responding from the station.<br>• Sgt. DiPippa (5584K) tells dispatch to notify Wilkinsburg Police. |
| Audio | 000000086_PAAC_Police_2016-01-31_15_36_44_by_ui_startdate_asc.wav |
| 1537:49 Hours | • Officer Adams (5564) reports "one sprayed." |
| Audio | 000000087_PAAC_Police_2016-01-31_15_37_40_by_ui_startdate_asc.wav |
| 1538:19 Hours | • Dispatch informs Sgt. DiPippa (5584K) that Wilkinsburg has been notified.<br>• Officer Adams (5564) reporting Code 2. |
| Audio | 000000088_PAAC_Police_2016-01-31_15_38_19_by_ui_startdate_asc.wav |
| 1538:48 Hours | • Sgt. O'Malley (5580K) asks Officer Adams (5564) if anyone is running and if he has a description.<br>• Officer Adams (5564) reports that he has one on the ground resisting. |
| Audio | 000000089_PAAC_Police_2016-01-31_15_38_48_by_ui_startdate_asc.wav |
| 1539:05 Hours | • Sgt. DiPippa (5584K) tells dispatch to update Wilkinsburg. |
| Audio | 000000090_PAAC_Police_2016-01-31_15_39_05_by_ui_startdate_asc.wav |
| 1539:47 Hours | • Officer Adams (5564) Tells dispatch "Male armed with a knife, Code 3."<br>• Officer Adams (5564) Reports description of male and that he is heading toward the Linear Trail and that he is armed with a knife.<br>• Officer Kaupinis (5561) reports that he is on the Brilliant Bridge heading there.<br>• Officer Adams (5564) reports that the male is heading toward Wilkinsburg Station on the trail and is armed with a knife. |
| Audio | 000000091_PAAC_Police_2016-01-31_15_39_47_by_ui_startdate_asc.wav |

402

| Time | Description |
|---|---|
| 154.0048 Hours | • Sgt. O'Malley (5580K) asks if Officer Adams (5564) is in pursuit or is staying with the other suspects.<br>• Officer Adams (5564) states that he is following him at a distance, he is armed with a knife and he still needs more units. He also reports that he is heading towards Hannett Station.<br>• Officer Kaupinis (5561) confirms with Officer Adams (5564) that the actor is going towards Hannett Station.<br>• Sgt. DiPippa (5584K) states that someone should go down Pennwood toward the tunnel.<br>• Officer Sanders (5565) responds that he and Officer Ravotti (5566) will take that, referring to the tunnel detail.<br>• Officer Kaupinis (5561) calls out at Hannett.<br>• Sgt. DiPippa (5584K) asks Sgt. O'Malley (5580K) if he wants to jump the wall with him, referring to the wall along the Linear Trail. |
| Audio | 000000092_PAAC_Police_2016-01-31_15_40_48_by_ui_startdate_asc.wav |
| 1541.49 Hours | Officer Kaupinis (5561) and Sgt. Hahn and Det. Sgt. Corrado with Swissvale Police arrive on scene at Hannett Station as verified by CCTV. |
| 154206 Hours | • Sgt. DiPippa calls dispatch to ask for a status on Officer Hampy (5573).<br>• Officer Hampy (5573) responds that she is with Officer Adams (5564).<br>• Officer Adams (5564) informs another Police unit on the radio that the actor has a knife in his hand.<br>• Officer Kaupinis (5561) acknowledges Officer Adams (5564).<br>• Officer Adams (5564) advises on the radio to "watch cross fire." |
| Audio | 000000093_PAAC_Police_2016-01-31_15_42_06_by_ui_startdate_asc.wav |
| 154233 Hours | Sgt. DiPippa arrives at Hannett Station as verified by CCTV. |
| 154244 Hours | • Officer Adams (5564) informs dispatch that the knife is in the actors right hand.<br>• Officer Adams (5564) reports that the actor has been Tasered and pepper sprayed with no effect. |
| Audio | 000000094_PAAC_Police_2016-01-31_15_42_44_by_ui_startdate_asc.wav |
| 154347 Hours | • Officer states "cutting through the woods." |
| Audio | 000000095_PAAC_Police_2016-01-31_15_43_47_by_ui_startdate_asc.wav |

| | |
|---|---|
| 154401 Hours | • Multiple Officers reporting that he cut through the woods. Officer Adams (5564) confirms that and states that he is cutting towards Center St. |
| Audio | 000000086_PAAC_Police_2016-01-31_15_44_01_by_ui_startdate_asc.wav |
| 154430 Hours | • Officer requests a description and Officer Adams (5564) provides a description. |
| Audio | 000000097_PAAC_Police_2016-01-31_15_44_30_by_ui_startdate_asc.wav |
| 154446 Hours | Sgt. O'Malley (5580K) and Edgewood Police Unit arrive on scene and are met by Officer Kaupinis and Sgt. O'Malley gets K-9 Aren out and proceeds onto Linear Trail as verified by CCTV. |

15:45:12 Hours

- Officer Ravotti (5566) states that a Wilkinsburg unit saw the suspect walking through Whitney Ave.
- Officer Adams (5564) reports that the suspect is walking back towards the Gazebo through an alley.

0000000098_PAAC_Police_2016-01-31_15_45_12_by_ui_startdate_asc.wav



Google Earth

- Officer Adams (5564) reports that the suspect is heading back toward Jeanette Street.
- Officer Kaupinis (5561) reports that he sees the suspect.

000000099_PAAC_Police_2016-01-31_15_46_08_by_ui_startdate_asc.wav

o    Sgt. O'Malley (5580K) requests an update.

o    Officer Kaupinis (5561) reports that the suspect is on Wagner Way.

0000001000 PAAC Police 2016-01-31_15_47_18_by_ui_startdate_asc.wav



Google Earth

| 1547750 Hours | Sgt. O'Malley is observed putting K-9 Aren back in his vehicle and leaving Hannett Station proceeding inbound on East Bus Way as verified by CCTV |
| --- | --- |
| 1547737 Hours | • Sgt. O'Malley (5581) asks where Wagner Way is in relation to the Gazebo.<br>• Officer Adams (5564) reports that the actor is on Center Ave. between Rebecca Ave. and the Park and Ride lot. |
| Audio | 0000000101_PAAC_Police_2016-01-31_15_47_37_by_ui_startdate_asc.wav |
| 1548837 Hours | • Officer Kaupinis (5561) reports that suspect has cut through some houses and is now on Whitney Avenue |
| Audio | 0000000102_PAAC_Police_2016-01-31_15_48_37_by_ui_startdate_asc.wav |

408

- Sgt. O'Malley (5580K) asks if the tunnel is secure, referring to the Whitney Avenue Tunnel.
- Officers report that suspect is walking towards Hammett Park and Ride lot and dispatch reports that they have one at gun point.
- Officers at scene is confirmed by CCTV Officer Ravoti (5566), Officer Sanders (5565), Officer Kaupinis (5563), Sgt. DiPippa (5584K), and local Officers.

0000000103.PAAC_Police_2016-01-31_15_49_15_by_ut_startdate_asc.wav



1/31/2016 3:49:28 PM



Hamnett Park and Ride

Officers and Suspect

Google Earth

MLK Jr. East Busway

Whitney Ave

Wagner Wa

Center St

Woodworth St

Jeanette St

Holland Ave

Center St

Willinsburg-Pe. St
Penn Joint Water

410

o   Officer Kaupinis appears to be deploying pepper spray.



1/31/2016 3:49:39 PM

411

| | |
|---|---|
| **15:49:48 Hours**<br>**CCTV Image** | Suspect in Hannett Park and Ride lot swings knife at Officer Sanders when he attempts an ASP strike.<br><br><br>1/31/2016 3:49:48 PM |
| **15:49:59 Hours**<br>**Audio** | ♪ Officer reports that he walking towards bus way.<br><br>00000001004_PAAC_Police_2016-01-31_15_49_59_by_ui_startdate.asc.wav |

412

| CCTV Image | |
|---|---|
| 155014 Hours | Suspect is observed climbing fence and proceeding back towards Whitney Avenue. Officer Kaupinis is observed deploying mace on suspect as he climbs over fence. |
| 155019 Hours | Officer reports that he is going back towards Whitney Avenue through houses. |
| Audio | 000000105 PAAC_Police_2016-01-31_15_50_19_by_ui.startdate.asc.wav |
| 155044 Hours | Officer suggests using the car to stop suspect. |
| Audio | 000000106 PAAC_Police_2016-01-31_15_50_44_by_ui.startdate.asc.wav |



1/31/2016 3:50:14 PM



| Time | Type | Event |
|---|---|---|
| 155136 Hours | Audio | ○ Officer reports on radio coming back out to Whitney Avenue. |
| 155153 Hours | Audio | ○ 0000000107_PAAC_Police_2016-01-31_15_51_36_by_ui_startdate_asc.wav |
| | | ○ Indiscernible transmission. |
| | | ○ 0000000108_PAAC_Police_2016-01-31_15_51_53_by_ui_startdate_asc.wav |
| 155206 Hours | Audio | ○ Officer Ravotti (5566) reports shots fired on Whitney Avenue and requests a medic. |
| | | ○ Dispatch acknowledges. |
| | | ○ 0000000109_PAAC_Police_2016-01-31_15_52_06_by_ui_startdate_asc.wav |

414

| Time | | |
|---|---|---|
| 155217 Hours | Audio | • Dispatcher Fabus calling county 911 to report shots fired and requesting medics. |
| 155258 Hours | Audio | 8110140060 75115.wav<br>• Officer Ravotti (5566) is on radio stating that he needs his bag out of the car. He is reportedly referring to his medic bag. At this time based on Officer reports Sgt. O'Malley (5580K) and Sgt. DiPippa (5584K) are or have already put K-9 Aren into Unit 224 to take him for emergency care. |
| 155344 Hours | Audio | 000000110_PAAC_Police_2016-01-31_15_52_58_by_ui_startdate_asc.wav<br>• Officer Ravotti (5566) is calling for 5584K (Sgt. DiPippa) |
| 155353 Hours | Audio | 000000111_PAAC_Police_2016-01-31_15_53_44_by_ui_startdate_asc.wav<br>• Allegheny County 911 calls Dispatcher Fabus and informs him that the dog has been stabbed and they want to know where he is being taken to. |
| 155426 | Audio | 8110140060 75120.wav<br>• Allegheny County 911 calls back again to ask where the dog is being taken to. |
| 155439 | Audio | 8110140060 75122.wav<br>• Dispatcher Fabus calling 5580K to determine which hospital he is going to.<br>• Officer Sanders (5565) responds stating that 5580K is off the air. |
| 155538 | Audio | 000000112_PAAC_Police_2016-01-31_15_54_39_by_ui_startdate_asc.wav<br>• Sgt. O'Malley (5580K) calls Dispatcher Fabus to contact Northview Animal Hospital to inform them that they are en route. |
| 155622 Hours | Audio | 8110140060 75128.wav<br>• Dispatcher Fabus calls North View Animal Hospital and informs them. |

| | |
|---|---|
| **160000 Hours** | • North View Animal Hospital calling and advising that the Officers should take K-9 Aren to Pittsburgh Veterinary Specialty and Emergency Center located at 807 Camp Horne Rd. Pittsburgh Pa. 15237. |
| **Audio** | 8110140060075143.wav |
| **160046 Hours** | • Allegheny County 911 Calls and advises Dispatcher Fabus that the suspect is Code Zero (deceased) and Dispatcher Fabus advises that the dog is now going to be taken to Pittsburgh Veterinary Specialty and Emergency Center located at 807 Camp Horne Rd. Pittsburgh Pa. 15237. |
| **Audio** | 8110140060075147.wav |
| **160118 Hours** | • Dispatcher Fabus advising Sgt. O'Malley (5580K) and Sgt. DiPlippa (5584K) to deviate to Pittsburgh Veterinary Specialty and Emergency Center. |
| **Audio** | 000000115_PAAC_Police_2016-01-31_16_01_18_by_ui_startdate_asc.wav |
| **160200 Hours** | • Dispatcher Fabus advises that they have been notified. |
| **Audio** | 000000116_PAAC_Police_2016-01-31_16_02_00_by_ui_startdate_asc.wav |
| **160545 Hours** | • Officer Sanders (5565) advising Dispatcher Fabus that Officer Adams (5564) suffered a laceration and is en route to the hospital. |
| **Audio** | 000000117_PAAC_Police_2016-01-31_16_05_45_by_ui_startdate_asc.wav |

# EXHIBIT 16

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY


\* \* \*


COMMONWEALTH OF PENNSYLVANIA   )
                             )
vs.                           )   OTN:  G-734142-3
                             )
BRUCE TYRONE KELLEY, SR.   )


\* \* \*


Verbatim record of hearing held
at 907 West Street
Wilkinsburg, Pennsylvania on
Thursday,
March 3, 2016


BEFORE:  KIM M. HOOTS, District Judge


\* \* \*


ADELMAN REPORTERS
302 Torrey Pine Drive
Mars, Pennsylvania 16046
Phone 724-625-9101; Fax 724-625-9133


DEPOSITION
EXHIBIT
21

Q.   And when Bruce Kelley, Jr. began to walk away, what happened?

A.   He then turned around.  When Officer Adams began to walk in that direction, he turned around and then approached Officer Adams.

Q.   How far was Officer Adams from him at the time when he began to approach?

A.   Probably from me to that gentleman over there (indicating).

Q.   So about ten feet?

A.   Yes.

Q.   And who put their hands on who first?

A.   Bruce Kelley, Jr. shoved towards Officer Adams first.

Q.   He shoved the Officer first?

A.   I believe so, yes.

Q.   You believe so; you don't know for sure?

A.   I can't attest to that, no.

Q.   And a struggle ensued between Officer Adams and Junior, correct?

A.   Yes.

Q.   And then you went to help Officer Adams; is that correct?

A.   Yes.

Q.   And that created about a 15-feet distance?

A.   Yes.

# EXHIBIT 17

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CALISIA KELLEY; and     CIVIL ACTION
JOHNNIE MAE KELLEY,
Co-Administrators of the    No. 2:17-cv-01599-NBF
ESTATE OF BRUCE KELLEY,
JR., deceased,

Plaintiffs,

vs.                TRANSCRIPT

BRIAN O'MALLEY, both in his
Official and Individual     DEPOSITION OF
Capacities as Sergeant for   KYHNROE SANDERS
the Allegheny County Port
Authority; and DOMINIC
RIVOTTI, in both his
Official and Individual
Capacities as Officer for
the Allegheny County Port
Authority,

Defendants,
Jointly and Severally.      TAKEN VIA ZOOM VIDEO CONFERENCE

MONDAY, OCTOBER 12, 2020

Taken on behalf of Plaintiffs,
Calisia Kelley and Johnnie Mae
Kelley

Counsel of Record for this Party:

Noah Geary, Esquire
Washington Trust Building
6 South Main Street, Suite 225
Washington, PA 15301
724-222-3788

1    made aware I was approaching and turned around." How was he

2    made aware you were approaching, please?

3         A.    I don't recall.  Possibly noise.

4         Q.    Did you say anything to him as you were approaching?

5         A.    No.

6         Q.    Did any other officers?

7         A.    No.

8         Q.    And your report indicates he turned around and

9    swung/pointed the knife at you while stating "Don't you do it,

10   you can't sneak up on me!" And is that correct as to what

11   happened?

12        A.    Correct.

13        Q.    Okay.  Did you ever try during this encounter to use

14   your ASP again to try to strike his wrist?

15        A.    No.

16        Q.    Is there any particular reason why you didn't try

17   that again after the first unsuccessful attempt?

18        A.    He -- sorry.  He presented himself as a threat with

19   the knife when he pointed it at me, so I collapsed the baton

20   and put it away.

21        Q.    Did he appear to be intoxicated to you?

22        A.    No.

23        Q.    Okay.  I assume you've had DUI pullovers and arrests

24   in your career prior to this date?

25        A.    Yes.

# EXHIBIT 18

# ALLEGHENY COUNTY POLICE DEPARTMENT



ALLEGHENY COUNTY POLICE DEPARTMENT
## INTERVIEW

| Case No.: | CR-000317-16 | Case Date: | 1/31/2016 |
|---|---|---|---|
| Event No.: | EVENT-001802-16 | | |
| Officer Name: | DETECTIVE FOLEY, THOMAS | Activity Date/Time: | 1/31/2016 8:31:42 PM |
| Shield No.: | 512 | Serial No.: | 014519 |
| Activity Type: | INTERVIEW | | |

**Activity Description:** 1/31/16 Officer E. Hampy TF

Victim: Bruce Kelley JR
Case: Officer Involved Shooting (Fatal)

Port Authority Police Officer Emily Hampy met with Detective Hitichings and I in Allegheny County Homicide Interview room #2. Because this was a police involved shooting incident, 2 Port Authority Union Representatives Walters and Pokrant, and Attorney Kevin Abramovitz sat in on the interview. Attorney Abramovitz conceded that the interview would be video recorded but preferred that it would not be audio recorded.

Officer Hampy gave her police experience as 7 months since the academy and 5 months with Port Authority Police. Officer Hampy said that she was working Unit 206 with Officer Thomas Adams. She said that they were working the 2 PM to 10 PM shift and patrolling the East Bus way. She said that as they got near the Swissvale Station they saw 2 males on the Linear Trail, which she explained runs parallel to the East Bus Way. She said at this point that they turned around and told radio that they were going to do a patrol of the Linear Trail. Officer Hampy explained that they routinely patrol the Linear Trail as part of the East Bus Way. She said that they have had problems with graffiti, loitering, and robberies. She said that they got out on foot and began to check the trail. She said that they did not see the 2 individuals that they initially saw but did see 2 black males sitting at the gazebo. Officer Hampy said that one of the black males was older and the other younger. She said that the younger male got up and walked over toward the garbage can and appeared to throw something in it. She said that she observed beer cans and said that it appeared as the 2 had been drinking.

Officer Hampy said that they asked what was going on and that the younger man said, "Fuck this!" "I'm not going, I'm not going!" She said he walked away defiantly. She said Officer Adams walked toward him telling him to stop and she said Kelley Jr. turned and charged at Officer Adams. She said Officer Adams engaged him and was giving him commands as he attempted to place him under arrest. She said that they struggled and Kelley Jr. got near a pole (that supports the gazebo) broke free from Officer Adams and grabbed the pole, bear hugging it Officer Hampy said she and Officer Adams were trying to break the actor's grip, continually giving him verbal orders. Officer Hampy said that they OC sprayed the actor to gain compliance abd it didn't have any effect on him. She said the actor was yelling for the older black male Kelley Sr. to help him, yelling, "Get these mother fuckers off of me!" She said that Kelley Sr. engaged her. She said that he threw a punch which grazed the left side of her head. She said that this was enough to distract her. She said that she gave him orders to back away and he continued to fight with her, interfering with the arrest. She said that Kelley Sr. ripped the 2 way radio microphone and name tag from her vest (external bullet proof vest carrier). Officer Hampy said that she sprayed the older actor with her OC spray. She said that this affected him and she was able to knock him to the ground. She said she went back to assisting Officer Adams who was still trying to gain control of the younger actor. She said that the younger actor continually yelled to the older actor for help, telling him, "Get them off of me!" Officer Hampy said that the older actor attacked her again, she said she again OC sprayed him and knocked him to the ground. She said he appeared to be out of the fight, so she again turned her attention to helping her partner. She said
Officer Adams seemed to be gaining control Kelley Jr. when she said she saw him move his hand to the area of his

---


424

midsection. She said she saw him raise his hand and observed some type of silver knife. As she saw this her partner yelled, "Knife!" Officer Hampy said at this point they disengaged and backed off so as to not get stabbed.

Officer Hampy said that Wilkinsburg Officer Granger arrived as this was happening. She said that Kelley Jr. at this point got to his feet and began to walk away. She said that Kelley Jr. was sprayed with OC. she said he wiped it off and walked away up the stairs to the the Linear Trail. Officer Hampy said that they followed him as he walked out the trail, toward Swissvale. She said as he walked out the trail Officer Granger gave the actor the command to stop of he would be tased. She said he continued ignoring the commands and warnings. She said Granger tased him and it appeared to have no effect. Officer Hampy believed that he tased him again and again there was no effect and he kept going. She said that they continued to follow him and she recalled that the entire time he had the knife out.

Officer Hampy said as they got parallel with the Bus Way the actor went off the trail and began walking through backyards. she said that they were aware that officers were coming the opposite direction and talked amongst themselves about the danger of a crossfire situation. She said that the group of officers that were coming in the trail toward town picked up the walking pursuit of the actor. Officer Hampy said that they loosely followed the pursuit. She said that they heard heard numerous commands for the actor to stop, drop the knife, get on the ground. She said that she heard at least one additional taser deployment. Officer Hampy said that she lost sight of the pursuit because of houses. She said that she heard the dog and a short time later heard 6 - 7 shots. She said that they went to the scene which was obscured by several houses. Officer Hampy said that when they came around to the scene, officers were tending to the actor and tending to the K-9.

This concluded the interview.


END OF THIS REPORT
tgf

| Status: | Signature of Reporting Officer: | Signature of Approving Officer: |
|---|---|---|
| CLOSED | | |



# EXHIBIT 19



# Port Authority
## of Allegheny County
### Transit Police

Phone 412.255.1385
Fax 412.255.1352



Main   Print

| | | | |
|---|---|---|---|
| **Incident Number:** | 16-00683 | **Officer:** | TOM ADAMS |
| **Date of Occurrence:** | 1/31/2016 | **Time of Occurrence:** | 3:35:00 PM |
| **Date Reported:** | 1/31/2016 | **Time Reported:** | 3:35:00 PM |
| **Type of Incident:** | Assault Knife | **Reported By:** | R/O |
| **Location of Incident:** | Other | **Municipality:** | WILKINSBURG |
| **Other Location:** | Wood St Gazebo off linear trail | | |
| **FTA Location:** | Non-Revenue Facility | **Status:** | Cleared by Arrest |
| **Route:** | 0 | **Direction:** | |
| **Unit:** | | **Bus/LRV:** | |
| **Payroll #:** | | **Estimate of Damage/Loss:** | |
| **Type of Property:** | | **Property Status:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Role:** Actor | **Type:** Facility Occupant | **Sex:** M | **Ethnic Origin:** Non-Hispanic | **Race:** Black | |
| **First Name:** BRUCE | | **Last Name:** KELLEY | | **DOB/AGE:** 09/16/1978 | **SSN:** 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 |
| **Address:** 923 SOUTH AVENUE | | **Phone:** | | | |
| **City:** WILKINSBURG | | **State:** PA | | **Zip:** 15221 | |
| **OLN State:** PA | | **OLN:** 25715879 | | | |
| **Injured:** Y | **Condition:** Deceased | **Arrest Number:** | | **Disposition:** N/A | |

| | | | | | |
|---|---|---|---|---|---|
| **Role:** Actor | **Type:** Facility Occupant | **Sex:** M | **Ethnic Origin:** Non-Hispanic | **Race:** Black | |
| **First Name:** BRUCE | | **Last Name:** KELLEY | | **DOB/AGE:** 05/16/1955 | **SSN:** 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 |
| **Address:** 924 SOUTH AVENUE APARTMENT 2 | | **Phone:** | | | |
| **City:** WILKINSBURG | | **State:** PA | | **Zip:** 15221 | |
| **OLN State:** PA | | **OLN:** 178462003 | | | |
| **Injured:** N | **Condition:** | **Arrest Number:** | | **Disposition:** Adult - Arrested | |

DEPOSITION EXHIBIT
11
PENGAD 800-631-6989

**Narrative:**
    On January 31st, 2016 at 1535 hours, Officer Hampy and I were on patrol of the Port Authority Transportation System, namely the East Bus Way, when the following incident did occur. We did observe two unknown persons duck down behind the sound wall along the Linear Trail as our marked patrol unit passed by traveling outbound. We safely turned our marked patrol unit around, and parked to conduct a park and walk of the Linear Trail and to investigate the suspicious activity.
    Upon walking the trail inbound, we did observe two males, who were later identified as Bruce Kelley JR and Bruce Kelley seated in the gazebo with several open containers of alcoholic beverages around them. Kelly JR appeared to notice our presence and walked a few feet from the gazebo. Officers then approached Kelley JR to make contact with him. Kelley JR immediately attempted to walk away from officers. I then attempted to stop Kelley JR, but he immediately attempted to struggle with me.

Kelley JR attempted to physically push past me in an attempt to flee. I notified dispatch that I needed immediate backup to my location. I gave Kelley JR multiple verbal commands that he was under arrest and to get onto the ground. Kelley JR refused those commands and attempted to assault me. Kelley JR then wrapped his right arm around the gazebo support, and refused to allow us to handcuff him. Kelley JR then began to yell to Kelly "help me, I'm not going." Kelley JR then broke free and pushed past both officers. I then deployed one burst of OC spray into Kelley JR's facial area. Kelley JR then wiped the OC spray off of his face with his arm and walked towards Wood Street. I immediately also felt the effects of the OC spray on my facial area and hands. I was then able to take Kelley JR to the ground but he continued to resist and struggle with me. Kelley JR then began to yell towards Kelley multiple times "help me, I'm not going." Kelley then proceeded towards officers in an aggressive manner. I began to yell at Kelley to stay back and not come any closer, as Officer Hampy engaged contact with him. For further information see Officer Hampy's supplemental report. I then continued to struggle with Kelley JR while attempting to control his left hand, but was unable to bring it behind his back. Kelley JR then reached into the lower mid-section of his body with his right hand, and I observed a blue/black knife with the blade exposed in his hand. I immediately yelled "knife" and broke contact and retreated a few feet. Upon doing so, I felt a large wind gust, which cause the effects of the OC spray to intensify, as Kelley JR fled on foot onto the Linear Trail. Officers followed behind Kelley JR, as Officer Granger from Wilkinsburg Police Department deployed his taser into the back area of Kelly JR. I observed no effect from the taser as Kelley JR continued outbound on the trail. I observed several officers walking towards Kelley JR from the far end of the trail, so we took cover into the wooded area just off of the trail. I was able to hear several officers yell that Kelley JR fled into the wooded area and into the area of a home in between the houses. I responded to that area and took a perimeter in the front of the house. I was able to observe Kelley JR walking in between houses at a distance, but lost sight of him. I was then notified via the radio that Kelley JR was on Whitney Street and traveling on foot back towards the Linear Trail. Officer Hampy and I then proceeded towards Whitney Street, where we heard several shots fired. While running to that location, we were notified that the suspect was down and a police K9 was injured. I quickly arrived on scene and assisted handcuffing Kelley JR. I did observe a blue/black knife with the blade exposed a few feet from his body. I then assisted with securing the scene.

While on scene, I did observe Kelley standing on the Linear Trail. I advised other officers that Kelley was the other male involved. Officer Schwartz and Kaupins were able to take Kelley into custody along the trail. I was then treated by Eastern Area Medic 314 and subsequently transported to Mercy Hospital for treatment. For further information on Kelley's arrest, refer Detective Niebel's supplemental report. I have nothing further to report.

| Officer Signature: | Supervisor Signature: |
|---|---|
| *TOM ADAMS*<br>**1/31/2016 10:50:00 PM** | *J HABERMAN*<br>**2/1/2016 7:51:00 AM** |

# EXHIBIT 20

# ALLEGHENY COUNTY POLICE DEPARTMENT

ALLEGHENY COUNTY POLICE DEPARTMENT



## INTERVIEW

| Case No.: | CR-000317-16 | Case Date: | 1/31/2016 |
|---|---|---|---|
| Event No.: | EVENT-001802-16 | | |
| Officer Name: | MILLER, PATRICK | Activity Date/Time: | 2/2/2016 3:13:23 PM |
| Shield No.: | | Serial No.: | 024207 |
| Activity Type: | INTERVIEW | Hours: 0 | Cash $0.00 |

**Activity Description:**  Interview of Sgt. Brian O'Malley-Port Authority Police Dept.

Victim: Kelley, Bruce B/M/37

Case: Homicide (GSW)



On the above date and time, Det. Grill and I (Miller) interviewed Sgt. Brian O'Malley of the Port Authority Police Department. Also present for the interview was Kevin Abramovitz who represents the Port Authority Police officers. Prior to the interview O'Malley was informed that the interview room was audio and video equipped, which Sgt. O'Malley acknowledged. The complete interview will be available upon completion of ACPD Audio Visual Processing.

Also prior to the interview, I read O'Malley his Miranda warnings. Utilizing ACP Form R12 I read the warnings and O'Malley read along and ultimately acknowledged he understood his rights and that he agreed to answer questions. I had him initial the proper locations on the form and Det. Grill and I also signed the form, which accompanies this report for inclusion in the case file. The following is the highlighted portion of O'Malley's statement.

-Working the 2pm to 10 pm shift

-He stated that he overheard Officers Adams and Hampy call out with 2 suspects on the Linear Trail

-Officer Adams follows that transmission up with another stating the suspect is running from the scene

-Another transmission that they are fighting with the suspect and he has a knife

-O'Malley gets out of his patrol vehicle on the busway

-Suspect kept doubling back and O'Malley was doing the same trying to keep up with the suspect and the officers

-Ultimately encounters the male who crosses over Whitney St. and cuts through some back yards

-Hears the male yelling "Go ahead, fucking shoot me, go ahead shoot me."

-He stated that he retrieved his K-9 partner, Aren

-He stated that he un-leashed Aren and held him by the collar

-He held the dog and told him to "watch him" , which he uses as target acquisition

-Stated he uses the acquisition so the dog does not go in "blind"


0032

430

-O'Malley exclaimed, "Police K-9, stop and drop the knife"



-Suspect yelled "ill kill that fuckin dog"

-O'Malley gave the bite command and released his dog

-Aren made contact with the suspect's left arm

-As the dog is latched onto the suspect he begins to slash at the dog with the knife, which is in his right hand

-Stated that prior to releasing the K-9 he heard Adams on the radio that both Taser and OC spray were deployed to no avail

-Aren was originally on his hind legs when he acquired the male but fell to all fours once he was stabbed

-After he reached the ground the male lunged toward Aren again and slashed him at least 2 more times

-O'Malley drew his weapon and fired at least 6 times at the suspect

-The suspect fell to the ground and O'Malley kept cover on him until the threat was over

-Yelled "PLATZ" to Aren, which meant place in German. He wanted him to stay were he was so he didn't bite any of the responding officers, as he knew he was badly hurt and disoriented

-Went over to attend to Aren and observed bright red bloom coming from his mouth

-Attempted any life saving measures he could think of but the blood wouldn't stop

-Put Aren in a marked unit and transported him the the hospital

| Status: | Signature of Reporting Officer: | Signature of Approving Officer: |
|---|---|---|
| AWAITING COURT ACTION | | |

0033

431

# EXHIBIT 21

| Officer Name: | DETECTIVE GRILL, JAMES SR | Activity Date/Time: | 2/2/2016 3:39:42 PM |
|---|---|---|---|
| Shield No.: | 451 | Serial No.: | 019136 |

**Activity Type:** INTERVIEW

**Activity Description:** Interview of Allegheny County Port Authority Police Officer Dominic Ravotti

**Victim:** KELLEY, Bruce B/M/37

**Case:** Homicide (GSW)

On 2/2/2016 at 3:30PM I, Detective James Grill along with Detective Patrick Miller and Attorney Abramovitz met At Allegheny County Police Headquarters Homicide office interview room 1 for the purpose of an interview of Allegheny County Port Authority Police Officer Dominic Ravotti. Attorney Abramovitz is representing Dominic Ravotti. Detective Miller advised Ravotti and Abramovitz that this interview was being audio and video recorded. Detective Miller read Ravotti his Miranda Rights in the presence of his attorney at 3:39PM. Ravotti agreed to make a statement regarding the police encounter with Bruce Kelley Jr. and signed ACP Form R12 rights warning/waiver.

- Ravotti states he was working 1/31/2016 2:00PM to 10:00PM on a 2 man car with Officer Sanders

- Ravotti states he and Sanders were on patrol in downtown Pittsburgh when he responded to a call in Wilkinsburg to Back up Officers Adams and Hampy

- Ravotti states he heard on the radio the officers calling out Code 3 and a male armed with a knife was resisting

- Ravotti states he pulls into Hamnet Station parking lot where Officer Sanders exits the vehicle and proceeded by foot to the area of the fleeing suspect

- Ravotti stated that he then went onto Jeanette St. by way of Rebecca Ave.

- Ravotti exited his patrol car and observed the suspect with the knife in his hand. He ordered the suspect to drop the knife

- Ravotti stated that Sgt. Dipippa deployed his taser at least two times with negative results

- Ravotti observed Off. Sanders attempt to use his ASP to knock the knife out of the suspect's hand but the suspect abruptly turned and slashed at Sanders causing him to retreat

- Ravotti observed another Taser deployment and the suspect shout "This doesn't hurt mother fuckers"

- Ravotti observed the suspect jump over the fence to a home in the rear of the 700 Block of Whitney St.

- Ravotti now observed Sgt. O'Malley with K-9 Aren on scene

- Ravotti heard Sgt. O'Malley tell Aren, "Watch him", which meant for Aren to acquire his target

- Once Sgt. O'Malley released Aren he observed Aren engage the suspects left arm

- O'Malley was then on Ravotti's right side and the suspect begins to thrust the knife toward Aren

- Ravotti stated Aren disengaged the suspect but tried to re-engage the suspect and Kelley lunged at Aren and thrusted the knife into him again and began to make furtive movements toward O'Malley

- O'Malley drew his weapon and fired his weapon toward the suspect while Ravotti also drew his weapon and fired 2 times



0067

433

- The suspect fell backwards onto his back and his right arm crossed his chest and he still was in possession of the knife, which is in his right hand

- Ravotti kept cover on the suspect, went towards him and kicked the knife away from the suspect and assisted other officers in handcuffing the suspect

- Once the suspect was under control Det. Atkins began to administer first aid

- Ravotti was removed from the scene and ultimately transported to the PAPD station by Officer Walters

### 33. Activity - INTERVIEW

| | | | |
|---|---|---|---|
| **Officer Name:** | DETECTIVE FOLEY, THOMAS | **Activity Date/Time:** | 2/2/2016 4:28:43 PM |
| **Shield No.:** | 512 | **Serial No.:** | 014519 |

**Activity Type:** INTERVIEW

**Activity Description:** 2/2/16     Telephone Interview of Jermaine Wofford    TF

Victim: Bruce Kelley JR
Case: Officer Involved Shooting (Fatal)
Interview: After the fact 911 caller Jermain Wofford B/M/42 PA OLN 27123065

On this date and time I was detailed to contact Jermaine Wofford as he had called 911 and stated that he was a witness to the shooting incident where Actor Bruce Kelley Jr. was shot by Port Authority Police. I contacted Mr. Wofford by phone with the intention setting up an in person interview.

Wofford was difficult to understand, his speach was slurred and there was screaming in the background which he would respond to. He told me Wilkinsburg PD was well aware of him. He said that Actor Bruce and Father Bruce were staying at a house that he had control of at 512 South Ave Wilkinsburg indicating that they were not homeless. I asked if there were utilities to the house, and he said that there were not, that the house was in poor condition and that they were supposed to be doing work there. I asked if there was progress being made and he said that there was not.

As I spoke to Wofford it became apparent that he was possibly intoxicated. I asked if he witnessed the event, he said that if he did he would not talk to us about it. He referenced that he was on Channel 11 news regarding the incident. Wofford essentially said he wanted us to put him in touch with Kelley's family so that they could get Kelley's belongings out of the house.

To make sure I understood I asked if he saw anything to do with the incident Wofford again slurred that he would not tell us if he did at which point the call was concluded

END OF THIS REPORT
tgf

### 34. Activity - INTERVIEW

| | | | |
|---|---|---|---|
| **Officer Name:** | DETECTIVE FEENEY, MICHAEL | **Activity Date/Time:** | 2/19/2016 4:40:29 PM |
| **Shield No.:** | 481 | **Serial No.:** | 031806 |

**Activity Type:** INTERVIEW

**Activity Description:** Phone interview with Officer O'Malley's Attorney Kevin Abramovitz

**Victim:** KELLEY, Bruce (B/M/37)


0068

434

# EXHIBIT 22

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

1

2

3   CALISIA KELLEY and JOHNNIE       CIVIL ACTION
    MAE KELLEY, Co-Administrators
4   of the ESTATE OF BRUCE KELLEY,
    JR., deceased,                   No. 2:17-cv-01599-NBF

5
            Plaintiffs,
6
7   vs.

8   BRIAN O'MALLEY, both in his
    Official and Individual
9   Capacities as Sergeant for
    the Allegheny County Port
10  Authority; and DOMINIC
    RIVOTTI, in both his Official
11  and Individual Capacities as
    Officer for the Allegheny
12  County Port Authority,

13          Defendants.             TRANSCRIPT

14                                  DEPOSITION OF
                                    SHAWN GRANGER
15
                                    MONDAY,
16                                  SEPTEMBER 14, 2020

17                                  Taken on behalf of
                                    Plaintiffs
18
                                    Counsel of Record
19                                  for this Party:

20                                  Noah Geary, Esquire
                                    30 E. Beau Street
21                                  Suite 225
                                    Washington, PA  15301
22                                  724-222-3788

23

24

25

1   Q.   When you deployed your Taser, were Hampy and

2          Adams nearby?

3   A.   Yes.

4   Q.   Okay.  And why did you deploy your Taser?

5   A.   Because he failed to obey our orders of dropping

6          the knife.

7   Q.   And when you deployed the Taser, tell me how

8          that works, you pull the trigger, what happens?

9   A.   You pull the trigger, two darts are deployed,

10         and once they make a connection which generates

11         the shock throughout the body.

12   Q.   And so his back is towards you when you deploy

13         the Taser; is that right?

14   A.   Right.

15   Q.   And then the metal prongs came out, correct?

16   A.   Correct.

17   Q.   Did you connect with his body?

18   A.   Obviously not, no.

19   Q.   I mean did the prongs go in his back?

20   A.   They went into his jacket, his coveralls, but I

21         don't think they actually penetrated his skin.

22         If it would have been a clear connection, he

23         wouldn't -- he wouldn't have continued to walk.

24   Q.   And when you fire at one time, and you refer

25         to that as one deployment of the Taser?

1   Q.   So the final time you deploy your Taser; is that

2        correct?

3   A.   Uh-huh.

4   Q.   So what, you had your second cartridge; is

5        that right?

6   A.   Correct.

7   Q.   What was he doing when you deployed your Taser?

8   A.   Getting over the last fence.

9   Q.   And where on his body do you aim?

10   A.   It would have been his right side, so it would

11        be one probe, got his arm, and the other one I'm

12        not sure if it made contact or not.

13   Q.   But one probe did make contact, you know that?

14   A.   Correct.

15   Q.   And the other one you're not sure if it did?

16   A.   Correct.

17   Q.   Do you know if the electricity worked?

18   A.   It would have worked, yes, if the contact was

19        made.

20   Q.   And what effect did it have?

21   A.   Fuck you.  That's all you got?

22   Q.   Okay.

23   A.   That was ineffective.

24   Q.   And then what happens?  What happens when he

25        climbs the fence?

# EXHIBIT 23







# EXHIBIT 24

O'Malley drew his weapon and fired his weapon as did Officer Rivotti. It was determined that Rivotti fired two times and O'Malley fired nine times.[1] Kelley, Jr. was sturck seven (7) times. Kelley, Jr. fell to the ground with the knife still in his right hand. Officer Rivotti kept cover and approached, kicking the knife away from Kelley, Jr. Kelley, Jr. also had a pair of brass knuckles on his left hand as well.

O'Malley yelled the command "Platz" to Aren, a term meaning "place" in German. This command is traditionally used to make Aren stay put and in this particular instance Sergeant O'Malley used it so that Aren did not bite any responding officers. He kept a cover position until the weapon was secured and then went to the aid of Aren while Detective Atkins recovered a medical bag and began tending to Kelley, Jr. Kelley, Jr. was treated at the scene but died of his injuries prior to the arrival of medical personnel. Aren was transported in O'Malley's vehicle for treatment and died of his injuries.

Civilian witness Danielle Smith confirmed that at the scene of the shooting the police gave repeated commands to drop the knife and get on the ground, as well as several taser deployments. She was at 714 Whitney Avenue visiting a cousin at the time of the incident. She described Kelley, Jr. as looking "crazy and angry". She stated that she felt compelled to yell at Kelley, Jr. "you better get down or you'll get killed." She indicated that police immediately rendered aide to Kelley, Jr. and that they "didn't do anything wrong."

---

[1] *See.* Report at 16LAB00926 wherein item 1A Smith and Wesson 9mm pistol serial number HPS2701 matched to MCU items "B" and "C", two spent 9mm shell casings. Item 2A Smith and Wesson 9mm pistol serial number HBE1892 matched to MCU items "D","N","O","P", and "W" through "AA". Combined with report of Detective Patrick Miller 1/31/16 noting the recovery and transfer to the crime lab of Officer Dominic Rivotti's firearm to be serial number HPS2701. Also, Detective Kevin McCue's report dated 1/31/16 detailing the recovery of Sergeant Brian O'Malley's firearm to be serial number HBE1892 and its transfer to the crime lab.

**CERTIFICATE OF SERVICE:**

I, Noah Geary, Esquire, hereby certify that a true and correct copy of the foregoing

**PLAINTIFFS' APPENDIX IN OPPOSITION TO DEFENDANT O'MALLEY AND**

**RIVOTTI'S MOTION FOR SUMMARY JUDGMENT** was served via electronic filing this 4th

day of June, 2021 on the below-listed counsel of record:

Greg Evashavik, Esquire
*(Counsel for Port Authority Defendants)*

June 4, 2021

s/ Noah Geary, Esquire
Noah Geary, Esquire
Suite 225
Washington Trust Building
Washington, PA 15301
724-222-3788
PA ID 78382