IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CALISIA KELLEY and JOHNNIE MAE KELLEY**, Co-Administrators of the **ESTATE OF BRUCE KELLEY JR.**, deceased,<br><br>**Plaintiffs,**<br><br>vs.<br><br>**BRIAN O'MALLEY,** both in his Official and Individual Capacities as Sergeant for the Allegheny County Port Authority and **DOMINIC RIVOTTI**, in both his Official and Individual Capacities as Officer for the Allegheny County Port Authority,<br><br>**Defendants, Jointly and Severally.** | Civil Action No. 2:17-cv-1599 NBF<br><br>**JURY TRIAL DEMANDED** |

# ORDER

**AND NOW**, this ____ day of July, 2021, it is hereby **ORDERED** that the Plaintiffs' Motion for a 7 Day Extension to file a Surreply to the Defendants' Summary Judgment Reply is hereby **GRANTED.** The Plaintiffs' Surreply is now due on or before Tuesday, July 13, 2021.

_____, J.
Honorable Nora Barry Fischer
Senior United States District Judge