# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALISIA KELLEY and JOHNNIE MAE KELLEY, Co-Administrators of the ESTATE OF BRUCE KELLEY JR., deceased,<br><br>Plaintiffs,<br><br>Vs.<br><br>**BRIAN O'MALLEY,** both in his Official and Individual Capacities as Sergeant for the Allegheny County Port Authority and **DOMINIC RIVOTTI**, in both his Official and Individual Capacities as Officer for the Allegheny County Port Authority,<br><br>**Defendants, Jointly and Severally.** | Civil Action No. 2:17-cv-1599 NBF<br><br>**TYPE OF PLEADING:**<br><br>**SUPPLEMENTAL APPENDIX TO PLAINTIFFS' SUR-REPLY TO DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO SUMMARY JUGDMENT MOTION.**<br><br>**NATURE OF COMPLAINT:**<br>Section 1983 Civil Rights Action Excessive/Deadly Force<br><br>**FILED ON BEHALF OF**:<br>Calisia Kelley and Johnnie Mae Kelley, Co-Administrators of the Estate of Bruce Kelley, Jr., deceased.<br><br>**BY:**<br>Noah Geary, Esquire<br>Suite 225<br>Washington Trust Building<br>Washington, PA 15301<br>724-222-3788<br>PA ID 78382 |

July 13, 2021

## SUPPLEMENTAL APPENDIX:

**EXHIBIT 25**   3 photographs from the Office of the Allegheny County Medical Examiner of the K-9 with no injuries to the throat or neck

**EXHIBIT 26**   Conclusion of Allegheny County Homicide Detective: "The actor stabbed the canine prompting officers to open fire on the actor".

**EXHIBIT 27**   OME Mobile Crime Unit Fact Sheet: "The victim stabbed the Police dog. Officers subsequently opened fire on the victim."

**EXHIBIT 28**   Allegheny County Medical Examiner Death Investigation Case Report: Past Medical History: "possible psych issues" (page 2)

-End-

# EXHIBIT 25







# EXHIBIT 26



**Allegheny County**
**Office of the Medical Examiner**
Forensic Laboratory
1520 Penn Avenue • Pittsburgh, PA 15222
Phone (412) 350-4800 • Fax (412) 350-3861

# EVIDENCE SUBMITTAL FORM

1. AGENCY INCIDENT #: 16-0141

2. NEW SUBMITTAL:  YES ✓  NO ___  IF NO, PRIOR LAB NUMBER: _____

3. TYPE OF OFFENSE OR OCCURRENCE:
   OIS

4. DATE AND TIME OF OFFENSE OR OCCURRENCE:
   1-31-16

5. LOCATION OF OFFENSE OR OCCURRENCE: (STREET, CITY, BOROUGH, TOWNSHIP, ETC.)
   700 Block Whitney Ave.
   Wilkinsburg

6. FACTS OF OFFENSE OR OCCURRENCE:
   Actor was involved in a physical altercation with PATPP at first contact. A foot pursuit ensued. After multiple attempts to subdue actor with tasers, a police K9 was deployed on the actor. The actor stabbed the canine prompting officers to open fire on the actor.

7. ACTOR(S) NAME: Bruce Kelley, Jr.  AGE: ___ DOB: ___ GENDER: ___
   OTN ___ STATE ID# ___ FBI # ___

   ACTOR(S) NAME: ___ AGE: ___ DOB: ___ GENDER: ___
   OTN ___ STATE ID# ___ FBI # ___

   ACTOR(S) NAME: ___ AGE: ___ DOB: ___ GENDER: ___
   OTN ___ STATE ID# ___ FBI # ___

   ACTOR(S) NAME: ___ AGE: ___ DOB: ___ GENDER: ___
   OTN ___ STATE ID# ___ FBI # ___

8. VICTIM'S NAME: ___ AGE: ___ DOB: ___ GENDER: ___
   STATE ID# ___ FBI # ___

   VICTIM'S NAME: ___ AGE: ___ DOB: ___ GENDER: ___
   STATE ID# ___ FBI # ___

9. INVESTIGATING OFFICER: Det. Caruso  PHONE NUMBER: (412) 473-1309

10. SUBMIT LABORATORY REPORT TO: (NAME, ADDRESS, AND TELEPHONE NUMBER OF AGENCY):
    ACP Homicide
    Det. Caruso

Evidence Submittal Form
Approved Date: 07/19/2013
Approved By: Laboratory Manager

Page 1 of 2
Effective Date: 08/01/2013
EV.1F_Rev.1

10. **EVIDENCE INVENTORY:**

| Agency Item # | Evidence Description | Examination Requested | | | | |
|---|---|---|---|---|---|---|
| | | Drug Chemistry | Firearms | Trace | Latent Prints | Serology |
| S | 9mm S&W M&P9, SN: HPS2701, mags & ctgs | ☐ | ☑ | ☐ | ☐ | ☐ |
| T | 9mm S&W M&P9, SN: HBE1892, mags & ctgs | ☐ | ☐ | ☐ | ☐ | ☐ |

## LATENT PRINTS

1. PLEASE INDICATE ITEMS THAT HAVE ALREADY BEEN PROCESSED AND PROCESS(ES) CONDUCTED:

## FIREARMS

1. IS FIREARM STOLEN?   NO _____   YES _____   ITEM #(S) _____
2. IF STOLEN:
   DATE REPORTED: _____   CITY: _____   STATE: _____

## TRACE

1. TYPE OF FIREARM USED: _____   CALIBER: _____
2. CALIBER OF AMMUNITION USED: _____
3. MANUFACTURER OF AMMUNITION: _____
4. *IF CARTRIDGE MANUFACTURER IS UNKNOWN, DRAW HEAD STAMP HERE: ◯
5. NUMBER OF SHOTS FIRED: _____
6. INDICATE ITEM AND AREA OF CLOTHING ON ITEMS REQUESTED FOR EXAMINATION (I.E. CUFFS, COIN POCKET, SLEEVE, ETC.) (UP TO THREE PER ITEM)

Evidence Submittal Form
Approved Date: 07/19/2013
Approved By: Laboratory Manager

Page 2 of 2
Effective Date: 08/01/2013
EV.1F_Rev.1

# EXHIBIT 27

# MOBILE UNIT: FACT SHEET/REQUEST FORM

| | | | |
|---|---|---|---|
| Date: | 1-31-16 | Individual Receiving Call: | T. Morgan |
| Agency Requesting Assistance | ACP | Contact Name: | Det. Caruso |
| Type of Offense: | OIS | Contact Phone No.: | (412) 473-1309 |
| Address of Scene: | 700 Block Whitney Ave. Wilkinsburg | Initial Incident: | Wood St. & Franklin Ave. Wilkinsburg |
| Type of Scene: | Indoor ☐  Outdoor ☐  Vehicle ✓  Other: ☐ | | |
| Search Warrant Needed: | No | Obtained ☐  Consent To Search ☐ | |
| Time Call Received: | 16:28 | Time Departed Scene: | 21:06 |
| Time Departed Residence: | 16:30 | Time Returned to Lab: | 22:11 |
| Time Arrived at Lab: | N/A | Time Clocked-Out (Kronos) | 00:32 (2-1-16) |
| Time Departed Lab: | N/A | Time Departed for Residence | 10:36 |
| Time Arrived at Scene: | 17:11 | Time Returned to Residence: | 01:10 |
| Scientist(s) Present: | T. Morgan, W. Best | | |
| Agency of Scene Personnel: | ACP | ACP | ACME FI'S |
| Personnel Present: | Supt. Moffatt | Det. Dolfi | D. Brentley |
| | Asst. Supt. Morton | Det. Feeney | E. Carnegie |
| | Lt. Schurman | Det. Gril | V. Walter |
| | Det. Caruso | (Several others from | |
| | Det. McCue | other agencies - see scene notes) | |
| Name of Victim(s): | Bruce Kelley, Jr. | | |
| Name of Actor(s): | | | |
| Weather Conditions: | Mild, dry | | |
| Comments: | Victim was involved in a physical altercation with police at Wood St and Franklin Ave. The victim led officers on a foot pursuit where multiple less-than-lethal options were attempted to stop him. A police dog was released on the victim, and the victim stabbed the police dog. Officers subsequently opened fire on the victim | | |
| Agency No.: | PC:16-0141 | Date of Occurrence: | 1-31-16 |
| DOL Case Name: | Bruce Kelley, Jr. | DOL Case Number: | 16LAB00926 |

MCU: Fact Sheet/Request Form
Approved Date: 06/06/2014
Approved By: Mobile Unit Manager

Page 1 of 1
Effective Date: 06/16/2014
MCU.26F_Rev.1

1600920 Rpt#3 notes
1/28 TMM WB

## MOBILE UNIT: FACT SHEET/REQUEST FORM

| Date: | 2-1-16 | Individual Receiving Call: | T. Morgan |
|---|---|---|---|
| Agency Requesting Assistance | ACP | Contact Name: | Det. Caruso |
| Type of Offense: | OIS | Contact Phone No.: | (412) 473-1309 |
| Address of Scene: | Wood St & Franklin Ave. Wilkinsburg | | |
| Type of Scene: | Indoor ☐ Outdoor ☐ Vehicle ☑ Other: ☐ | | |
| Search Warrant Needed: | No | Obtained ☐ Consent To Search ☐ | |
| Time Call Received: | 09:00 | Time Departed Scene: | 12:04 |
| Time Departed Residence: | ~~09:24~~ N/A | Time Returned to Lab: | 12:15 |
| Time Arrived at Lab: | N/A | Time Clocked-Out (Kronos) | N/A |
| Time Departed Lab: | 09:24 | Time Departed for Residence | N/A |
| Time Arrived at Scene: | 09:37 | Time Returned to Residence: | N/A |
| Scientist(s) Present: | T. Morgan, S. Stanich | | |
| Agency of Scene Personnel: | ACP | Wilkinsburg | |
| Personnel Present: | Lt. Schurman Sgt. Scherer Det. Caruso Det. Costa Det. Grill | Ofc. Granger Ofc. Stubbs | |
| Name of Victim(s): | Bruce Kelley, Jr. | | |
| Name of Actor(s): | | | |
| Weather Conditions: | Mild, dry | | |
| Comments: | Daylight photos, documentation and additional search conducted for prior night's incident | | |
| Agency No.: | PC 16-0141 | Date of Occurrence: | 1-31-16 |
| DOL Case Name: | Bruce Kelley, Jr. | DOL Case Number: | 16LAB00926 |

MCU: Fact Sheet/Request Form
Approved Date: 06/06/2014
Approved By: Mobile Unit Manager

Page 1 of 1
Effective Date: 06/16/2014
MCU.26F_Rev.1

1600926 PPT#3 Notes
2/25 TUV-wb        86

# EXHIBIT 28

# Allegheny County Medical Examiner
# Death Investigation Case Report

Case Number :  16COR00901          Case Name :  Kelley Jr, Bruce

## General Death Information

| | | | |
|---|---|---|---|
| **Record Entered By** | 104608 - Desmond Brentley | | |
| **Entered By Name** | Desmond Brentley | | |
| **Date Entered** | January 31, 2016 | **Time Entered** | 21:28 |
| **Case Number** | 16COR00901 | | |
| **Date Reported** | January 31, 2016 | **Time Reported** | 21:28 |
| **Reporting Individual** | Det Mike Feeney | | |
| **Reporting Agency** | (412) 473-3000, ALLEGHENY COUNTY POLICE<br>400 North Lexington Street<br>Pittsburgh, PA 15208 | | |
| **Reporting CCR** | P160094614 | | |
| **Medical Record** | | | |
| **First Name** | Bruce | | |
| **Middle Name** | | | |
| **Last Name** | Kelley Jr | | |
| **SS#** | 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 | | |
| **Date Of Birth** | September 16, 1978 | | |
| **Age** | 37 | | |
| **Sex** | M - Male | **Race** | B - Black |
| **Address** | HOMELESS | | |
| **City** | | | |
| **State** | | **Zip Code** | |
| **Home Phone** | | | |
| **Cell Phone** | | | |
| **Marital Status** | S - Single | | |
| | | | |
| **Primary Next of Kin** | Bruce Kelly Sr | | |
| **Primary Kin Address** | 924 South Ave | | |
| **City** | Wilkinsburg | | |
| **State** | PA - PENNSYLVANIA | **Zip Code** | 15221 |
| **Relationship** | FATH - Father | **Contact Number** | |
| **Contact Cell Number** | | | |
| **Date Kin Notified** | January 31, 2016 | **Time Kin Notified** | 15:59 |
| **Kin Notified By** | On scene | | |
| | | | |
| **Deceased Occupation** | N/A | | |
| **Employer** | | | |
| **Injured At Work** | | | |
| | | | |
| **Incident Date** | January 31, 2016 | **Incident Time** | 15:35 |
| **Place of Incident** | SCEN - Scene | | |
| **Incident Location** | In front of abandant residence | | |
| **Incident Address** | 710 Whitney St | | |
| **City** | Wilkinsburg | | |
| **State** | PA - PENNSYLVANIA | **Zip Code** | 15221 |
| **Death Witnessed** | | | |
| **Found Dead By** | Eastern Area EMS- Medic T. Hupfele | | |
| **Found By Relationship** | MEDC - Medic | | |
| **Found By Contact #** | | | |

| | | | |
|---|---|---|---|
| Official Death Date | January 31, 2016 | Official Death Time | 15:59 |
| Pronounced By | Medic Hupfele | | |
| Death Location | Scene | | |

Type of Med Treatment
Funeral Home

Funeral Home Name
| | | | |
|---|---|---|---|
| Medical History Source | POL - Police | | |
| By Whom | Det Feeney | | |

Physician Name
Physician Office
Physician Number
| | |
|---|---|
| Past Medical History | possible psych issues |
| Medication List | |
| Case Disposition | MO - Morgue |

| | | | |
|---|---|---|---|
| ME Notified Date | 00:00 | ME Notified Time | 00:00 |

Pathologist Notified
| | | | |
|---|---|---|---|
| Notified Date | 00:00 | Notified Time | 00:00 |
| Last Known Alive Date | 00:00 | Last Known Alive Time | 00:00 |

Hepatitis History
IV Drug Abuse
HIV History
CORE Notified
CORE Notified Name
| | | | |
|---|---|---|---|
| CORE Notified Date | 00:00 | CORE Notified Time | 00:00 |

CORE Accepted Donation
CORE Donation Name
| | | | |
|---|---|---|---|
| CORE Donation Date | 00:00 | CORE Donation Time | 00:00 |

CORE Harvesting
CORE Decline Harvest
Decline Harvest Name
| | | | |
|---|---|---|---|
| Decline Harvest Date | 00:00 | Decline Harvest Time | 00:00 |

Related Cases
| | |
|---|---|
| Forensic Expert Notified | No |

Forensic Expert                         Expert Specialty
| | | | |
|---|---|---|---|
| Expert Notified Date | 00:00 | Expert Notified Time | 00:00 |

## Report of Scene Investigation

| | | | |
|---|---|---|---|
| Arrival Date | 00:00 | Arrive Time | 00:00 |
| Leave Date | 00:00 | Leave Time | 00:00 |
| Photos | | Photos By | |

Investigating Agencies
Investigator
Air Temperature

Liver Temp
| | | | |
|---|---|---|---|
| Date Taken | 00:00 | Time Taken | 00:00 |

Body Location

Position of Body

Rigor

**Hands Bagged**  **Bagged By**
**Hands Stubbed**  **Stubbed By**

## Body Intake Information

| | | | |
|---|---|---|---|
| **Delivering Agency** | ACMEO | | |
| **Delivering Person** | Brentley | | |
| **Intake Date** | January 31, 2016 | **Intake Time** | 21:31 |
| **Pickup Location** | Scene | | |
| **Receiving Person** | 104608 - Desmond Brentley | | |
| **Weight (lbs.)** | 213 | **Packaging Code** | BB - body bag |
| **Weight (grams)** | 96616.8 | **Weight (grams)** | 96616.8 |

## CERTIFICATE OF SERVICE:

I, Noah Geary, Esquire, do hereby certify that a true copy of the foregoing **SUPPLEMENTAL APPENDIX TO SUR-REPLY** was served via electronic mail on this day to the below-listed counsel of record:

Greg Evashavik, Esquire
*(Counsel for Port Authority Defendants)*

Respectfully submitted,

/s/ Noah Geary
Noah Geary, Esquire
Washington Trust Building
Suite 225
Washington, PA 15301
(724) 222-3788
PA I.D.#: 78382

July 13, 2021