IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CALISIA KELLEY and JOHNNIE MAE KELLEY, Co-Administrators of the ESTATE OF BRUCE KELLEY JR.**, deceased, | ) ) ) ) |
| | ) Civil Action No. 2:17-cv-1599 NBF |
| **Plaintiffs,** | ) ) ) |
| | ) ) **JURY TRIAL DEMANDED** |
| vs. | ) ) |
| **BRIAN O'MALLEY,** both in his Official and Individual Capacities as Sergeant for the Allegheny County Port Authority and **DOMINIC RIVOTTI**, in both his Official and Individual Capacities as Officer for the Allegheny County Port Authority, | ) ) ) ) ) ) ) |
| **Defendants, Jointly and Severally.** | ) |

**ORDER**

AND NOW, this <u>24th</u> day of November, 2021, it is hereby **ORDERED** that the Plaintiffs' request for an extension to file a final Brief opposing Defendants' Summary Judgment Motion is **GRANTED**, and that the new deadline to file same shall be on or before December 3, 2021. The Defendants shall now have until December 20, 2021 to file any response thereto.

<u>s/Nora Barry Fischer</u>, J.
Honorable Nora Barry Fischer
Senior United States District Judge